# OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### Northern District of California

### CIVIL MINUTES

**Date:** April 7, 2017  **Time:** 1 hour 46 mins (2:49pm-3:12pm SEALED)  **Judge:** NATHANAEL M. COUSINS

**Case No.**: 16-cv-06822-NC  **Case Name:** Colman v. Theranos, Inc.

**Attorney for Plaintiff:** Reed R. Kathrein, Jason Forge

**Attorney for Defendant:** Timothy Perla, Kathleen Goodhart, Megan Barriger, Allison Davis

**Deputy Clerk:** Lili Harrell  **Court Reporter:** Summer Fisher

## PROCEEDINGS

Plaintiffs' motion for limited discovery granted, for good cause shown. Theranos ordered to produce, subject to heightened protective order attorneys' eyes only: Offer to Exchange, Exchange and Release Agreement, and investor list. Theranos produced these materials to plaintiffs' counsel during the hearing, and provided them to the Court (in camera, under seal) for its consideration on the motion to prevent settlement. The parties are ordered to meet and confer further as to protocol for timing and method of limited further limited discovery concerning the tender offer and release. As discussed at hearing, Court encourages parties to use exemplars, prioritization, and cooperation in order to allow some discovery without undue burden. Parties ordered to confer today as to the method for plaintiffs' counsel to contact investors and/or their counsel.

Plaintiffs' motion to prevent settlement with absent class members, or to preliminarily enjoin Theranos' tender offer and release of absent class members' claims, denied for reasons stated on the record. In summary, in consideration of potential interference with the rights of the parties, and the balancing of hardships, the Court was not persuaded that a remedy beyond the discovery ordered was appropriate. The Court specifically considered and weighed the timing of the tender offer, the consideration proposed in the tender offer, the scope of the release, the sophistication and significant investment levels of the investors, the accuracy and timing of the disclosures, the supplementation of information (Dkt 54-1) by Theranos after concerns were raised by plaintiffs' counsel, the financial status of Theranos as reported in the Offer to Excahnge, and the procedural posture of this case (motion to dismiss pending; motion for class certification not yet filed).