HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN (139304)
PETER E. BORKON (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: 510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
peterb@hbsslaw.com
        – and –
STEVE W. BERMAN (*Pro Hac Vice* applied for)
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

Attorneys for Plaintiffs and Proposed Lead
Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, | No. 5:16-cv-06822-NC |
| | CLASS ACTION |
| Plaintiffs, | DECLARATION OF JASON A. FORGE IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE |
| vs. | |
| THERANOS, INC., et al., | |
| Defendants. | |

1259235_1

I, JASON A. FORGE, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, co-counsel for plaintiffs Robert Colman and Hilary Taubman-Dye ("Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Response to the Court's Order to Show Cause (Dkt. No. 63). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On April 22 and 25, 2017, I spoke with Matthew Larrabee of Dechert LLP, the law firm representing SharesPost, Inc. ("SharesPost") and Celadon Technology Fund VII, LLC ("Celadon"). During these conversations, and in email communications, Mr. Larrabee confirmed or informed me of the following:

(a) SharesPost is the parent of Sharespost Financial Corporation, a registered broker-dealer and an affiliate of Celadon, which was established to facilitate the sale and purchase of certain restricted shares in certain private company securities, including Theranos, Inc.;

(b) The restricted shares whose sale and purchase SharesPost brokered through Celadon are subject to a Delaware choice-of-venue provision concerning any claims concerning them; and

(c) Neither SharesPost nor Celadon wish to join the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2017, at San Diego, California.

s/Jason A. Forge  
JASON A. FORGE

1259235_1

DECLARATION OF JASON A. FORGE IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE - 5:16-cv-06822-NC - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 26, 2017.

                                                  s/ Jason A. Forge
                                                  JASON A. FORGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:JForge@rgrdlaw.com

1259235_1

# Mailing Information for a Case 5:16-cv-06822-NC Colman et al v. Theranos, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Megan Barriger**
  Megan.Barriger@wilmerhale.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleg@hbsslaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Allison S Davidson**
  adavidson@cooley.com,jmccluskey@cooley.com

- **Christopher Davies**
  Christopher.Davies@wilmerhale.com

- **Allison Ann Davis**
  allisondavis@dwt.com,ValerieFoo@dwt.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,E_File_FL@rgrdlaw.com,swinkles@rgrdlaw.com,Ceconomides@rgrdlaw.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Kathleen Howard Goodhart**
  kgoodhart@cooley.com,rfabrao@cooley.com

- **Kelly Michelle Gorton**
  kellygorton@dwt.com,andreadupree@dwt.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,smorris@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Jacqueline Burke Kort**
  jkort@cooley.com,lsantamaria@cooley.com

- **Michael A Mugmon**
  michael.mugmon@wilmerhale.com,patricia.shore@wilmerhale.com,whmao@wilmerhale.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Timothy J. Perla**
  timothy.perla@wilmerhale.com

- **Stephen Michael Rummage**
  steverummage@dwt.com,seadocket@dwt.com,jeannecadley@dwt.com

- **Robert Kingsley Smith**
  Robert.Smith@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`