HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN (139304)
PETER E. BORKON (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: 510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
peterb@hbsslaw.com
    – and –
STEVE W. BERMAN (*Pro Hac Vice* applied for)
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

Attorneys for Plaintiffs and Proposed Lead
Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>THERANOS, INC., et al.,<br><br>                    Defendants. | No. 5:16-cv-06822-NC<br><br>CLASS ACTION<br><br>DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE |

1259605_1

I, REED R. KATHREIN, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and this Court. I am a member of Hagens Berman Sobol Shapiro LLP, co-counsel for plaintiffs Robert Colman and Hilary Taubman-Dye ("Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Response to the Court's Order to Show Cause (Dkt. No. 63). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On April 20, 2017, I participated in a conference call with counsel for defendant Theranos, Inc. ("Theranos"), including Timothy Perla. During this call, I inquired as to defendants' position regarding joinder of the funds that are the subject of the Court's Order to Show Cause. Mr. Perla responded that defendants did not have a position and would wait to see Plaintiffs' papers before formulating their own position.

3. On April 24, 2017, I spoke with Jeffrey R. Chanin of Keker, Van Nest & Peters LLP, a law firm representing Lucas Venture Group ("LVG"). During communications, Mr. Chanin confirmed or informed me of the following:

(a) LVG does not seek to join this action;

(b) LVG does not believe it needs to be joined as an involuntary plaintiff to protect its interests;

(c) LVG believes the Court has adequate tools to assure there is no double-recovery;

(d) LVG has not claimed an interest, believes it has released its claims against Theranos and believes that neither Federal Rule of Civil Procedure 19(a)(1)(B) (i) nor (ii) applies here; and

1259605_1

DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE - 5:16-cv-06822-NC

- 1 -

(e) LVG has confirmed that it believes were it joined as an involuntary plaintiff, then LVG's claim would be subject to exclusive jurisdiction in Delaware pursuant to terms in the Stock Purchase Agreement with Theranos.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2017, at Berkeley, California.

                                              s/ Reed R. Kathrein
                                              REED R. KATHREIN

1259605_1

DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE - 5:16-cv-06822-NC - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2017.

                                                                         s/ Reed R. Kathrein
                                                                        REED R. KATHREIN

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)

E-mail: reed@hbsslaw.com

1259605_1

# Mailing Information for a Case 5:16-cv-06822-NC Colman et al v. Theranos, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Megan Barriger**
  Megan.Barriger@wilmerhale.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleg@hbsslaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Allison S Davidson**
  adavidson@cooley.com,jmccluskey@cooley.com

- **Christopher Davies**
  Christopher.Davies@wilmerhale.com

- **Allison Ann Davis**
  allisondavis@dwt.com,ValerieFoo@dwt.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,E_File_FL@rgrdlaw.com,swinkles@rgrdlaw.com,Ceconomides@rgrdlaw.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Kathleen Howard Goodhart**
  kgoodhart@cooley.com,rfabrao@cooley.com

- **Kelly Michelle Gorton**
  kellygorton@dwt.com,andreadupree@dwt.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,smorris@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Jacqueline Burke Kort**
  jkort@cooley.com,lsantamaria@cooley.com

- **Michael A Mugmon**
  michael.mugmon@wilmerhale.com,patricia.shore@wilmerhale.com,whmao@wilmerhale.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Timothy J. Perla**
  timothy.perla@wilmerhale.com

- **Stephen Michael Rummage**
  steverummage@dwt.com,seadocket@dwt.com,jeannecadley@dwt.com

- **Robert Kingsley Smith**
  Robert.Smith@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)