1   KEKER, VAN NEST & PETERS LLP
    JEFFREY R. CHANIN - # 103649
2   jchanin@keker.com
    JULIA L. ALLEN - # 286097
3   jallen@keker.com
    BAILEY W. HEAPS - # 295870
4   bheaps@keker.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
6   Facsimile:    415 397 7188

7   Attorneys for Non-Party Lucas Venture Group XI, LLC

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10  ROBERT COLMAN and HILARY                Case No. 5:16-cv-06822-NC
    TAUBMAN-DYE, Individually and on
11  Behalf of All Others Similarly Situated,

                                            **NOTICE OF APPEARANCE OF JEFFREY**
12              Plaintiffs,                 **R. CHANIN**

13        v.                                Date Filed:  May 3, 2017

14  THERANOS, INC., ELIZABETH               Trial Date:  None set
    HOLMES, and RAMESH BALWANI,
15
                Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

1162732.01

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2    NOTICE IS HEREBY GIVEN that Jeffrey R. Chanin of Keker, Van Nest & Peters LLP is

3    appearing in this matter on behalf of Non-Party Lucas Venture Group XI, LLC, for the limited

4    purpose of opposing joinder, and hereby files this Notice of Appearance.  The address and phone

5    numbers are:

6

7
                        Jeffrey R. Chanin #103649
8                       Keker, Van Nest & Peters LLP
                        633 Battery Street, San Francisco, CA 94111
9                       Telephone (415) 391-5400
                        Facsimile (415) 397-7188
10                      Email:  Jchanin@keker.com.

11

12   Dated:  May 3, 2017                          KEKER & VAN NEST LLP

13
                                   By:   /s/ *Jeffrey R. Chanin*
14                                       JEFFREY R. CHANIN
                                         JULIA L. ALLEN
15                                       BAILEY W. HEAPS

16
                                         Attorneys for Non-Party Lucas Venture
17                                       Group XI, LLC

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF JEFFREY R. CHANIN
Case No. 5:16-cv-06822-NC

1162732.01