# EXHIBIT A

SEE REVERSE SIDE FOR RESTRICTIVE LEGEND(S)

Number PC-1-19

*471,333* shares

Series C-1 Preferred Stock

# THERANOS, INC.
### A Delaware Corporation

THIS CERTIFIES THAT **Lucas Venture Group XI, L.P.** is the record holder of **Four Hundred Seventy-One Thousand Three Hundred Thirty-Three (*471,333*)** fully paid and nonassessable shares of Series C-1 Preferred Stock of Theranos, Inc., a Delaware corporation, transferable only on the share register of said Corporation, in person or by duly authorized attorney, upon surrender of this certificate properly endorsed or assigned.

This certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Certificate of Incorporation and the Bylaws of the Corporation and any amendments thereto, to all of which the holder of this certificate, by acceptance hereof, assents.

A statement of the number of shares constituting each class and/or series of shares of stock of the Corporation and the designation thereof, and a statement of the rights, preferences, privileges, and restrictions granted to or imposed upon such shares and the holders thereof, may be obtained by any stockholder at the principal office of the Corporation, upon request and without charge.

The shares represented by this certificate are deemed issued effective **January 14, 2014.** This corporation's duly authorized officers have signed this certificate as of this 12th day of February, 2014.

Elizabeth Anne Holmes, Secretary

Elizabeth Anne Holmes, Chairperson of the Board