# EXHIBIT B



Featured    In The News    Press Release

# THERANOS REACHES SETTLEMENT WITH PARTNER FUND MANAGEMENT

May 1, 2017

THERANOS REACHES SETTLEMENT WITH PARTNER FUND MANAGEMENT

*Tender offer recapitalizing major shareholders scheduled to close May 15*

PALO ALTO, Calif. [May 1, 2017] – Theranos, Inc. announced today that it has resolved two lawsuits brought against it by Partner Fund Management LP (PFM), a San Francisco-based hedge fund. PFM invested $96.1 million in Theranos in February 2014.

The parties' settlement, the terms of which are confidential, will result in the dismissal of all claims by PFM against Theranos and its officers and directors. The Company now brings to a close the burden and expense of litigation and preserves resources to bring the miniLab platform to market.

"Theranos is pleased to have resolved both lawsuits with PFM. Although we are confident that we would have prevailed at trial, resolution of these two cases allows our tender offer to go forward and enables us to return our focus where it belongs, which is on executing our business plans and delivering value for our shareholders," said Theranos General Counsel David Taylor.

Theranos remains in the midst of a tender offer involving its most significant shareholders. Through the offer,

Next →
Theranos, Arizona Attorney Gen…

approximately 99% of the shares subject to the tender have committed to participate, in advance of the expected May 15, 2017 close.

Case 5:16-cv-06822-NC   Document 71-5   Filed 05/03/17   Page 3 of 5

On April 17, 2017, Theranos announced the resolution of all outstanding legal and regulatory proceedings between the Company and Centers for Medicare & Medicaid Services (CMS). On April 18, 2017, Theranos announced the resolution of all existing or potential claims by the Arizona Attorney General related to Theranos blood testing services in Arizona.

## About Theranos

Founded in 2003 by Elizabeth Holmes, Theranos, Inc. is a health technology company headquartered in Palo Alto, Calif. Its proprietary miniLab platform is designed to enable earlier disease detection and intervention by facilitating low-cost small-sample collection, testing, and rapid communication of diagnostic information in distributed settings. To learn more about Theranos, visit www.theranos.com.

**Posted in:** Featured, In The News, Press Release

**Tagged in:** Partner Fund Management

## CONNECT

 

## PRESS

Press Kit

Press Releases

Media Requests

Next →
Theranos, Arizona Attorney Gen…

May 1, 2017

Theranos, Arizona Attorney General Reach Agreement on Full Restitution to State Consumers

April 18, 2017

Theranos Reaches Resolution with Centers For Medicare & Medicaid Services

April 17, 2017

Theranos Announces Engineering Experts Join Company's New Technology Advisory Board

January 17, 2017

Company Re-engineers Operations

January 6, 2017

Next →
Theranos, Arizona Attorney Gen…

Previous

Theranos, Arizona Attorney General Reach Agreement on Full Restitution...

April 18, 2017

DIAGNOSTICS

Technologies
Manufacturing

COMPANY

Leadership
Newsroom
Careers
Legal

GET IN TOUCH

Contact Us
Partner Login

Copyright © 2015 Theranos, Inc. All rights reserved.