Michael Mugmon (251958)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 617 526 6000
Facsimile: +1 617 526 6100
michael.mugmon@wilmerhale.com

Christopher Davies (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: +1 617 526 6000
Facsimile: +1 617 526 6363
christopher.davies@wilmerhale.com

Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Megan E. Barriger (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
megan.barriger@wilmerhale.com

Attorneys for Defendant Theranos, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., ELIZABETH HOLMES, and RAMESH BALWANI,<br><br>Defendants. | Case No. 5:16-cv-06822-NC<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: JOINDER OF LUCAS VENTURE GROUP, CELADON TECHNOLOGY FUND, AND SHARESPOST**<br><br>Judge: Hon. Nathanael Cousins |

1  COUNSEL CONTINUED:

2  Kathleen Goodhart (165659)
   COOLEY LLP
3  101 California Street, 5th Floor
   San Francisco, CA 94111
4  Telephone: +1 415 693 2012
   Facsimile: +1 415 693 2222
5  kgoodhart@cooley.com

6  Stephen C. Neal (170085)
   COOLEY LLP
7  3175 Hanover Street
   Palo Alto, CA 94304
8  Telephone: +1 650 843 5000
   Facsimile: +1 650 849 7400
9  nealsc@cooley.com

10 *Attorneys for Defendant Elizabeth Holmes*

11
   Allison A. Davis (139203)
12 DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
13 San Francisco, CA 94111
   Telephone: +1 415 276 6580
14 Facsimile: +1 415 276 4880
   allisondavis@dwt.com
15
   Stephen M. Rummage (admitted *pro hac vice*)
16 DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue, Suite 2200
17 Seattle, WA 98101-3045
   Telephone: +1 206 757 8136
18 Facsimile: +1 206 757 7136
   steverummage@dwt.com
19
   *Attorneys for Defendant Ramesh Balwani*
20

21

22

23

24

25

26

27

28

DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: JOINDER OF LUCAS
VENTURE GROUP, CELADON TECHNOLOGY FUND, AND SHARESPOST
Case No. 5:16-cv-06822-NC

Defendants submit this Memorandum pursuant to the Court's April 18, 2017 Order to Show Cause re: Joinder of Lucas Venture Group, Celadon Technology Fund, and SharesPost, ECF No. 63 (the "Order"), and in response to Plaintiffs' April 26, 2017 Response to the Court's Order to the Court's Order to Show Cause, ECF No. 64 ("Pls.' Resp."). Although Defendants take no position on joinder of Lucas Venture Group XI, LLC ("LVG XI"), Celadon Technology Fund VII, LLC ("Celadon") and SharesPost (collectively, the "Funds"), Defendants provide this response to ensure that the Court is aware of the facts pertaining to the securities that Plaintiffs hold.[1] These indisputable facts are neither apparent from the allegations in the Complaint nor included in Plaintiffs' Response to the Court's Order to Show Cause.

Plaintiffs' core allegation is that the Defendants defrauded them into purchasing Theranos securities. *See, e.g.,* Compl. ¶ 10 (alleging that Defendants defrauded them into purchasing "Theranos securities"); Compl. ¶¶ 11-12 (each Plaintiff alleging purchase of "Theranos securities"); Compl. ¶ 82 (seeking to represent a class of "all person or entities who, directly or indirectly purchased or committed to purchase Theranos securities"); Compl. ¶ 115 (alleging Plaintiffs are "*Theranos investors and stockholders*" (emphasis added)); *see also* Pls.' Opp'n to Defs.' Mot. to Dismiss 19 (alleging that the Funds acted as Defendants' agents to sell Plaintiffs Theranos securities); Tr. of Hearing on Defs.' Mot. to Dismiss, 16:13-19, Mar. 1, 2017 (same). In its Order on the Motion to Dismiss, the Court (as required by Rule 12(b)(6)) accepted as true Plaintiffs' allegation that they own Theranos securities.[2] In fact, however, Plaintiffs do not own Theranos securities or any legal or beneficial right or interest in Theranos securities; rather, they own interests in the Funds.

---

[1] According to the Complaint, SharesPost "managed and conducted" Celadon's acquisition of Theranos securities. Compl. ¶ 12.

[2] *See, e.g.*, Order at 2 ("Plaintiffs . . . purchased Theranos securities through third-party investment funds."); *id*. ("Colman purchased the [Theranos] securities in September 2013 through a member interest in Lucas Venture Group XI."); *id*. ("Taubman-Dye purchased the [Theranos] securities in August 2015 from Celadon Technology Fund."); *id*. at 6 (describing allegation as "inducing purchases of Theranos stock"). The Court thus allowed numerous claims to survive dismissal.

- 1 -

Any investor who purchases Theranos securities must sign a suite of agreements, including a Joinder to Theranos' Investors' Rights Agreement ("IRA"). The IRA precludes the investor from conveying *any legal or beneficial interest* in Theranos securities to another person, unless particular conditions are satisfied. An investor may not:

> [M]ak[e] any sale, assignment, transfer, pledge or other disposition of all or any portion of [Theranos securities], or any beneficial interest therein, unless and until the transferee has agreed in writing for the benefit of the Company to take and hold such [Theranos securities] subject to, and to be bound by, the terms and conditions set forth in this Agreement . . . .

