# EXHIBIT A

## MASTER SIGNATURE PAGE

IN WITNESS WHEREOF, Each of the undersigned hereby agrees to be a party to each of the following agreements of Theranos, Inc., a Delaware corporation (the "*Company*"), as an "Investor," "Series C-1 Investor," "Holder," "Seller," and "Voting Party," as applicable, as of the date of such agreements. Any copy, facsimile or other reliable reproduction of this Master Signature Page may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used with respect to any and all of the following agreements.

1. Amended and Restated Investors' Rights Agreement, dated on or around December 2013 (the "*Rights Agreement*"), as a Series C-1 Investor listed on Exhibit A thereto and the Joinder Agreement, attached as Annex A to the Rights Agreement.

2. Amended and Restated Voting Agreement, dated on or around December 2013, as a Series C-1 Investor listed on Exhibit A thereto.

3. Amended and Restated Series C-1 Preferred Stock Purchase Agreement, dated on or around December 2013 (the "*Purchase Agreement*"), as an Investor listed on the Schedule of Investors attached thereto as Exhibit A.

Each of the undersigned acknowledges and agrees that Lucas Venture Group XI, L.P. and Lucas Venture Group IV, L.P., respectively, are severally investing the aggregate dollar value of $7,069,995 and $500,010, respectively, in cash to purchase a total of 471,333 and 33,334 shares of the Company's Series C-1 Preferred Stock, respectively, to which each is subscribing pursuant to the Purchase Agreement.

**LUCAS VENTURE GROUP XI, L.P.**

By: *[signature]*
Name: DONALD A. LUCAS
Title: Founder
Dated: 1-14-14
ADDRESS:
545 Middlefield Rd
Menlo Park CA 94025

**LUCAS VENTURE GROUP IV, L.P.**

By: *[signature]*
Name: DONALD A. Lucas
Title: Founder
Dated: 1-14-14
ADDRESS:
545 Middlefield Rd
Menlo Park CA 94025

**ACCEPTED, AGREED AND ACKNOWLEDGED:**

Theranos, Inc.

By: *[signature]*
Name: Elizabeth Holmes, Chief Executive Officer