Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., et al.,<br><br>Defendants. | No. 5:16-cv-06822-NC<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

010650-11 957406 V1

1   Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and 79-5 to file under seal Exhibit F to the Joint Statment regarding Discovery Dispute because it contains information designated by defendants as "Highly Confidential" under the Stipulated Protective Order ("Protective Order") in place in this action.[1] The Protective Order requires that information designated as confidential "qualify for protection under standards developed under Fed.R.Civ.P. 26(c)."[2] In turn, under Rule 26(c), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."[3]

Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

DATED: May 9, 2017                  Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
Peter E. Borkon (212596)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

---

[1] Stipulated Protective Order, April 13, 2017, ECF No. 61.
[2] *Id*., ¶ 2.3.
[3] Fed. R. Civ. P. 26(c)(1)(G).

010650-11 957406 V1
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
 5:16-cv-06822-NC                                            - 1 -

|    |    |
|----|----|
| 1  | Steve W. Berman (admitted *Pro Hac Vice*) |
| 2  | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Ave., Suite 3300<br>Seattle, WA 98101 |
| 3  | Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594 |
| 4  | steve@hbsslaw.com |
| 5  | *Counsel for Plaintiffs and Proposed Lead Counsel for the Class* |
| 6  |    |
| 7  | Paul J. Geller (admitted *Pro Hac Vice*)<br>ROBBINS GELLER RUDMAN<br>    & DOWD LLP |
| 8  | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 |
| 9  | Telephone: (561) 750-3000<br>Facsimile:  (561) 750-3364 |
| 10 | pgeller@rdrdlaw.com |
| 11 | Dennis J. Herman |
| 12 | ROBBINS GELLER RUDMAN<br>    & DOWD LLP |
| 13 | Post Montgomery Center |
| 14 | One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| 15 | Telephone: (415) 228-4545<br>Facsimile:  (415) 288-4534 |
| 16 | dennish@rgrdlaw.com |
| 17 | Jason A. Forge<br>ROBBINS GELLER RUDMAN |
| 18 |     & DOWD LLP<br>655 West Broadway, Suite 1900 |
| 19 | San Diego, CA 92101<br>Telephone: (619) 231-1058 |
| 20 | Facsimile:  (619) 231-7423<br>jforge@rgrdlaw.com |
| 21 | *Additional Counsel for Plaintiffs* |