Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, | No. 5:16-cv-06822-NC <br><br> <u>CLASS ACTION</u> |
| Plaintiffs, | **DECLARATION OF REED R. KATHREIN IN OPPOSITION TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| THERANOS, INC., et al., | |
| Defendants. | |

I, REED R. KATHREIN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Exhibit F produced by Defendants in the above-entitled litigation has been designated "Highly Confidential" by Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of May 2017, at Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses, registered, as denoted on the attached Electronic Mail Notice List.  I hereby certify that I have caused the foregoing document or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                                             */s/ Reed R. Kathrein*
                                                                                 REED R. KATHREIN

010650-11 957424 V1