| | |
|---|---|
| 1 | Michael A. Mugmon (251958) |
| | WILMER CUTLER PICKERING |
| 2 |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| | Telephone: +1 650 858 6000 |
| 4 | Facsimile: +1 650 858 6100 |
| | michael.mugmon@wilmerhale.com |
| 5 | |
| | Christopher Davies (admitted *pro hac vice*) |
| 6 | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| 7 | 1875 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| 8 | Telephone: +1 202 663 6000 |
| | Facsimile: +1 202 663 6363 |
| 9 | christopher.davies@wilmerhale.com |

Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Megan E. Barriger (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
megan.barriger@wilmerhale.com

*Attorneys for Defendant Theranos, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., ELIZABETH HOLMES, and RAMESH BALWANI,<br><br>                   Defendants. | Case No. 5:16-cv-06822-NC<br><br>**DECLARATION OF ALEXANDER RYAN WHITE IN SUPPORT OF DEFENDANTS' MOTION TO LIMIT PUTATIVE CLASS DEFINITION**<br><br>Judge: Hon. Nathanael Cousins |

I, Alexander Ryan White, hereby declare as follows:

1. I am Corporate Counsel at Theranos, Inc. (the "Company" or "Theranos"). I am over the age of eighteen and have personal knowledge of and/or have confirmed or otherwise investigated and am competent to testify about the factual matters asserted herein. I submit this Declaration in support of Defendants' Motion to Limit the Putative Class Definition.

2. Based on a diligent search of the Company's records, the table attached as Appendix A to Defendants' Motion to Limit the Putative Class Definition identifies the known Theranos Shareholders who purchased Theranos securities between July 29, 2013 and October 5, 2016 ("Class Period"). Excluded from Appendix A are:

   a. Defendants, their current or former officers or directors, members of their immediate families or their legal representatives, heirs, successors or assigns, or any entity in which Defendants have or had a controlling interest;

   b. Entities managed by, or for the benefit of, existing Theranos Shareholders who took possession of Theranos securities previously acquired by those same existing Theranos Shareholders;

   c. Current or former employees of Theranos who acquired securities by exercising options grants; and

   d. One Theranos Shareholder who acquired Theranos securities as compensation for a personal services contract.

3. The Theranos Shareholders identified in Appendix A are predominantly sophisticated venture capital firms, hedge funds, family offices, and wealthy private individuals. Many of these Theranos Shareholders employ sophisticated investment management professionals to identify, investigate, and oversee their investments.

4. Many of the Theranos Shareholders identified in Appendix A are represented by outside or in-house counsel.

5. The Theranos Shareholders identified in Appendix A generally invested in Theranos following in-person meetings with Theranos's officers and directors. Prior to such

1  meetings, the Theranos Shareholders identified in Appendix A entered into non-disclosure
2  agreements with Theranos, under which the Company could disclose confidential, non-public
3  information that would be kept confidential.  During these meetings, Theranos Shareholders
4  discussed non-public information such as product strategy, financial projections, ongoing
5  research, and other confidential Company information with Theranos executives.  Theranos
6  sometimes provided the Theranos Shareholders identified in Appendix A with written materials,
7  including proprietary data, in advance of such meetings.  Theranos executives frequently
8  engaged in individualized email and telephonic follow-up correspondence with the Theranos
9  Shareholders identified in Appendix A.

10      6.   The Theranos Shareholders identified in Appendix A invested up to $125 million
11  each, and the average size of their known investment was approximately $21.8 million.

12      7.   Every Theranos Shareholder identified in Appendix A signed a joinder to a
13  version of Theranos's Investors Rights Agreement ("IRA").  Those IRAs contained a forum
14  selection clause requiring that all claims related to the IRA, such as those Plaintiffs have asserted
15  in this Action, be brought in Delaware.  True and correct copies of Theranos's IRAs with
16  Theranos Shareholders are attached at Exhibits 1 through 4.  True and correct copies of the
17  joinders to the IRAs signed by Theranos Shareholders are attached at Exhibit 5.

