1  Michael A. Mugmon (251958)
   WILMER CUTLER PICKERING
2       HALE AND DORR LLP
   950 Page Mill Road
3  Palo Alto, CA 94304
   Telephone: +1 650 858 6000
4  Facsimile: +1 650 858 6100
   michael.mugmon@wilmerhale.com
5
   Christopher Davies (admitted *pro hac vice*)
6  WILMER CUTLER PICKERING
        HALE AND DORR LLP
7  1875 Pennsylvania Avenue, NW
   Washington, DC 20006
8  Telephone: +1 202 663 6000
   Facsimile: +1 202 663 6363
9  christopher.davies@wilmerhale.com

10 Timothy Perla (admitted *pro hac vice*)
   Robert K. Smith (admitted *pro hac vice*)
11 Megan E. Barriger (admitted *pro hac vice*)
   WILMER CUTLER PICKERING
12      HALE AND DORR LLP
   60 State Street
13 Boston, MA 02109
   Telephone: +1 617 526 6000
14 Facsimile: +1 617 526 5000
   timothy.perla@wilmerhale.com
15 robert.smith@wilmerhale.com
   megan.barriger@wilmerhale.com
16
   *Attorneys for Defendant Theranos, Inc.*
17
                **UNITED STATES DISTRICT COURT**
18
                **NORTHERN DISTRICT OF CALIFORNIA**
19
                       **SAN JOSE DIVISION**
20

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., ELIZABETH HOLMES, and RAMESH BALWANI,<br><br>Defendants. | Case No. 5:16-cv-06822-NC<br><br>**DECLARATION OF TIMOTHY PERLA IN SUPPORT OF DEFENDANTS' MOTION TO LIMIT THE PUTATIVE CLASS DEFINITION**<br><br>Judge: Hon. Nathanael Cousins |

I, Timothy Perla, hereby declare as follows:

1. I am a partner with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Theranos, Inc. ("Theranos") in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this Action. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto.

2. Since the May 24, 2017 discovery hearing during which the Court authorized Defendants to file this Motion, Defendants have made six productions to Plaintiffs, which have included: (i) all Theranos's communications about the Tender Offer with participating investors, including communications between the Company's agent, Wilson Sonsini Goodrich & Rosati LLP, and investors; (ii) any Tender Offer-related communications between investors and Directors Fabrizio Bonanni, Bill Foege, and Daniel Warmenhoven; (iii) copies of Theranos's Investors Rights Agreements ("IRA") in effect during the class period; (iv) joinders to Theranos's IRAs executed by Theranos Shareholders during the class period; (v) the Stock Purchase Agreements between Theranos and Theranos Shareholders executed during the class period; (vi) releases executed by Theranos Shareholders who acquired Theranos securities during the class period; and (vii) other documents sufficient to determine the potential Theranos Shareholders within the putative class Plaintiffs intend to represent, and the current state of Theranos's financial condition. Theranos voluntarily began its production on June 16, 2017, and concluded on June 30, 2017. The total number of documents produced since May 24, 2017 is 1,281, totaling to over 11,000 pages.

3. On June 22, 2017, Theranos also made available Alexander Ryan White as the Company's designated representative for a Rule 30(b)(6) deposition on topics including: (i) current state of Theranos's finances; (ii) any current or prospective sources of funding; (iii) all discussions regarding Theranos's filing for bankruptcy; (iv) all claims made by investors against Theranos; (v) all releases entered into regarding the allegations in the Complaint; (vi) the identity and contact information of any putative class member; (vii) the identity of all Theranos

1  Shareholders who acquired Theranos securities during the class period; and (viii) the timing of
2  all investments by Theranos Shareholders during the class period.
3        4.      Attached as Exhibit A is a true and correct copy of the Lucas Venture Group XI,
4  LLC Subscription Agreement produced by Plaintiffs at TH-PLTF-000097 – 117.
5        5.      Attached as Exhibit B is a true and correct copy of the Celadon Technology Fund
6  VII, LLC Subscription Agreement produced by Plaintiffs at TH-PLTF-000652 – 68.
7        6.      Attached as Exhibit C are true and correct copies of the notices of third-party
8  subpoenas Plaintiffs have served on eleven Theranos Shareholders.
9        7.      Attached as Exhibit D are true and correct copies of the responses and objections
10 to Plaintiffs third-party subpoenas of which Defendants are aware.
11       8.      Attached as Exhibit E are true and correct copies of the Plaintiff Colman's
12 Responses and Objections to Defendant Theranos's First Requests for Admission.
13       9.      Attached as Exhibit F are true and correct copies of the Plaintiff Taubman-Dye's
14 Responses and Objections to Defendant Theranos's First Requests for Admission.
15       10.     Attached as Exhibit G are true and correct copies of the Plaintiff Colman's
16 Responses and Objections to Defendant Theranos's First Set of Interrogatories.
17       11.     Attached as Exhibit H are true and correct copies of the Plaintiff Taubman-Dye's
18 Responses and Objections to Defendant Theranos's First Set of Interrogatories.
19       12.     Attached as Exhibit I is a true and correct copy of a June 1, 2017 letter from Reed
20 Kathrein regarding Plaintiffs' topics for the Rule 30(b)(6) deposition of Defendant Theranos.
21
22       Executed this 30th day of June, 2017, in Boston, Massachusetts.
23                                           /s/ Timothy Perla
                                          Timothy Perla
24
25
26
27
28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: June 30, 2017               WILMER CUTLER PICKERING HALE AND DORR LLP

                                   By:  /s/  Michael A. Mugmon
                                        Michael A. Mugmon

- 3 -

DECLARATION OF TIMOTHY PERLA IN SUPPORT OF DEFENDANTS' MOTION TO LIMIT PUTATIVE CLASS DEFINITION
Case No.  5:16-cv-06822-NC