1   Reed R. Kathrein (139304)
    Peter E. Borkon (212596)
2   Danielle Charles (291237)
    HAGENS BERMAN SOBOL SHAPIRO LLP
3   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
4   Telephone: (510) 725-3000
    Facsimile:  (510) 725-3001
5   reed@hbsslaw.com
    peterb@hbsslaw.com
6   daniellec@hbsslaw.com

7   Steve W. Berman (admitted *Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
8   1918 8th Avenue, Suite 3300
    Seattle, WA 98101
9   Telephone: (206) 623-7292
    Facsimile:  (206) 623-0594
10  steve@hbsslaw.com

11  *Counsel for Plaintiffs and Proposed Lead*
    *Counsel for the Class*
12
     [Additional counsel appear on signature page.]
13
                    **UNITED STATES DISTRICT COURT**
14
                 **NORTHERN DISTRICT OF CALIFORNIA**
15
                         **SAN JOSE DIVISION**
16
    ROBERT COLMAN and HILARY            )   No. 5:16-cv-06822-NC
17  TAUBMAN-DYE, Individually and on Behalf )
    of All Others Similarly Situated,     )   CLASS ACTION
18                                        )
                            Plaintiffs,   )   **ADMINISTRATIVE MOTION TO FILE**
19                                        )   **UNDER SEAL**
         vs.                              )
20                                        )
    THERANOS, INC., et al.,               )
21                                        )
                            Defendants.   )
22                                        )
                                          )
23                                        )
                                          )
24  _____  )

25

26

27

28


010650-11 970861 V1

1      Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and 79-5 to

2   file the following documents under seal because these documents contain information designated

3   by Defendants as either "Confidential" or "Highly Confidential – Attorneys Eyes Only" under the

4   Stipulated Protective Order ("Protective Order") in place in this action.[1]

5   • Plaintiffs' Notice Of Motion And Motion To Shorten Time For Hearing Plaintiffs' Motion

6      For Injunctive Relief And To Provisionally Certify A Mandatory Limited Fund Class;

7   • Plaintiffs' Notice Of Motion And Motion For Injunctive Relief And To Provisionally

8      Certify A Mandatory Limited Fund Class; and

9   • Declaration of Reed R. Kathrein in Support of Plaintiffs' Motion for Injunctive Relief and

10     to Provisionally Certify a Mandatory Limited Fund Class and Exhibits C, D, E, F, J, K, L,

11     R, S, T, W, X, Y, Z, AA, BB, CC, and DD thereto.

12     The Protective Order requires that information designated as confidential "qualify for

13  protection under standards developed under Fed.R.Civ.P. 26(c)."[2]  In turn, under Rule 26(c), a

14  Court may require "that a trade secret or other confidential research, development, or commercial

15  information not be revealed or be revealed only in a specified way."[3] Plaintiffs reserve the right to

16  challenge Defendants' designations, and the general sealability of these documents or any portion

17  thereof under the Federal Rules of Civil Procedure and Local Rule 79-5. However, it remains

18  Defendants' obligation to establish that these documents are, in fact, sealable. *See Center for Auto*

19  *Safety v. Chrysler Group, LLC* (9th Cir. 2016) 809 F.3d 1092, 1096, cert. denied sub nom. *FCA*

20  *U.S. LLC v. Center for Auto Safety* (2016) 137 S.Ct. 38 [196 L.Ed.2d 26] ("[a] party seeking to seal

21  a judicial record then bears the burden of overcoming this strong presumption by meeting the

22  'compelling reasons' standard.").

23

24

25

26  [1] Stipulated Protective Order, April 13, 2017, ECF No. 61.

27  [2] *Id.*, ¶ 2.2.

28  [3] Fed. R. Civ. P. 26(c)(1)(G).

1    Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating parties must

2 now demonstrate that the designated information is sealable or must withdraw the designation of

3 confidentiality.

4 DATED: July 14, 2017                               Respectfully submitted,

5                                                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

6

7                                                    By: */s/ Reed R. Kathrein*
                                                     Reed R. Kathrein (139304)
8                                                    Peter E. Borkon (212596)
                                                     Danielle Charles (291237)
9                                                    715 Hearst Ave., Suite 202
                                                     Berkeley, CA 94710
10                                                   Telephone: (510) 725-3000
                                                     Facsimile:  (510) 725-3001
11                                                   reed@hbsslaw.com
                                                     peterb@hbsslaw.com
12                                                   daniellec@hbsslaw.com

13                                                   Steve W. Berman (admitted *Pro Hac Vice*)
                                                     HAGENS BERMAN SOBOL SHAPIRO LLP
14                                                   1918 Eighth Ave., Suite 3300
                                                     Seattle, WA 98101
15                                                   Telephone: (206) 623-7292
                                                     Facsimile:  (206) 623-0594
16                                                   steve@hbsslaw.com

17
                                                     *Counsel for Plaintiffs and Proposed*
18                                                   *Lead Counsel for the Class*

19
                                                     Paul J. Geller (admitted *Pro Hac Vice)*
20                                                   ROBBINS GELLER RUDMAN
                                                         & DOWD LLP
21                                                   120 East Palmetto Park Road, Suite 500
                                                     Boca Raton, FL 33432
22                                                   Telephone: (561) 750-3000
                                                     Facsimile:  (561) 750-3364
23                                                   pgeller@rdrdlaw.com

24                                                   Dennis J. Herman
                                                     ROBBINS GELLER RUDMAN
25                                                       & DOWD LLP
                                                     Post Montgomery Center
26                                                   One Montgomery Street, Suite 1800
                                                     San Francisco, CA 94104
27                                                   Telephone: (415) 228-4545

28

1

Facsimile: (415) 288-4534
dennish@rgrdlaw.com

2

3

Jason A. Forge
ROBBINS GELLER RUDMAN
   & DOWD LLP

4

655 West Broadway, Suite 1900
San Diego, CA 92101

5

Telephone: (619) 231-1058
Facsimile: (619) 231-7423

6

jforge@rgrdlaw.com

7

*Additional Counsel for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL
5:16-cv-06822-NC

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on July 14, 2017, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system, which will send notification of such filing to the e-mail

4

addresses, registered, as denoted on the attached Electronic Mail Notice List.  I hereby certify that I

5

have caused the foregoing document or paper to be mailed via United States Postal Service to the

6

non-CM/ECF participants indicated on the attached Manual Notice List.

7

8

9

                                        */s/ Reed R. Kathrein*
                                           REED R. KATHREIN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28