| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | REED R. KATHREIN (139304) |
| 2 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 3 | Telephone: 510/725-3000 |
| | 510/725-3001 (fax) |
| 4 | reed@hbsslaw.com |
| | – and – |
| 5 | STEVE W. BERMAN (*Pro Hac Vice* applied for) |
| | 1918 8th Avenue, Suite 3300 |
| 6 | Seattle, WA 98101 |
| | Telephone: 206/623-7292 |
| 7 | 206/623-0594 (fax) |
| | steve@hbsslaw.com |

Attorneys for Plaintiffs and Proposed Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, | No. 5:16-cv-06822-NC |
| | CLASS ACTION |
| Plaintiffs, | DECLARATION OF JASON A. FORGE IN OPPOSITION TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| vs. | |
| THERANOS, INC., et al., | |
| Defendants. | |

1288003_1

I, JASON A. FORGE, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached is a true and correct copy of the following exhibit:

    Attachment B to the Joint Statement regarding Discovery Dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 14th day of July, 2017, at San Diego, California.

                                                    s/ JASON A. FORGE
                                                    JASON A. FORGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2017.

s/ JASON A. FORGE
JASON A. FORGE

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: JForge@rgrdlaw.com

1288003_1

# Mailing Information for a Case 5:16-cv-06822-NC Colman et al v. Theranos, Inc. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Julia Lees Allen**
  jallen@keker.com,julia-allen-2656@ecf.pacerpro.com

- **Megan Barriger**
  Megan.Barriger@wilmerhale.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleg@hbsslaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Jeffrey R. Chanin**
  jchanin@keker.com,jeffrey-chanin-6096@ecf.pacerpro.com,noelle-nichols-8018@ecf.pacerpro.com,efiling@keker.com,nnichols@keker.com

- **Allison S Davidson**
  adavidson@cooley.com,jmccluskey@cooley.com

- **Christopher Davies**
  Christopher.Davies@wilmerhale.com

- **Allison Ann Davis**
  allisondavis@dwt.com,ValerieFoo@dwt.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,E_File_FL@rgrdlaw.com,swinkles@rgrdlaw.com,Ceconomides@rgrdlaw.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Kathleen Howard Goodhart**
  kgoodhart@cooley.com,rmugnani@cooley.com,jsimpsonlagoy@cooley.com

- **Kelly Michelle Gorton**
  kellygorton@dwt.com,andreadupree@dwt.com

- **Bailey Wilson Heaps**
  bheaps@keker.com,bailey-heaps-0611@ecf.pacerpro.com,plemos@keker.com,efiling@keker.com,jvandruff@keker.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,smorris@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Jacqueline Burke Kort**
  jkort@cooley.com,lsantamaria@cooley.com

- **Michael A Mugmon**
  michael.mugmon@wilmerhale.com,taryn.mccarthy@wilmerhale.com,patricia.shore@wilmerhale.com,whmao@wilmerhale.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Timothy J. Perla**
  timothy.perla@wilmerhale.com

- **Stephen Michael Rummage**
  steverummage@dwt.com,seadocket@dwt.com,jeannecadley@dwt.com

- **Robert Kingsley Smith**
  Robert.Smith@wilmerhale.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`