* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

Michael A. Mugmon (251958)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
michael.mugmon@wilmerhale.com

Christopher Davies (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363
christopher.davies@wilmerhale.com

Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Megan E. Barriger (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
megan.barriger@wilmerhale.com

*Attorneys for Defendant Theranos, Inc.*

[Additional counsel listed on following page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>THERANOS, INC., ELIZABETH HOLMES, and RAMESH BALWANI,<br><br>                    Defendants. | Case No.  5:16-cv-06822-NC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERTIFY A MANDATORY LIMITED FUND CLASS**<br><br>Judge: Hon. Nathanael Cousins |

* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

1   COUNSEL CONTINUED:

2   Kathleen Goodhart (165659)
    COOLEY LLP
3   101 California Street, 5th Floor
    San Francisco, CA 94111
4   Telephone: +1 415 693 2012
    Facsimile: +1 415 693 2222
5   kgoodhart@cooley.com

6   Stephen C. Neal (170085)
    COOLEY LLP
7   3175 Hanover Street
    Palo Alto, CA 94304
8   Telephone: +1 650 843 5000
    Facsimile: +1 650 849 7400
9   nealsc@cooley.com

10  *Attorneys for Defendant Elizabeth Holmes*

11  Allison A. Davis (139203)
    DAVIS WRIGHT TREMAINE LLP
12  505 Montgomery Street, Suite 800
    San Francisco, CA 94111
13  Telephone: +1 415 276 6500
    Facsimile: +1 415 276 6599
14  allisondavis@dwt.com

15  Stephen M. Rummage (admitted *pro hac vice*)
    DAVIS WRIGHT TREMAINE LLP
16  1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
17  Telephone: +1 206 757 8136
    Facsimile: +1 206 757 7136
18  steverummage@dwt.com

19  *Attorneys for Defendant Ramesh Balwani*

20

21

22

23

24

25

26

27

28

* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED** *

1    Defendants Theranos, Inc., Elizabeth Holmes, and Ramesh Balwani ("Defendants") offer

2    this Response to Plaintiffs' Motion to Shorten Time ("Motion") for Hearing Plaintiffs' Motion

3    for Injunctive Relief and to Provisionally Certify a Mandatory Limited Fund Class ("Substantive

4    Motion," and, together with the Motion to Shorten, "Motions").

5    Plaintiffs Motion seeks to create a sense of urgency where none exists.  Nothing requires

6    adjudication by August 1, 2017.  ████████████████████████████████████

7    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10   ██████████████████████████████████████

11   ████████████████████████████████████████████

12   ████████████████████████████████████████████████████

13   ████████████████████████████████████.

14   Having said that, Defendants have no objection to Plaintiffs' request that their

15   Substantive Motion be heard by August 1, 2017 as long as Defendants are afforded adequate

16   time to respond.  The response cannot be adequately prepared on the schedule Plaintiffs

17   propose.[1]  Plaintiffs' Motions are procedurally and factually complex, and they misrepresent

18   both the governing law and the factual record.  Indeed, they offer arguments that are based on

19   what are, quite simply, untruths.  ████████████████████████████████

20   ████████████████████████████████████████████

21   ███████████████    Given the complexity and importance of the Substantive Motion, which

22   asks for relief of breathtaking scope on behalf of an as-yet uncertified class, Defendants request

23   that the Court afford them until Tuesday, July 25, 2017 to oppose.

---

[1]    Plaintiffs' Motion variously requests that Defendants oppose their Substantive Motion by July 19, July 20, and July 21, 2017.  *See* ECF Nos. 109-18 (proposing order requiring opposition by July 19, 2017), 109-16 (requesting opposition by July 20, 2017 and "one week" from the date of filing, or July 21, 2017).  On Friday, July 14, 2017, Plaintiffs confirmed that they intended to request that Defendants' oppose Plaintiffs' Substantive Motion by July 21, 2017.

-2-

* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED** *

1    Defendants would be prepared to appear for argument on the Substantive Motion as soon

2    thereafter as the Court can hear the matter.

3

4    Dated: July 16, 2017                     By: /s/  Michael A. Mugmon

5                                                   Michael A. Mugmon (251958)
                                                   WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP

6                                                   950 Page Mill Road
                                                   Palo Alto, CA 94304

7                                                   Telephone: +1 650 858 6000
                                                   Facsimile: +1 650 858 6100

8                                                   michael.mugmon@wilmehale.com

9                                                   Christopher Davies (admitted *pro hac vice*)
                                                   WILMER CUTLER PICKERING

10                                                       HALE AND DORR LLP
                                                   1875 Pennsylvania Ave., NW

11                                                   Washington, DC 20006
                                                   Telephone: +1 202 663 6000

12                                                   Facsimile: +1 202 663 6363
                                                   christopher.davies@wilmehale.com

13                                                   Timothy Perla (admitted *pro hac vice*)

14                                                   Robert K. Smith (admitted *pro hac vice*)
                                                   Megan E. Barriger (admitted *pro hac vice*)

15                                                   WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP

16                                                   60 State Street
                                                   Boston, MA 02109

17                                                   Telephone: +1 617 526 6000
                                                   Facsimile: +1 617 526 5000

18                                                   timothy.perla@wilmerhale.com
                                                   robert.smith@wilmerhale.com

19                                                   megan.barriger@wilmerhale.com

20                                                   *Attorneys for Defendant Theranos, Inc.*

21

22

23

24

25

26

27

28

* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED** *

1

/s/  Kathleen Goodhart
Kathleen Goodhart (165659)

2

3

COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: +1 415 693 2012
Facsimile: +1 415 693 2222
kgoodhart@cooley.com

4

5

6

Stephen C. Neal (170085)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400
nealsc@cooley.com

7

8

9

10

*Attorneys for Defendant Elizabeth Holmes*

11

/s/  Allison A. Davis
Allison A. Davis (139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: +1 415 276 6500
Facsimile: +1 415 276 6599
allisondavis@dwt.com

12

13

14

15

Stephen M. Rummage (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: +1 206 757 8136
Facsimile: +1 206 757 7136
steverummage@dwt.com

16

17

18

19

*Attorneys for Defendant Ramesh Balwani*

20

21

22

23

24

25

26

27

28

- 4 -

* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Motion.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.


Dated: July 16, 2017                                    WILMER CUTLER PICKERING HALE
                                                                         AND DORR LLP

                                                              By:  /s/  Michael A. Mugmon
                                                                    Michael A. Mugmon