**DECLARATION OF ALEXANDER RYAN WHITE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERTIFY A MANDATORY FUND CLASS**

---

# [FILED UNDER SEAL]