# Exhibit A



**Executive Team**

***Elizabeth Holmes - Founder, CEO, Chairman***
Elizabeth left Stanford University's School of Engineering in 2003 to build Theranos. Under Holmes' leadership and vision, Theranos is developing technological innovations that will enable access to the information patients need to take control of their health, with the goal of detecting diseases in time to affect outcomes. Theranos pioneered transparent pricing for lab tests. Elizabeth is a named inventor on over 200 patents (U.S. and international) that are foundational for the company's more than 800 pending and issued patents, many related to less-invasive lab testing on smaller samples.

***Cass Grandone - Senior Vice President, Product Development***
Cass is a global medical device executive who has built significant platform franchises within the Medical Device, Diagnostic and Life Science markets. He has led global cross company and strategic partnerships within the complexities of integrating marketing, regulatory, quality, life science, engineering and software functions to deliver game changing medical devices and assay systems. While at Abbott Diagnostics, he led the delivery of the multi-billion dollar ARCHITECT and Accelerator platforms. Most recently, Cass was Vice President Global Infusion Systems R&D at Hospira, a Pfizer company. He holds a B.S. in Mechanical Engineering from the University of Illinois-Champaign/Urbana.

***Daniel Guggenheim - Chief Compliance Officer***
Dan is a lawyer with deep background and leadership in health care compliance and regulations. He has been assistant general counsel, regulatory law, at McKesson Corporation, a health care distributor, business services and information technology provider and one of the largest health care companies in the world. He served as the company's chief regulatory and compliance counsel and senior counsel for its pharmaceutical division, addressing legal and regulatory matters related to the marketing and sale of medical devices, drugs and health care information technology. Dan holds a J.D. from the University of California, Berkeley, and a B.A. from Pomona College.

***Mark Herberger - Vice President, Commercial Operations***
Mark joins Theranos from Thermo Fisher Scientific, where he was the global business lead for Point-of-Care Testing. Prior to that role, he was director of business development where he managed multiple teams, including sales & marketing, product management, technical support, and customer satisfaction. He was also responsible for the product development and commercial strategies for molecular Dx and NGS technologies. Prior experience includes marketing roles of increasing responsibility at Becton Dickinson. He holds a B.S. in Biology from Youngstown State University and an MBA from the University of Colorado.

***Tali Mackay - Senior Vice President, Corporate Communications, Investor Relations & Human Resources***
Tali brings more than 20 years of high-stakes communications expertise, including crisis communications and issues management, corporate branding and reputation, influencer strategies and mergers and acquisitions. In her role, she is responsible for the oversight of corporate and media relations, shareholder relations, public affairs and internal communications. Her experience encompasses roles at Genentech, Baxter and global public relations firms. Tali holds a B.A. from the

University of California, Berkeley, and an M.S.N. from San Francisco State University. She was a registered nurse, with clinical specialties in neurosurgery and hospice.

### John McChesney - Senior Vice President, Operations

John joined the company with medical device manufacturing expertise, having served in roles of increasing responsibility at GenapSys, Inc., Thermo Fisher Scientific, and Medtronic. John brings more than 20 years of extensive experience leading teams through periods of change, including acquisitions, quality system deployments, high growth, development of manufacturing centers of excellence and building global supply chains. He holds a B.S. in Biochemistry and Cell Biology from the University of California, San Diego.

### David Taylor - General Counsel

David joined Theranos in May 2016 and became general counsel in November 2016. He previously practiced law, primarily complex litigation, at Munger, Tolles & Olson LLP and Williams & Connolly LLP. He holds a J.D. from the University of California, Berkeley, and a B.A. from Williams College.

### Dave Wurtz - Senior Vice President, Regulatory and Quality

Dave has nearly two decades of experience in U.S. and international regulated industries, including life sciences. He previously served as senior director of regulatory, quality and compliance at ThermoFisher Scientific, where he managed FDA inspections and was responsible for all pre- and post- market regulatory activities worldwide. He formerly served as quality group manager at Beckman Coulter Inc. Dave also worked at Osmetech and G.D. Searle, developing and managing the clinical trial program and monitoring compliance. He holds a B.S. from the University of Illinois at Chicago.