Michael A. Mugmon (251958)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
michael.mugmon@wilmerhale.com

Christopher Davies (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363
christopher.davies@wilmerhale.com

Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Megan E. Barriger (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
megan.barriger@wilmerhale.com

*Attorneys for Defendant Theranos, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., ELIZABETH HOLMES, and RAMESH BALWANI,<br><br>              Defendants. | Case No. 5:16-cv-06822-NC<br><br>**DECLARATION OF TIMOTHY PERLA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERTIFY A MANDATORY LIMITED FUND CLASS**<br><br>Judge: Hon. Nathanael Cousins |

\* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED** \*

I, Timothy Perla, hereby declare as follows:

1. I am a partner with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Theranos, Inc. ("Theranos") in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this Action. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of a July 12, 2017 and July 13, 2017 email chain between Plaintiffs and Defendants. ▌

▌

▌

▌

▌ .

3. On July 13, 2017, the parties met and conferred regarding Plaintiffs request that their motion to certify a class and seek injunctive relief be heard by August 1, 2017. ▌

▌

▌

4. Attached as Exhibit 2 are true and correct copies of excerpts from the transcript of the deposition of Erika Cheung, taken on March 7, 2017 in Los Angeles, CA in the case captioned *Partners Investments, L.P. et al. v. Theranos, Inc. et al.*, Dkt. No. 12816-VCL (Del. Ch.) (the "PFM Litigation"), which were produced by Defendants at TH-COL0000014175 – 80, TH-COL0000014381– 82, TH-COL0000014384, and TH-COL0000014391 – 92.

5. Attached as Exhibit 3 are true and correct copies of excerpts from the transcript of the deposition of Max Fosque, taken on March 22, 2017 in Palo Alto, CA in the PFM Litigation, which were produced by Defendants at TH-COL0000010906 – 11 and TH-COL0000011291 – 92.

6. Attached as Exhibit 4 are true and correct copies of excerpts from the transcript of the deposition of William Frist, M.D. taken on April 20, 2017 in Nashville, TN in the PFM

-1-

DECLARATION OF TIMOTHY PERLA IN SUPPORT OF DEFENDANTS' DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR AN INJUNCTION AND TO CERTIFY A CLASS
Case No. 5:16-cv-06822-NC

1  Litigation, which were produced by Defendants at TH-COL0003146149 – 55 and TH-
2  COL0003146188 – 91.

3        7.      Attached as Exhibit 5 are true and correct copies of excerpts from the transcript of
4  the deposition of Antti Korhonen, taken on February 27, 2017 in Palo Alto, CA in the PFM
5  Litigation, which were produced by Defendants at TH-COL0000006145 – 50 and TH-
6  COL0000006198.

7        8.      Attached as Exhibit 6 are true and correct copies of excerpts from the transcript of
8  the deposition of Pranav Patel, taken on February 9, 2017 in Palo Alto, CA in the PFM Litigation,
9  which were produced by Defendants at TH-COL0000008572 – 78 and TH-COL0000008689.

10       9.      Attached as Exhibit 7 are true and correct copies of excerpts from the transcript of
11 the deposition of Admiral Gary Roughead, taken on March 24, 2017 in Arlington, VA in the
12 PFM Litigation, which were produced by Defendants at TH-COL0000014817 – 25, TH-
13 COL0000014852 – 57, and TH-COL0000014956 – 57.

14       10.      Attached as Exhibit 8 are true and correct copies of excerpts from the transcript of
15 the deposition of Secretary George Shultz, taken on April 4, 2017 in San Francisco, CA in the
16 PFM Litigation, which were produced by Defendants at TH-COL0000005413 – 23 and TH-
17 COL0000005432 – 34.

18       11.      Attached as Exhibit 9 are true and correct copies of excerpts from the transcript of
19 the deposition of Tyler Shultz, taken on March 6, 2017 in San Francisco, CA in the PFM
20 Litigation, which were produced by Defendants at TH-COL0000005704 – 09, TH-
21 COL0000006001 – 02, TH-COL0000006008 – 09, TH-COL0000006024 – 26, TH-
22 COL0000006043 – 45 and TH-COL0000006050 – 51.

23       12.      Attached as Exhibit 10 is a true and correct copy of a September 10, 2013 email
24 produced by Plaintiffs at TH-PLTF-000017 – 19.

25       13.      Attached as Exhibit 11 is a true and correct copy of the September 9, 2013 joint
26 press release issused by Theranos and Walgreens, entitled "Theranos Selects Walgreens as a
27 Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service."
28

\* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED** \*

14. Attached as Exhibit 12 is a true and correct copy of the Plaintiff Colman's Responses and Objections to Defendant Theranos's First Requests for Admission.

15. Attached as Exhibit 13 is a true and correct copy of the Plaintiff Taubman-Dye's Responses and Objections to Defendant Theranos's First Requests for Admission.

16. Attached as Exhibit 14 is a true and correct copy of the Plaintiff Colman's Responses and Objections to Defendant Theranos's First Set of Interrogatories.

17. Attached as Exhibit 15 is a true and correct copy of the Plaintiff Taubman-Dye's Responses and Objections to Defendant Theranos's First Set of Interrogatories.

18. Attached as Exhibit 16 are true and correct copies of:

   a. La Jolla Cove Investors, Inc.'s Memorandum of Points and Authorities in Support of Its Renewed Application for Preliminary Injunction, *La Jolla Cove Invs., Inc. v. GoConnect Ltd.*, No. 3:11-cv-01907-JMA (S.D. Cal. Feb. 29, 2012);

   b. Opposition of Defendant GoConnect Limited to La Jolla Cove Investors, Inc.'s Renewed Notice of Application and Application for Preliminary Injunction, *La Jolla Cove Invs.*, No. 3:11-cv-01907-JMA (S.D. Cal. Mar. 15, 2012);

   c. La Jolla Cove Investors, Inc.'s Reply Brief in Support of Its Renewed Application for Preliminary Injunction, *La Jolla Cove Invs.*, No. 3:11-cv-01907-JMA (S.D. Cal. Mar. 22, 2012); and,

   d. Response of Defendant GoConnect Limited to Plaintiff's Requesst for Judicial Notice Re Renewed Motion fo Preliminary Injunction, *La Jolla Cove Invs.*, No. 3:11-cv-01907-JMA (S.D. Cal. May 2, 2012).

19. Attached as Exhibit 17 are true and correct copies of:

   a. Plaintiff's Motion for Order for Defendants to Show Cause Why Contempt Should Not Issue, *Perez v. Datima/Zahra, Inc. et al.*, No. 4:14-cv-02337-CW (N.D. Cal. June 20, 2014), and

   b. Plaintiff's Post-Hearing Brief Regarding Remedies for Contempt, *Perez*, No. 4:14-cv-02337-CW (N.D. Cal. July 14, 2014).

* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED** *

Executed this 24th day of July, 2017, in Boston, Massachusetts.

                                      /s/ Timothy Perla
                                      Timothy Perla

- 4 -

DECLARATION OF TIMOTHY PERLA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR AN INJUNCTION AND TO CERTIFY A CLASS
Case No. 5:16-cv-06822-NC

* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED** *

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.


Dated: July 24, 2017                             WILMER CUTLER PICKERING HALE
                                                                    AND DORR LLP

                                                              By:  /s/  Michael A. Mugmon
                                                                    Michael A. Mugmon