# EXHIBIT 4

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

1      CONFIDENTIAL-WILLIAM FRIST, M.D.

2           IN THE COURT OF CHANCERY

3              STATE OF DELAWARE

4                No. 12816-VCL

5   PARTNER INVESTMENTS,
    L.P., a Delaware limited partnership,

6   PFM HEALTHCARE MASTER
    FUND, L.P., a Cayman Islands

7   limited partnership, and PFM
    HEALTHCARE PRINCIPALS

8   FUND, L.P., a Delaware
    limited partnership,

9

10                    Plaintiffs,

11  vs.

12  THERANOS, INC., a Delaware corporation,
    ELIZABETH HOLMES, an

13  individual, RAMESH BALWANI,
    an individual and DOES 1-10,

14

15                    Defendants.

16  _____X

17

18      *CONFIDENTIAL-UNDER PROTECTIVE ORDER*

19          VIDEOTAPED DEPOSITION OF

20        SENATOR WILLIAM H. FRIST, M.D.

21            Nashville, Tennessee

22          Thursday, April 20, 2017

23

24  Reported by: RANDI GARCIA

25  Job No. 121075

Confidential

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 2

1          CONFIDENTIAL-WILLIAM FRIST, M.D.

2

3          Videotaped Deposition of

4   SENATOR WILLIAM H. FRIST, M.D., taken by

5   Plaintiffs, Heyman Enerio Gattuso

6   & Hirzel at Riley Warnock & Jacobson, 1906 West

7   End Avenue, Nashville, Tennessee, before Randi

8   J. Garcia, Registered Professional Reporter,

9   and Notary Public, on April 20, 2017, beginning

10  at approximately 1:14 p.m., when were present

11  on behalf of the respective parties:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

TH-COL0003146150

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 3

```
 1        CONFIDENTIAL-WILLIAM FRIST, M.D.
 2   A P P E A R A N C E S:
 3        FOR THE PLAINTIFF:
          BY: KURT HEYMAN, ESQ.
 4        BY: AARON NELSON, ESQ.
          HEYMAN ENERIO GATTUSO & HIRZEL
 5        300 Delaware Avenue
          Wilmington, Delaware 19801
 6
 7        FOR DEFENDANT THERANOS:
          BY: MATTHEW BENEDETTO, ESQ.
 8        WILMERHALE
          350 South Grand Avenue
 9        Los Angeles, California 90071
10        and
11        BY: THOMAS STRICKLAND, ESQ.
          WILMERHALE
12        1875 Pennsylvania Avenue, NW
          Washington, DC 20006
13
14        FOR THE WITNESS.:
          BY: JOHN ACOBSON, ESQ.
15        RILEY WARNOCK & JACOBSON
          1906 West End Avenue
16        Nashville, Tennessee 37203
17        and
18        BY: PAUL LOUGHMAN, ESQ.
          YOUNG CONAWAY, STARGATT &
19        TAYLOR
          1000 North King Street
20        Wilmington, Delaware 19801
21
22        FOR DEFENDANT RAMESH BALWANI:
          BY: STEPHEN RUMMAGE, ESQ.(via telephone)
23        DAVIS WRIGHT TREMAINE
          1201 Third Avenue
24        Seattle, Washington 98101
25
```

Confidential                                                        TH-COL0003146151

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 4

1          CONFIDENTIAL-WILLIAM FRIST, M.D.

2      Also Present:

3      Videographer Robin Greenwood

4                    I N D E X

5

6      WITNESS: SENATOR WILLIAM H. FRIST, M.D.

7

8      EXAMINATION                          PAGE

9

10   By Mr. Heyman: ................................7

11

12                    *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential                                    TH-COL0003146152

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 5

1           CONFIDENTIAL-WILLIAM FRIST, M.D.

2                    INDEX TO EXHIBITS

3

4        EXHIBIT           DESCRIPTION                 PAGE

5

6   Exhibit  869    Frist 335                           35

7   Exhibit  870    Frist 269                           60

8   Exhibit  871    Frist 253                           65

9   Exhibit  872    Frist 260                           74

10  Exhibit  873    ROUGHEADTheranos 3647               76

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide    800-702-9580

Confidential                                        TH-COL0003146153

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 6

1    CONFIDENTIAL-WILLIAM FRIST, M.D.

2         THE VIDEOGRAPHER:  We are now on

3    record.  This begins the Videotape

4    Deposition Number 1 of Senator Bill Frist

5    in the matter of Partner Investments

6    versus Theranos in the Court of Chancery,

7    State of Delaware.

8         Today is Thursday, April 20th.  The

9    time is 1:14 p.m.

10        The deposition is being taken at

11   Riley Warnock & Jacobson at the request of

12   Gibson, Dunn & Crutcher.

13        The videographer is Robin Greenwood

14   with TSG.  The court reporter is Randi

15   Garcia with TSG.

16        Will all counsel present state their

17   appearance and whom they represent.

18        MR. HEYMAN:  Kurt Heyman from Heyman

19   Enerio Gattuso & Hirzel in Wilmington,

20   Delaware, for plaintiffs.

21        MR. NELSON:  Aaron Nelson from Heyman

22   Enerio Gattuso & Hirzel representing

23   plaintiffs.

