# EXHIBIT 7

HIGHLY CONFIDENTIAL

Page 1

1           ADMIRAL GARY ROUGHEAD

2           IN THE COURT OF CHANCERY

3           OF THE STATE OF DELAWARE

4  PARTNER INVESTMENTS, L.P., a         )
5  Delaware limited partnership;        )
6  PFM HEALTHCARE MASTER FUND, L.P.,    )
7  a Cayman Islands limited             )
8  partnership; and PFM HEALTHCARE      )
9  PRINCIPALS FUND, L.P., a             )
10 Delaware limited partnership,        )
11            Plaintiffs,     )Case No.
12      vs.                   )12816-VCL
13 THERANOS, INC., a Delaware           )
14 corporation; ELIZABETH HOLMES,       )
15 an individual; RAMESH BALWANI,       )
16 an individual; and DOES 1-10,        )
17            Defendants.     )
18
19            HIGHLY CONFIDENTIAL
20
21   VIDEOTAPED DEPOSITION OF ADMIRAL GARY ROUGHEAD
22              Arlington, VA
23              March 24, 2017
24 REPORTED BY: Tina Alfaro, RPR, CRR, RMR, CLR
25 JOB NO. 121072

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    TH-COL0000014817

HIGHLY CONFIDENTIAL

Page 2

1    ADMIRAL GARY ROUGHEAD

2

3

4

5

6                           March 24, 2017

7                           11:02 a.m.

8

9

10        The videotaped deposition of ADMIRAL GARY

11   ROUGHEAD, held at the offices of Caulkins & Bruce,

12   2300 Wilson Boulevard, Arlington, Virginia, pursuant

13   to agreement before Tina M. Alfaro, a Registered

14   Professional Reporter and Certified Realtime

15   Reporter of the State of Virginia.

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    TH-COL0000014818

Page 3

1          ADMIRAL GARY ROUGHEAD
2    A P P E A R A N C E S:
3       ON BEHALF OF THE PLAINTIFFS:
4       HEYMAN ENERIO GATTUSO & HIRZEL
5       BY: KURT HEYMAN, ESQ.
6           AARON NELSON, ESQ.
7           300 Delaware Avenue
8           Wilmington, Delaware 19801
9
10              On behalf of the Plaintiffs;
11      APPEARED TELEPHONICALLY ON BEHALF OF THE
12      DEFENDANT THERANOS:
13      WILMERHALE
14      BY: KATIE MORAN, ESQ.
15          350 South Grand Avenue
16          Los Angeles, California 90071
17
18      APPEARED TELEPHONICALLY ON BEHALF OF THE
19      DEFENDANT RAMESH BALWANI:
20      DAVIS WRIGHT TREMAINE
21      BY: KELLY GORTON, ESQ.
22          505 Montgomery Street
23          San Francisco, California 94111
24
25

HIGHLY CONFIDENTIAL

```
                                                              Page 4
 1                    ADMIRAL GARY ROUGHEAD
 2    APPEARANCES:  (Cont'd)
 3        ON BEHALF OF THE DEPONENT:
 4        MUNGER TOLLES & OLSON
 5        BY: GREGORY WEINGART, ESQ.
 6            350 South Grand Avenue
 7            Los Angeles, CA  90071
 8
 9    and
10        YOUNG CONWAY STARGATT & TAYLOR
11        BY: PAUL LOUGHMAN, ESQ.
12            Rodney Square
13            1000 North King Street
14            Wilmington, Delaware 19801
15
16
17    ALSO PRESENT:  David Campbell (videographer)
18
19
20
21
22
23
24
25
```

```
                                                          Page 5
 1               ADMIRAL GARY ROUGHEAD
 2                     I N D E X
 3                    EXAMINATION
 4  WITNESS                                         PAGE
 5  ADMIRAL GARY ROUGHEAD
 6     By Mr. Heyman                                 9
 7                      EXHIBITS
 8  ROUGHEAD EXHIBITS                               PAGE
 9  Exhibit 542                                      44
       Financial statement,
10     Roughead-Theranos-0000069
11  Exhibit 543                                      46
       SEC document, Roughead-Theranos-362
12
    Exhibit 544                                      73
13     E-mail, PFM-Army-00019
14  Exhibit 545                                      78
       E-mail, PFM-Army-00073
15
    Exhibit 546                                      85
16     E-mail, Roughead-Theranos-63
17  Exhibit 547                                      89
       E-mail
18
    Exhibit 548                                      93
19     E-mail, TH-PFM-159784
20  Exhibit 549                                      93
       E-mail, TH-PFM-848203
21
    Exhibit 550                                      93
22     (Not described)
23  Exhibit 551                                     116
       5/9/14 meeting minutes, TH-PFM-4511577
24
    Exhibit 552                                     116
25     Handwritten notes, Roughead-Theranos-27
```

