Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>THERANOS, INC., et al., <br><br>　　　　　　　　　　Defendants. | No. 5:16-cv-06822-NC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF REED R. KATHREIN IN OPPOSITION TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, REED R. KATHREIN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Plaintiffs' Reply Brief In Support Of Motion For Injunctive Relief And To Provisionally Certify A Mandatory Limited Fund Class contains information that has been designated "Confidential" or "Highly Confidential" by Defendants.

3. Plaintiffs' Response And Partial Opposition To Defendants Motion To Limit The Class Definition contains information that has been designated "Confidential" or "Highly Confidential" by Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of July 2017, at Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN