Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead
Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THERANOS, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | No. 5:16-cv-06822-NC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF REED R. KATHREIN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERTIFY A MANDATORY LIMITED FUND CLASS**<br><br>JUDGE:　Hon. Nathanael M. Cousins<br>DATE:　TBD<br>TIME:　TBD<br>CTRM:　7, 4th Floor |

010650-11 974916 V1

DECLARATION OF REED R. KATHREIN IFSO MOT. FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERT. A MANDATORY LIMITED FUND CLASS - 5:16-cv-06822-NC

- 1 -

I, REED R. KATHREIN, hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the state of California. I am a member of the law firm of Hagens Berman Sobol Shapiro LLP, Counsel of record for Plaintiffs Robert Colman and Hilary Taubman-Dye in the above-entitled action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof.

2. Attached hereto are true and correct copies of the following Exhibits referenced in Plaintiffs' Reply Brief In Support Of Motion For Injunctive Relief And To Provisionally Certify A Mandatory Limited Fund Class, filed herewith:

Exhibit EE: Carreyrou, J. and Weaver, C. (2016, August 30). Theranos Halts New Zika Test After FDA Inspection. *Wall Street Journal*. Retrieved from https://www.wsj.com/articles/theranos-halts-new-zika-test-after-fda-inspection-1472598332.

Exhibit FF: Report and Recommendation, *Walgreens Co. v. Theranos Inc.*, No. 16-cv-1040 (D. Del. July 27, 2017), Dkt. 22.

Exhibit GG: Transcript from April 11, 2017 "Oral Argument On Plaintiffs' Motion For A Temporary Restraining Order And Rulings Of The Court", *Partner Investments, L.P. et al. v. Theranos, Inc., et al.*, C.A. No. 12816-VCL (Del. Ch. Mar. 23, 2017), Dkt. No. 592.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of July, 2017, at Berkeley, California.

By: */s/ Reed R. Kathrein*
REED R. KATHREIN

010650-11 974916 V1

DECLARATION OF REED R. KATHREIN IFSO MOT. FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERT. A MANDATORY LIMITED FUND CLASS - 5:16-cv-06822-NC     - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 27, 2017.

By: */s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com

010650-11 974916 V1

CERTIFICATE OF SERVICE - 5:16-cv-06822-NC

- 1 -