Michael A. Mugmon (251958)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
michael.mugmon@wilmerhale.com

Christopher Davies (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363
christopher.davies@wilmerhale.com

Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Megan E. Barriger (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
megan.barriger@wilmerhale.com

*Attorneys for Defendant Theranos, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>THERANOS, INC., ELIZABETH HOLMES, and RAMESH BALWANI,<br><br>                    Defendants. | Case No.  5:16-cv-06822-NC<br><br>**DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO LIMIT THE PUTATIVE CLASS DEFINITION**<br><br>Hearing Date: August 23, 2017<br>Time: 1:00 PM<br>Courtroom: 7, 4th Floor<br>Judge: Hon. Nathanael Cousins |

1  COUNSEL CONTINUED:

2  Kathleen Goodhart (165659)
   COOLEY LLP
3  101 California Street, 5th Floor
   San Francisco, CA 94111
4  Telephone: +1 415 693 2012
   Facsimile: +1 415 693 2222
5  kgoodhart@cooley.com

6  Stephen C. Neal (170085)
   COOLEY LLP
7  3175 Hanover Street
   Palo Alto, CA 94304
8  Telephone: +1 650 843 5000
   Facsimile: +1 650 849 7400
9  nealsc@cooley.com

10 *Attorneys for Defendant Elizabeth Holmes*

11 Allison A. Davis (139203)
   DAVIS WRIGHT TREMAINE LLP
12 505 Montgomery Street, Suite 800
   San Francisco, CA 94111
13 Telephone: +1 415 276 6500
   Facsimile: +1 415 276 6599
14 allisondavis@dwt.com

15 Stephen M. Rummage (admitted *pro hac vice*)
   DAVIS WRIGHT TREMAINE LLP
16 1201 Third Avenue, Suite 2200
   Seattle, WA 98101-3045
17 Telephone: +1 206 757 8136
   Facsimile: +1 206 757 7136
18 steverummage@dwt.com

19 *Attorneys for Defendant Ramesh Balwani*

20

21

22

23

24

25

26

27

28

Defendants Theranos, Inc. ("Theranos" or the "Company"), Elizabeth Holmes and Ramesh Balwani (collectively, "Defendants") respectfully submit this Reply in support of Defendants' Motion to Limit the Putative Class Definition ("Motion" or "Mot.") and in response to Plaintiffs' Response and Partial Opposition to Defendants' Motion ("Opposition" or "Opp.").

Plaintiffs' Opposition confirms that they do not oppose the Motion insofar as it seeks to preclude the certification of a class including Theranos Shareholders under Rule 23(b)(3). Opp. 1. Although Plaintiffs' Opposition reserved Plaintiffs' rights to seek to certify a limited fund class under Rule 23(b)(1)(B), *id.*, the Court has since denied Plaintiffs' own motion to certify a class under that provision. Thus, there is no remaining potential basis for the certification of a class that includes Theranos Shareholders.

The Court should therefore grant Defendants' Motion and enter an order excluding Theranos Shareholders from any putative class in this case, and strike the class definition to the extent it includes Theranos Shareholders.[1]

---

[1] As defined in Defendants' Motion, "Theranos Shareholders" include all investors who purchased securities issued by Theranos. *See* Mot. 1.

| | | |
|---|---|---|
| 1 | Dated:  August 3, 2017 | By: /s/  Michael A. Mugmon |
| 2 | | Michael A. Mugmon (251958) |
| | | WILMER CUTLER PICKERING |
| 3 | |     HALE AND DORR LLP |
| | | 950 Page Mill Road |
| 4 | | Palo Alto, CA 94304 |
| | | Telephone: +1 650 858 6000 |
| 5 | | Facsimile: +1 650 858 6100 |
| | | michael.mugmon@wilmehale.com |

Christopher Davies (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363
christopher.davies@wilmehale.com

Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Megan E. Barriger (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
megan.barriger@wilmerhale.com

*Attorneys for Defendant Theranos, Inc.*

/s/  Kathleen Goodhart
Kathleen Goodhart (165659)

COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: +1 415 693 2012
Facsimile: +1 415 693 2222
kgoodhart@cooley.com

Stephen C. Neal (170085)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400
nealsc@cooley.com

*Attorneys for Defendant Elizabeth Holmes*

-2-
REPLY IN SUPPORT OF DEFENDANTS' MOTION TO LIMIT THE PUTATIVE CLASS DEFINITION
Case No.  5:16-cv-06822-NC

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | /s/  Allison A. Davis                                                                |
|     | Allison A. Davis (139203)                                                            |
| 2   | DAVIS WRIGHT TREMAINE LLP                                                            |
|     | 505 Montgomery Street, Suite 800                                                     |
| 3   | San Francisco, CA 94111                                                              |
|     | Telephone: +1 415 276 6500                                                           |
| 4   | Facsimile: +1 415 276 6599                                                           |
|     | allisondavis@dwt.com                                                                 |

Stephen M. Rummage (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: +1 206 757 8136
Facsimile: +1 206 757 7136
steverummage@dwt.com

*Attorneys for Defendant Ramesh Balwani*

- 3 -
REPLY IN SUPPORT OF DEFENDANTS' MOTION TO LIMIT THE PUTATIVE CLASS DEFINITION
Case No.  5:16-cv-06822-NC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Reply in Support of Defendant's Motion to Limit the Putative Class Definition. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: August 3, 2017                         WILMER CUTLER PICKERING HALE AND DORR LLP

                                              By:  /s/  Michael A. Mugmon
                                                   Michael A. Mugmon