WILMERHALE

August 8, 2017

**Timothy Perla**

+1 617 526 6696 (t)
+1 617 526 5000 (f)
timothy.perla@wilmerhale.com

*By ECF*

Hon. Nathanael Cousins
United States Magistrate Judge
U.S. District Court for the Northern District of California, San Jose Division
San Jose Courthouse, Courtroom 7, 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:  *Colman et al. v. Theranos, Inc. et al.*, Case No. 5:16-cv-06822-NC

Dear Magistrate Judge Cousins:

I write on behalf of Theranos, Inc. to supply the Court with new information relevant to the joint statement regarding discovery a dispute filed on July 14, 2017 (Dkt. 110-3), which concerns Plaintiffs' request that Theranos produce certain documents from *Partner Investments, L.P. et al. v. Theranos, Inc. et al.*, C.A. No. 12816-VCL ("PFM Litigation") that had been produced in the first instance by third parties.

In the joint statement, Theranos explained its position that the PFM Protective Order requires Theranos to notify third parties (who initially produced the documents) before producing the documents in this matter. Theranos further explained that it had sent out the notifications, and was awaiting responses. Since July 14, 2017, Theranos has received consent from nearly all third parties and, accordingly, has produced to Plaintiffs the vast majority of the requested documents, and is about to produce one additional exhibit. However, Theranos still has not heard back from one third party: Anthony Nugent (4 exhibits).

Notwithstanding the lack of response from Anthony Nugent, Theranos is concerned that paragraph 27 of the PFM Protective Order (Dkt. 110-04) could be read to prohibit it from producing the documents absent his consent, or a court order. Thus, in an abundance of caution, Theranos is supplying this status update, and awaits guidance from the Court. If the Court were to order production of these four documents, Theranos would comply promptly.

WILMERHALE

Hon. Nathanael Cousins
August 8, 2017
Page 2


Sincerely,

By: */s/ Timothy Perla*
Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Megan E. Barriger (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
megan.barriger@wilmerhale.com

Christopher Davies (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363
christopher.davies@wilmerhale.com

Michael A. Mugmon (251958)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
michael.mugmon@wilmerhale.com

*Attorneys for Defendant Theranos, Inc.*