Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., et al.,<br><br>Defendants. | No. 5:16-cv-06822-NC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERTIFY A MANDATORY LIMITED FUND CLASS**<br><br>JUDGE:  Hon. Nathanael M. Cousins<br>DATE:   TBD<br>TIME:   TBD<br>CTRM:   7, 4th Floor |

\*   \*   \*   **FILED UNDER SEAL**   \*   \*   \*

010650-11 972062 V1

I, REED R. KATHREIN, hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the state of California. I am a member of the law firm of Hagens Berman Sobol Shapiro LLP, Counsel of record for Plaintiffs Robert Colman and Hilary Taubman-Dye in the above-entitled action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof.

2. Because of the imminent possibility of irreparable injury and the dissipation of assets available to all Class Members, Plaintiffs seek an order certifying a mandatory class, enjoining the dissipation of assets, and setting forth additional procedures for administering this class action.

3. Attached hereto are true and correct copies of the following documents and testimony referenced in Plaintiffs' Motion for Injunctive Relief and to Provisionally Certify a Mandatory Limited Fund Class, filed herewith:

Exhibit A: Second Amended Verified Complaint, *Partner Investments, L.P. et al. v. Theranos, Inc., et al.*, C.A. No. 12816-VCL (Del. Ch. Mar. 23, 2017), Dkt. No. 592 ("*Partner* Litigation");

Exhibit B: Complaint, *Walgreens Co. v. Theranos Inc.*, No. 16-cv-1040 (D. Del. Nov. 8 , 2016), Dkt. No. 2 ("Walgreens Litigation");

Exhibit C: Excerpts of the 30(b)(6) Deposition of Alexander Ryan White on behalf of Theranos ("White Dep."), as taken in this action on June 22, 2017 and designated "HIGHLY CONFIDENTIAL" by defendant in this action;

Exhibit D: *Partner* Litigation Settlement Agreement, Bates-numbered TH-COL0000004342-4414, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action and marked as Exhibit 20 to the White Dep.;

Exhibit E: Theranos 2017 YTD Cash Summary, Bates-numbered TH-COL0000004219-420, produced in this action and designated "HIGHLY

010650-11 972062 V1

DECLARATION OF REED R. KATHREIN ISO MOT. FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERT. A MANDATORY LIMITED FUND CLASS - 5:16-cv-06822-NC   - 1 -

| | | |
|---|---|---|
| 1 | | CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant |
| 2 | | to the protective order in this action and marked as Exhibit 10 to the White |
| 3 | | Dep.; |
| 4 | Exhibit F: | Theranos Shareholder List, Bates-numbered TH-COL0000004215-16, |
| 5 | | produced in this action and designated "HIGHLY CONFIDENTIAL – |
| 6 | | ATTORNEYS' EYES ONLY" by defendant pursuant to the protective |
| 7 | | order in this action and marked as Exhibit 9 to the White Dep.; |
| 8 | Exhibit G: | Declaration of Matthew Larrabee, dated July 10, 2017; |
| 9 | Exhibit H: | Firm Resume for Hagens Berman Sobol Shapiro LLP; |
| 10 | Exhibit I: | Frim Resume for Robbins Geller Rudman & Dowd LLP; |
| 11 | Exhibit J: | Theranos Balance Sheet April 2017, produced in this action and |
| 12 | | designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |
| 13 | | by defendant pursuant to the protective order in this action and marked as |
| 14 | | Exhibit 6 to the White Dep.; |
| 15 | Exhibit K: | Theranos Cash Balance Roll Forward, produced in this action and |
| 16 | | designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |
| 17 | | by defendant pursuant to the protective order in this action and marked as |
| 18 | | Exhibit 8 to the White Dep.; |
| 19 | Exhibit L: | Murdoch Settlement Agreement, Bates-numbered TH-COL0000004203- |
| 20 | | 208, produced in this action and designated "HIGHLY CONFIDENTIAL |
| 21 | | – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective |
| 22 | | order in this action and marked as Exhibit 19 to the White Dep.; |
| 23 | Exhibit M: | July 7, 2016 Letter from Department of Health & Human Services; |
| 24 | Exhibit N: | *Violations of Corporate Integrity Agreement Trigger Divestiture Action by* |
| 25 | | *HHS OIG*, Skadden, Arps, Slate, Meagher & Flom LLP (June 14, 2012); |
| 26 | Exhibit O: | *Now No Doctor's Note Needed for Blood Tests in Arizona*, USA Today |
| 27 | | (July 2, 2015); |
| 28 | Exhibit P: | Civil Complaint, *State of Arizona v. Theranos, Inc.*, April 2017; |

| | | |
|---|---|---|
| Exhibit Q: | Consent Degree, *State of Arizona v. Theranos, Inc.*, April 2017; |
| Exhibit R: | Excerpts of the Deposition of Mark Pandori, as taken on March 8, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action; |
| Exhibit S: | Excerpts of the Deposition of Christian Holmes, as taken on April 5, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action; |
| Exhibit T: | Excerpts of the Deposition of Max Fosque, as taken on March 22, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action; |
| Exhibit U: | *Theranos Announces New Members of Its Board of Directors* (July 29, 2013 Theranos Press Release); |
| Exhibit V: | *Blood, Simpler – One Woman's Drive to Upend Medical Testing*, The New Yorker (December 15, 2014); |
| Exhibit W: | Excerpts of the Deposition of George Shultz, as taken on April 4, 2017 in in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action; |
| Exhibit X: | Excerpts of the Deposition of Admiral Gary Roughead, as taken on March 24, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action; |
| Exhibit Y: | Excerpts of the Deposition of Tyler Shultz, as taken on March 6, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY |

CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action;

Exhibit Z: Excerpts of the Deposition of Erika Cheung Shultz, as taken on March 7, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action;

Exhibit AA: Excerpts of the Deposition of Nicholas Haase, as taken on March 2, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action;

Exhibit BB: Excerpts of the Deposition of Ashkon Niroomand, as taken on March 15, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action;

Exhibit CC: Excerpts of the Deposition of Anthony Nugent, as taken on February 8, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action; and

Exhibit DD: Excerpts of the Deposition of Surekha Gangakhedkar, as taken on April 20, 2017 in the *Partner* Litigation, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant pursuant to the protective order in this action.

4. Based on discussions with counsel for non-diversified funds which are believed to have members who continue to have personal claims, Plaintiffs believe there are over 100 individuals who have sustained losses in excess of $100 million. On June 27, 2017, I participated in a telephone conference with Jeff Chanin, counsel for Lucas Venture Group XI, LLC (LVG XI), during which Mr. Chanin estimated that LVG XI has over 50 members. Each these members is an individual member of the Class.

010650-11 972062 V1

DECLARATION OF REED R. KATHREIN ISO MOT. FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERT. A MANDATORY LIMITED FUND CLASS - 5:16-cv-06822-NC

- 4 -

5. Based on documents produced by Defendants, the White Deposition, and discussions with opposing counsel and counsel from various funds, I estimate that non-releasing indirect Class members invested, and have loses in excess of $100 million dollars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of July, 2017, at Berkeley, California.

By: */s/ Reed R. Kathrein*
REED R. KATHREIN

010650-11 972062 V1

DECLARATION OF REED R. KATHREIN ISO MOT. FOR INJUNCTIVE RELIEF AND TO PROVISIONALLY CERT. A MANDATORY LIMITED FUND CLASS - 5:16-cv-06822-NC - 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2017.

By: */s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

010650-11 972062 V1

CERTIFICATE OF SERVICE - 5:16-cv-06822-NC

- 1 -