UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLMAN, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>THERANOS, INC., and others,<br><br>    Defendants. | Case No. 16-cv-06822 NC<br><br>**ORDER RESOLVING DISCOVERY DISPUTE**<br><br>Re: ECF 110-3 |

In July the parties presented a discovery dispute concerning the delayed production of a certain category of deposition exhibits from the PFM litigation. ECF 110. Through the passage of time and further notices to the third-parties in the PFM litigation, the dispute has now substantially narrowed. As the Court understands it, there are only four exhibits from this set that Theranos has not produced. ECF 128. Those exhibits concern third party Anthony Nugent.

By now, Mr. Nugent has had ample time to consent or object to the production or to raise the need for a further protective order. Accordingly, it is hereby ORDERED that Theranos must produce the four remaining exhibits to plaintiffs' counsel by August 29, 2017. The use and distribution of these documents is restricted by the existing protective order in this case. ECF 62.

**IT IS SO ORDERED.**

Dated: August 25, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-06822 NC  2