UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THERANOS, INC., et al.,<br><br>Defendants. | Case No. 16-cv-06822-NC<br><br>**ORDER GRANTING MOTION TO LIMIT CLASS**<br><br>Re: Dkt. No. 102 |

On August 23, 2017, the Court heard defendants' motion to limit plaintiffs' putative class definition. The Court granted the motion from the bench. This written order accompanies the ruling.

The issue with plaintiffs' class definition is the nature of the investors it includes. Plaintiffs are, by their words, "indirect" investors in Theranos securities, meaning they purchased interests in investment funds that in turn purchased Theranos securities. Defendants seek to exclude from any class definition "direct" investors, meaning investors who own Theranos stock, regardless of whether they purchased it directly from Theranos or from a third party. Dkt. No. 102. Defendants identify these investors in Appendix A to their motion. Dkt. No. 102-1.

Defendants offer several reasons to exclude the Theranos shareholders listed in Appendix A from plaintiffs' putative class: the shareholders signed forum selection clauses requiring them to litigate any claims against Theranos in other courts; all but seven of the

shareholders have signed releases of their claims; the shareholders' claims are atypical of and in conflict with plaintiffs'; including the shareholders would defeat Rule 23(b)(3) superiority; and a Rule 23(b)(1)(B) limited fund class is not available. At the hearing, plaintiffs agreed that excluding these direct investors from the class definition is appropriate, and stated that they intend to represent only indirect investors—those who purchased interests in Theranos securities from or through the parties listed in Appendix A.

For all these reasons, defendants' motion to limit the putative class definition is GRANTED. Investors who purchased Theranos stock, as listed on Appendix A of defendants' motion, Dkt. No. 102-1, are excluded from plaintiffs' putative class.

**IT IS SO ORDERED.**

Dated: September 6, 2017    _____
NATHANAEL M. COUSINS
United States Magistrate Judge