1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  Danielle Smith (291237)
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
4  Telephone: (510) 725-3000
   Facsimile:  (510) 725-3001
5  reed@hbsslaw.com
   peterb@hbsslaw.com
6  daniellec@hbsslaw.com

7  Steve W. Berman (admitted *Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1918 8th Avenue, Suite 3300
   Seattle, WA 98101
9  Telephone: (206) 623-7292
   Facsimile:  (206) 623-0594
10 steve@hbsslaw.com

11 *Counsel for Plaintiffs and Proposed Lead*
   *Counsel for the Class*
12
   [Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THERANOS, INC., et al., <br><br> Defendants. | No. 5:16-cv-06822-NC <br><br> <u>CLASS ACTION</u> <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

010650-11 1015824 V1

Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and 79-5 to file the following documents under seal because these documents contain information designated by Defendants and/or Third Parties as either "Confidential" or "Highly Confidential – Attorneys Eyes Only" under the Stipulated Protective Order ("Protective Order") in place in this action.[1]

- Plaintiffs' Motion for Class Certification;
- Declaration of Reed Kathrein in Support of Plaintiffs' Motion for Class Certification and Exhibits A-Y and CC-RR thereto;

The Protective Order requires that information designated as confidential "qualify for protection under standards developed under Fed.R.Civ.P. 26(c)."[2]  In turn, under Rule 26(c), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."[3]  Plaintiffs reserve the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure and Local Rule 79-5.  However, it remains Defendants' and the Third Party's obligation to establish that these documents are, in fact, sealable. *See Center for Auto Safety v. Chrysler Group, LLC* (9th Cir. 2016) 809 F.3d 1092, 1096, cert. denied sub nom. *FCA U.S. LLC v. Center for Auto Safety* (2016) 137 S.Ct. 38 [196 L.Ed.2d 26] ("[a] party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard.").

Plaintiffs do agree that the names of absentee class members (and personal identifying information) should remain confidential.

Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

DATED: February 16, 2018              Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

---

[1] Stipulated Protective Order, April 13, 2017, ECF No. 61.

[2] *Id.*, ¶ 2.2.

[3] Fed. R. Civ. P. 26(c)(1)(G).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Reed R. Kathrein
Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Smith (291237)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

Paul J. Geller (admitted *Pro Hac Vice*)
ROBBINS GELLER RUDMAN
    & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
pgeller@rdrdlaw.com

Dennis J. Herman
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 228-4545

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (415) 288-4534
dennish@rgrdlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
jforge@rgrdlaw.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses, registered, as denoted on the attached Electronic Mail Notice List. I hereby certify that I have caused the foregoing document or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Reed R. Kathrein*
REED R. KATHREIN