Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiffs,<br><br>       vs.<br><br>THERANOS, INC., et al.,<br><br>                             Defendants. | No. 5:16-cv-06822-NC<br><br>CLASS ACTION<br><br>**DECLARATION OF REED R. KATHREIN IN OPPOSITION TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  I, REED R. KATHREIN, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of
3  California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the
4  counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the
5  matters stated herein and, if called upon, I could and would competently testify thereto.

6  2. Portions of the Plaintiffs' Motion for Class Certification contains information that
7  has been designated "Confidential" or "Highly Confidential" by Defendants.

8  3. Portions of the Declaration of Reed R. Kathrein in Support of Plaintiffs' Motion for
9  Class Certification and Exhibits A-Y and CC-RR thereto contain information that has been
10  designated "Confidential" or "Highly Confidential" by Defendants and/or Third Parties.

11  I declare under penalty of perjury under the laws of the United States that the foregoing is
12  true and correct. Executed this 16th day of February 2018, at Berkeley, California.

                                      */s/ Reed R. Kathrein*
                                      REED R. KATHREIN