White Decl. ¶ 4 (excerpting IRA Section 2.7(a)). The IRA describes the procedure that an investor must follow—including offering a right of first refusal ("ROFR") to the Company—before conveying any legal or beneficial interest in Theranos securities. *Id.* at ¶ 5 (excerpting IRA Section 4.1(a)). The IRA also provides that "[a]ny attempt by an Investor without such permission to assign, transfer, delegate or sublicense any rights, duties or obligations that arise under this Agreement shall be void." *Id.* at ¶ 6 (excerpting IRA Section 5.4).

The purchases of Theranos securities by LVG XI and Celadon illustrate this process. LVG XI purchased shares from Theranos and executed a joinder to the IRA. White Decl. Ex. A. Celadon purchased shares from another Theranos investor who, consistent with the IRA, offered the shares to Theranos in accordance with the ROFR, and Celadon signed a joinder to the IRA. White Decl. Ex. B. Reiterating the terms of the IRA, Celadon's Joinder states that Celadon:

> [M]ay not Transfer any shares of capital stock of the Company, or any legal or beneficial right or interest therein, to any person without the prior written consent of the Board or a duly authorized committee thereof, prior to such Transfer, which consent may be granted or withheld in the sole and absolute discretion of the Board or applicable committee, for any reason or for no reason.

*Id* at 1. And consistent with the IRA, Celadon's Joinder further states that the conveyance of an interest in violation of the IRA is "null and void." *Id.*

- 2 -

DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: JOINDER OF LUCAS VENTURE GROUP, CELADON TECHNOLOGY FUND, AND SHARESPOST
Case No. 5:16-cv-06822-NC

Neither LVG XI nor Celadon have transferred Theranos securities, or any legal or beneficial right to Theranos securities, to Plaintiffs.  Theranos is not aware of LVG XI or Celadon ever initiating any procedure to convey an interest in Theranos securities to Plaintiff Colman, Plaintiff Taubman-Dye, or anyone else, as required by the IRA.  White Decl. ¶ 10.  Thus, even if LVG XI or Celadon did purport to transfer an interest in Theranos securities to Plaintiffs (and no evidence suggests that occurred), that transfer would be void.  Either way, Plaintiffs do not own Theranos securities or any legal or beneficial interest in Theranos securities.  At most, Plaintiffs are holders of securities issued by LVG XI and Celadon.

Neither Plaintiffs' Complaint nor their Response to the Court's Order includes this basic fact:  no Theranos securities were ever transferred in whole or in part to Plaintiffs.   Defendants believe that this fact is relevant to the Court's consideration of the claims in this matter at all stages of the litigation, including with respect to the possibility of the Funds' joinder as parties.

| | |
|---|---|
| Dated:  May 3, 2017 | By: /s/  Michael A. Mugmon |
| | Michael A. Mugmon (251958) |
| | WILMER CUTLER PICKERING |
| |     HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Telephone: +1 650 858 6000 |
| | Facsimile: +1 650 858 6100 |
| | michael.mugmon@wilmehale.com |
| | |
| | Christopher Davies (admitted *pro hac vice*) |
| | WILMER CUTLER PICKERING |
| |     HALE AND DORR LLP |
| | 1875 Pennsylvania Ave., NW |
| | Washington, DC 20006 |
| | Telephone: +1 202 663 6000 |
| | Facsimile: +1 202 663 6363 |
| | christopher.davies@wilmehale.com |
| | |
| | Timothy Perla (admitted *pro hac vice*) |
| | Robert K. Smith (admitted *pro hac vice*) |
| | Megan E. Barriger (admitted *pro hac vice*) |
| | WILMER CUTLER PICKERING |
| |     HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | Telephone: +1 617 526 6000 |
| | Facsimile: +1 617 526 5000 |
| | timothy.perla@wilmerhale.com |
| | robert.smith@wilmerhale.com |
| | megan.barriger@wilmerhale.com |
| | |
| | *Attorneys for Defendant Theranos, Inc.* |
| | |
| | /s/  Kathleen Goodhart |
| | Kathleen Goodhart (165659) |
| | COOLEY LLP |
| | 101 California Street, 5th Floor |
| | San Francisco, CA 94111 |
| | Telephone: +1 415 693 2012 |
| | Facsimile: +1 415 693 2222 |
| | kgoodhart@cooley.com |
| | |
| | Stephen C. Neal (170085) |
| | COOLEY LLP |
| | 3175 Hanover Street |
| | Palo Alto, CA 94304 |
| | Telephone: +1 650 843 5000 |
| | Facsimile: +1 650 849 7400 |
| | nealsc@cooley.com |
| | |
| | *Attorneys for Defendant Elizabeth Holmes* |

- 4 -

DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE re: JOINDER OF LUCAS
VENTURE GROUP, CELADON TECHNOLOGY FUND, AND SHARESPOST
Case No. 5:16-cv-06822-NC

/s/  Allison A. Davis
Allison A. Davis (139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: +1 415 276 6580
Facsimile: +1 415 276 4880
allisondavis@dwt.com

Stephen M. Rummage (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: +1 206 757 8136
Facsimile: +1 206 757 7136
steverummage@dwt.com

*Attorneys for Defendant Ramesh Balwani*

- 5 -
DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: JOINDER OF LUCAS VENTURE GROUP, CELADON TECHNOLOGY FUND, AND SHARESPOST
Case No. 5:16-cv-06822-NC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Opposition. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: May 3, 2017              WILMER CUTLER PICKERING HALE
                                          AND DORR LLP

                              By:  /s/  Michael A. Mugmon
                                  Michael A. Mugmon