18      8.   The Theranos Shareholders identified in Appendix A who acquired Theranos
19  securities directly from Theranos also executed a Stock Purchase Agreement ("SPA"), which
20  included forum selection clauses requiring that all claims related to the SPAs, such as those
21  Plaintiffs intend to assert here, be brought in Delaware.  True and correct copies of the SPAs
22  between Theranos and the Theranos Shareholders identified in Appendix A are attached at
23  Exhibits 6 through 8.

24      9.   Between August 2016 and March 2017, Theranos negotiated a share offer and
25  exchange ("Tender Offer") with Theranos Shareholders who purchased Series C-1 and C-2
26  Preferred Theranos Stock ("Series C-1 and C-2 Preferred Stockholders").  Those negotiations
27  included both written communications and in-person meetings between Theranos and the Series
28

1  C-1 and C-2 Preferred Stockholders and their representatives.  Draft term sheets were exchanged
2  in August 2016, October 2016, January 2017, February 2017, and March 2017.  A true and
3  correct copy of the email transmitting the initial August 11, 2016 draft term sheet proposed to
4  Theranos by a representative of a Series C-1 and C-2 Preferred Stockholder is attached at Exhibit
5  9.  The August 11, 2016 draft term sheet proposed to Theranos is attached at Exhibit 10.

6          10.     On March 20, 2017, Theranos initiated the Tender Offer that was the culmination
7  of their negotiations with Series C-1 and C-2 Preferred Stockholders.  Twenty-eight of the thirty-
8  five Theranos Shareholders identified in Appendix A were eligible to participate in the Tender
9  Offer.  A true and correct copy of the Information Statement, and the supplemental notices
10 thereto disclosing this litigation, that served as the basis for the Tender Offer is attached at
11 Exhibits 11 through 14.

12         11.     Twenty-four of the twenty-eight Theranos Shareholders identified in Appendix A
13 that were eligible to participate in the Tender Offer accepted its terms, executing a release of all
14 claims they had as shareholders of Theranos in favor of Theranos, Elizabeth Holmes, and
15 Ramesh Balwani.  Those releases became effective upon the close of the Tender Offer on May
16 15, 2017.  True and correct copies of the release signature pages are attached at Exhibit 15.

17         12.     The four Theranos Shareholders identified in Appendix A that were eligible to
18 participate in the Tender Offer and declined to participate are: (i) Partner Investments, L.P.; (2)
19 PFM Healthcare Master Fund, L.P.; (3) PFM Healthcare Principals Fund, L.P.; and (4) ███
20 ███████████.

21         13.     On April 29, 2017, Theranos entered into an agreement to settle two actions
22 brought against Theranos, Elizabeth Holmes, and Ramesh Balwani in the Court of Chancery of
23 the State of Delaware by Partner Investments, L.P., PFM Healthcare Master Fund, L.P., and
24 PFM Healthcare Principals Fund, L.P. (collectively, "PFM").  As part of the settlement, PFM
25 released all claims they had as shareholders of Theranos in favor of Theranos, Elizabeth Holmes,
26 and Ramesh Balwani.  A true and correct copy of Theranos's settlement agreement with PFM is
27 attached at Exhibit 16.

28

14. On December 29, 2016, Theranos entered into a settlement agreement with ▇▇▇▇▇▇▇▇. Pursuant to that agreement, ▇▇▇▇▇▇▇ released all claims he had as a shareholder of Theranos in favor of Theranos, Elizabeth Holmes, and Ramesh Balwani. A true and correct copy of Theranos's settlement with ▇▇▇▇▇▇▇ is attached at Exhibit 17.

15. Theranos is actively and diligently working to bring its innovative miniLab product to market. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

16. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

18. Theranos has no plans for bankruptcy or otherwise liquidating the Company. Theranos is also not aware of any creditor intending to put Theranos into involuntary bankruptcy.

Executed this 30th day of June, 2017, in Palo Alto, California.

/s/ Alexander Ryan White  
Alexander Ryan White

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: June 30, 2017                           WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Michael A. Mugmon
    Michael A. Mugmon