24        MR. STRICKLAND:  Tom Strickland,

25   WilmerHale, representing Theranos.

Confidential

TH-COL0003146154

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 7

```
1          CONFIDENTIAL-WILLIAM FRIST, M.D.
2               MR. BENEDETTO:  Matthew Benedetto,
3     WilmerHale representing Theranos.
4               MR. JACOBSON:  John Jacobson.  I
5     represent Senator Frist.
6               MR. LOUGHMAN:  Paul Loughman from
7     Young Conaway, representing Senator Frist.
8               THE WITNESS:  And Bill Frist.
9               MR. RUMMAGE:  And on the phone is
10    Steve Rummage of Davis, Wright Tremaine
11    representing Sunny Balwani.
12               THE VIDEOGRAPHER:  Court reporter,
13    please swear in the witness.
14    SENATOR WILLIAM HARRISON FRIST, M.D.,after
15    having been first duly sworn, was examined and
16    testified as follows.
17               THE WITNESS:  I do.
18                    EXAMINATION
19    BY MR. HEYMAN:
20          Q.    So good afternoon, Senator.  How are
21    you?
22          A.    Thank you.  Doing well.
23          Q.    My name is Kurt Heyman.  I know we
24    just met.  I represent the plaintiffs in the
25    action that the videographer just announced at
```

Confidential                                                    TH-COL0003146155

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 40

1          CONFIDENTIAL-WILLIAM FRIST, M.D.

2    don't reflect" -- it looks like there's an

3    extra "don't" there -- "ideal information for

4    actionable decision-making."

5              Do you have an understanding of what

6    the "machine structures" referenced there are?

7        A.    Say that -- what is the question

8    again?

9        Q.    The machine structures?

10       A.    No, I don't know.

11       Q.    Was Theranos -- was it your

12   understanding that Theranos was attempting to

13   differentiate itself from other commercial labs

14   at the time?

15       A.    Absolutely.

16       Q.    Okay.  And in what ways?

17       A.    Higher value, which means higher

18   quality, better outcomes per dollar spent.

19       Q.    And is it fair to say that one of the

20   distinctions between Theranos and other labs

21   was that Theranos was not going to use

22   venipuncture?

23       A.    There is a significant comparative

24   advantage to the patient in terms of comfort,

25   ease not to use venipuncture.  And as tests

Confidential                                                     TH-COL0003146188

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 41

1          CONFIDENTIAL-WILLIAM FRIST, M.D.

2    were developed to -- to be compatible with

3    finger stick or avoidance of venipuncture, it

4    would be a big advantage in terms of patient

5    comfort.

6          Q.    And that's what Theranos was trying

7    to do; right?

8          A.    It was one -- it was one of many,

9    many pathways.  In my mind, it was never the

10   single most important, central organizing

11   principle, but a huge comparative advantage if

12   you're in the consumer marketplace.

13         Q.    Well, the Theranos machine relied on

14   finger stick rather than venipuncture; right?

15              MR. BENEDETTO:  Objection.

16        Foundation.

17              THE WITNESS:  The two different -- in

18        my mind, it's two different issues.  One

19        is access the tool to get the sample.  And

20        the second is how you run the sample.

21             The process of getting a sample and

22        running it can maybe be different or not

23        different in terms of -- so it's two

24        different issues.

25             So it's not like that they are

Confidential                                                TH-COL0003146189

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 42

1             CONFIDENTIAL-WILLIAM FRIST, M.D.

2             linked.  The Theranos -- at least in my

3             mind, the Theranos machine could run

4             samples that are obtained either by

5             venipuncture or finger stick or any other

6             means.

7     BY MR. HEYMAN:

8             Q.   Were you told at the time you joined

9        the board what percentage of tests were being

10       done with finger stick as opposed to

11       venipuncture?

12            A.   No.

13            Q.   Did you have any understanding of

14       that?

15            A.   No.

16            Q.   Did you have any belief that most

17       were being done with finger stick?

18            A.   Do not know.

19            Q.   One way or the other?

20            A.   No.  One way or the other.  No

21       understanding.  Wasn't told one way or the

22       other.

23                 I knew that they were not all being

24       done with finger stick because the commercial

25       lab like the Walgreens lab in -- in Palo Alto,

Confidential                                                    TH-COL0003146190

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 43

1          CONFIDENTIAL-WILLIAM FRIST, M.D.

2    I had asked them, again in due diligence, but

3    they didn't say how many are done and how many

4    are not done.  I know you could either do

5    finger stick or you could do a venipuncture.

6          Q.    Okay.  Let's look at Frist 454.  And

7    this is titled "Transforming the Patient

8    Experience"; right?

9          A.    Yes.

10         Q.    And it's comparing Lab Today to

11   Theranos?

12         A.    Lab Today with arrow going to

13   Theranos.

14         Q.    And underneath Theranos it -- it's

15   talking about the finger-stick test; correct?

16         A.    Yes.

17         Q.    And, whereas, under Lab Today, that

18   is a picture depicting venipuncture?  It's a

19   little blurry.

20         A.    It's a bad picture but, yes, it is.

21   Yeah, it is.

22         Q.    And would you agree with me there is

23   no mention of venipuncture under the Theranos

24   side of this page?

25         A.    No.  Just says "finger-stick test."

Confidential                                                      TH-COL0003146191