HIGHLY CONFIDENTIAL

Page 6

1                ADMIRAL GARY ROUGHEAD
2                       EXHIBITS
                        (Cont'd)
3
     ROUGHEAD EXHIBITS                              PAGE
4
     Exhibit 553                                    122
5        7/13-14/15 meeting minutes,
         TH-PFM-2412647
6
     Exhibit 554                                    131
7        10/25/15 e-mail, Roughead-Theranos-1649
8    Exhibit 555                                    131
         10/26/15 e-mail, Roughead-Theranos-1656
9
     Exhibit 556                                    138
10       10/16/15 e-mail
11   Exhibit 557                                    142
         10/17/15 e-mail, Roughead-Theranos-3647
12
     Exhibit 558                                    143
13       E-mail, Roughead-Theranos-3650
14   Exhibit 559                                    145
         E-mail, Roughead-Theranos-3658
15
     Exhibit 560                                    146
16       E-mail, Roughead-Theranos-3671
17   Exhibit 561                                    148
         E-mail, Roughead-Theranos-3723
18
     Exhibit 562                                    149
19       E-mail, Roughead-Theranos-3725
20   Exhibit 563                                    151
         Roughead-Theranos-3724
21
     Exhibit 564                                    151
22       E-mail, Roughead-Theranos-3729
23   Exhibit 565                                    152
         E-mail, Roughead-Theranos-3731
24
     Exhibit 566                                    153
25       E-mail, TH-PFM-826306

HIGHLY CONFIDENTIAL

TSG Reporting - Worldwide   877-702-9580

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                TH-COL0000014822

```
 1                  ADMIRAL GARY ROUGHEAD
 2                         EXHIBITS
                          (Cont'd)
 3
    ROUGHEAD EXHIBITS                                PAGE
 4
    Exhibit 567                                      155
 5      E-mail, Roughead-Theranos-3794
 6  Exhibit 568                                      156
        E-mail, Roughead-Theranos-3825
 7
    Exhibit 569                                      158
 8      E-mail, Roughead-Theranos-3811
 9  Exhibit 570                                      159
        E-mail, Roughead-Theranos-3831
10
    Exhibit 571                                      160
11      E-mail, Roughead-Theranos-3839
12  Exhibit 572                                      161
        E-mail, Roughead-Theranos-3860
13
    Exhibit 573                                      164
14      E-mail, Roughead-Theranos-3781
15  Exhibit 574                                      166
        E-mail, Roughead-Theranos-3873
16
    Exhibit 575                                      167
17      E-mail, Roughead-Theranos-3887
18  Exhibit 576                                      172
        E-mail, Roughead-Theranos-3707
19
    Exhibit 577                                      173
20      E-mail, Roughead-Theranos-3712
21  Exhibit 578                                      174
        E-mail, Kissinger-Theranos-2119
22
    Exhibit 579                                      175
23      E-mail,
        Mattis-Perry-Roughead-Theranos-181
24
25
```

Page 8

1         ADMIRAL GARY ROUGHEAD
2         THE VIDEOGRAPHER: This is the start of
3  media labeled No. 1 of the video recorded deposition
4  of Gary Roughead in the matter of Partner
5  Investments, LP, et al., versus Theranos, Inc.,
6  et al., in the Court of Chancery of the State of
7  Delaware, Case No. 12816-VCL. This deposition is
8  being held at 2300 Wilson Boulevard, Suite 240 on
9  March 24, 2017 at approximately 11:02 a.m.
10        My name is David Campbell. I am the legal
11 video specialist from TSG Reporting, Inc.
12 headquartered at 747 3rd Avenue, New York, New York.
13 The court reporter is Tina Alfaro in the association
14 with TSG Reporting.
15        Counsel in the room and attending via the
16 phone, will you please identify yourselves and whom
17 you represent, and then the court reporter will
18 please swear in the witness and then we can
19 proceed.
20        MR. HEYMAN: Kurt Heyman for Plaintiffs.
21        MR. NELSON: Aaron Nelson for Plaintiffs.
22        MR. WEINGART: Greg Weingart for the
23 witness.
24        MR. LOUGHMAN: Paul Loughman for the
25 witness.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    TH-COL0000014824

HIGHLY CONFIDENTIAL

Page 9

1      ADMIRAL GARY ROUGHEAD
2          MS. MORAN:  Katie.
3          MS. GORTON:  Kelly Gorton, Davis Wright
4   Tremaine, for Sonny Balwani.
5              (Witness sworn.)
6          MR. WEINGART:  So, Kurt, just before we
7   start I think I said -- I mentioned off the record
8   we had sent a letter.  We understand that your
9   client's position is that you're -- you want to
10  reserve the ability to recall the witness in light
11  of some pending privilege issues.  We've stated our
12  position that he will only be made available once.
13  I understand you probably don't agree with that, but
14  I just wanted that stated that for the record.
15         MR. HEYMAN:  You have accurately stated the
16  parties' positions.
17  WHEREUPON:
18              ADMIRAL GARY ROUGHEAD,
19  called as a witness herein, having been first duly
20  sworn, was examined and testified as follows:
21                  EXAMINATION
22  BY MR. HEYMAN:
23     Q.   Could you please state your name for the
24  record.
25     A.   Gary Roughead.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY              TH-COL0000014825

HIGHLY CONFIDENTIAL

Page 36

1  ADMIRAL GARY ROUGHEAD

2  A.  My recollection of the mini lab is that it
3  was a bay of analysis machines that would be used in
4  scenarios where you had a higher volume of analysis
5  to be done.
6  Q.  Now, would you say that you had an in-depth
7  understanding of this technology that she discussed
8  with you?
9  A.  I would -- I would not characterize it as
10 in depth.  Obviously it's from my perspective
11 unique, complex, and miniaturized.  To say that I
12 have an in depth understanding of that I think would
13 be an understatement.
14 Q.  Okay.  And did you ever tour any of
15 Theranos's laboratory facilities?
16 A.  I did.
17 Q.  There were two different labs, right?
18 A.  Yes.
19 Q.  Yes.  Okay.
20 A.  Are you referring to the one in Arizona?
21 Q.  Yes.
22 A.  I did not tour anything in Arizona.
23 Q.  Okay.  Where was the one that you toured?
24 A.  It was in Palo Alto.  I also visited the
25 facility in Newark, California.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  TH-COL0000014852

Page 37

1        ADMIRAL GARY ROUGHEAD

2        Q.  Okay.

3             THE REPORTER:  I'm sorry?

4             THE WITNESS:  Newark, California.

5    N-E-W-A-R-K.

6             MR. HEYMAN:  In Delaware we say Newark.

7             THE WITNESS:  Okay.

8    BY MR. HEYMAN:

9        Q.  So -- now, when you went on the tour, I

10   guess let's focus on the Palo Alto facility, did

11   Ms. Holmes accompany you on the tour?

12       A.  I think for part of the tour she did.  It

13   may have been handed off, if you will, to the one of

14   the employees.  I can't recall, that was quite

15   sometime ago, but I had the opportunity to visit the

16   facility on more than one occasion and I can't say

17   that she was always with me the entire time.

18       Q.  And would, say, July 2013 and July 2015

19   sound right for the times of tours?

20       A.  It sounds right.

21       Q.  All right.  And did Mr. Balwani accompany

22   you on these tours?

23       A.  I can't recall if he was on the tour or

24   not.

25       Q.  Who else was on the tour?

Page 38

1          ADMIRAL GARY ROUGHEAD
2     A.  On one occasion I believe I went through by
3  myself.  I also recall other members of the board
4  being present for the tour and some of the
5  demonstrations.
6     Q.  And what demon- -- you mentioned
7  demonstrations.  What demonstrations did you see?
8     A.  The movement of some of the samples and the
9  machines that were running.  Exactly which -- which
10 ones I can't recall.
11    Q.  You don't recall which devices you saw?
12    A.  No.
13    Q.  Did you see the box operate?
14    A.  I've seen demonstrations of the box on
15 several occasions.
16    Q.  Did you see a finger stick demonstration?
17    A.  I have.
18    Q.  Did you see the use of the nanotainer?
19    A.  I have.
20    Q.  And did -- did they take anybody's blood
21 sample from the people on the tour?
22    A.  I can't recall if it was done on the tour,
23 but I have seen samples taken from individuals in
24 single settings or a smaller group of people.
25    Q.  Have you ever had your blood sample taken

Page 39

1        ADMIRAL GARY ROUGHEAD

2   and run?

3        A.   I have not.

4        Q.   You have not.  Okay?

5             MR. WEINGART:  Be sure you -- be sure you

6   wait until he's done.

7             THE WITNESS:  Yeah.  I'm sorry.

8   BY MR. HEYMAN:

9        Q.   You're aware that sometimes when investors

10  would tour the facilities, you know, one of the

11  things they would do would be take a sample of the

12  potential investor's blood and run it through the

13  machines?

14       A.   I'm not aware of that because I was not

15  aware of any investor tours going through the

16  building and what the program was for the investors.

17  I was not part of that.

18       Q.   Okay.  Now, when you -- when you observed

19  demonstrations of blood being taken, was it your

20  understanding that it was being tested on analyzers

21  created by Theranos?

22       A.   Yes.

23       Q.   Okay.  So not a commercially available

24  device?

25       A.   When I watched the demonstrations they were

1            ADMIRAL GARY ROUGHEAD

2   going into the box.

3       Q.   They went straight into the box?

4       A.   When I watched the demonstrations, yes.

5       Q.   Okay.

6            Do you know whether Theranos at any point

7   was using commercially available analyzers to test

8   the blood instead of the box?

9       A.   I know that they were using commercial

10  analyzers to run comparative tests as they were

11  developing their tests, and -- and it was not until

12  some of the press reporting that I became aware that

13  there was extensive commercial analyzers in use.

14      Q.   So is it your understanding today that

15  there was extensive use of commercial analyzers?

16      A.   That's what I've read in the press.

17      Q.   Do you believe that to be true?

18      A.   I -- I don't have the information that

19  would tell me that it's true or not true.

20      Q.   Have you asked Ms. Holmes?

21      A.   I did not ask her directly, no.

22      Q.   Did you ask Mr. Balwani?

23      A.   No.

24      Q.   Did you ask anybody else at the company?

25      A.   I did not.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                TH-COL0000014856

Page 41

1        ADMIRAL GARY ROUGHEAD

2        Q.  Okay.  Now, when you were -- when you
3   toured your -- the facilities, did you see any
4   commercially available analyzers?
5        A.  I believe I recall seeing some in the
6   context of the developmental work that was going on.
7        Q.  Okay.  So you were aware that they were
8   there?
9        A.  They were there.
10       Q.  Okay.  So let's -- let's -- let's focus
11  now -- we're going to be taking a trip through time
12  today.
13       A.  Okay.
14       Q.  So at times I'm going to ask you to focus
15  on a particular period of time.  So let's talk
16  about, you know, when you became a board member.
17  You know, at the time was it your understanding that
18  Theranos's devices were accurately performing the
19  tests that they were running?
20       A.  That was my understanding.
21       Q.  Okay.  And do you believe that today?
22       A.  I believe that, yes.
23       Q.  And what was your basis for believing they
24  were accurate?
25       A.  Information that was provided to me and to

Page 140

1        ADMIRAL GARY ROUGHEAD
2    A.   Yes.  Yes.
3    Q.   And these three points, that was your
4  understanding of how the technology was supposed to
5  work, right?
6    A.   Exactly.
7    Q.   Okay.  And do you see the statement -- this
8  is, again, in the statement on the second page.  It
9  says "And as of this exact moment" -- this is in I
10 think the penultimate paragraph.  "And as of this
11 exact moment" --
12   A.   I'm trying to find your spot.
13   Q.   It begins "As we continue," the paragraph
14 begins.  It sort of all runs together.  I'm pointing
15 down here.  "As we continue with" --
16   A.   I've got that.
17   Q.   Right.  The next sentence says "As of this
18 exact moment that means temporarily using a
19 different tube, tubes for venous blood, so we can
20 maintain the quality standards," correct?
21   A.   Correct.
22   Q.   Now, prior to seeing this statement did you
23 know that Theranos was doing testing using venous
24 blood?
25   A.   I knew that they were doing testing using

HIGHLY CONFIDENTIAL

Page 141

1              ADMIRAL GARY ROUGHEAD
2    venous blood as part of the -- the comparative
3    process and developing the technology.
4         Q.   Now, is this -- is that what this statement
5    is talking about, or is it talking about using
6    venous blood for actual testing?
7         A.   It -- it reads to me that the -- that
8    there's a temporary use of using venous blood while
9    the Nanotainer is receiving the certifications that
10   it needs.
11        Q.   So that would mean using venous blood in
12   lieu of the Nanotainer, correct?
13        A.   That's -- that's what this says, yes.
14        Q.   Okay.  And were you aware prior to seeing
15   this statement that the company was using venous
16   blood in lieu of the Nanotainer?
17        A.   For -- for testing and validation purposes,
18   yes.
19        Q.   Okay.  What about just for purposes of
20   running blood tests?
21        A.   I was not aware of that.
22        Q.   You became aware of that from receiving
23   this statement?
24        A.   Yes.
25        Q.   And it looks like Mr. Kovacevich asks

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    TH-COL0000014957