# EXHIBIT Z

Theranos Announces New Members of its Board of Directors - Theranos Newsroom



Archive    Press Releases and Statements

# Theranos Announces New Members of its Board of Directors

PALO ALTO, California, July 29, 2013 – Theranos® announced today that Richard M. Kovacevich and General James Mattis were appointed to its Board of Directors.

Mr. Richard Kovacevich served as Chief Executive Officer of Wells Fargo & Company from 1998-2007 and as Chairman of the Board from 2001-2009. Prior to Wells Fargo, he held executive positions with General Mills and CitiCorp and was President and CEO of Norwest Corporation until its merger with Wells Fargo in 1998. Mr. Kovacevich serves on a number of corporate boards, including Cargill, Inc. and Cisco Systems, Inc.

July 29, 2013

PALO ALTO, California, July 29, 2013 – Theranos® announced today that Richard M. Kovacevich and General James Mattis were appointed to its Board of Directors.

Mr. Richard Kovacevich served as Chief Executive Officer of Wells Fargo & Company from 1998-2007 and as Chairman of the Board from 2001-2009. Prior to Wells Fargo, he held executive

Theranos Announces New Members of its Board of Directors - Theranos Newsroom

positions with General Mills and CitiCorp and was President and CEO of Norwest Corporation until its merger with Wells Fargo in 1998. Mr. Kovacevich serves on a number of corporate boards, including Cargill, Inc. and Cisco Systems, Inc.

General James Mattis is a retired United States Marine Corps general who last served as the 11th commander of the United States Central Command. He previously commanded United States Joint Forces Command and served concurrently as NATO's Supreme Allied Commander Transformation. General Mattis retired after more than 41 years of service to the nation.

These individuals join existing Theranos Board members Elizabeth Holmes, Theranos Chairman and Chief Executive Officer; Henry A. Kissinger; Samuel Nunn; William J. Perry; Gary Roughead; George P. Shultz; and Sunny Balwani, Theranos President and Chief Operating Officer.

For more information about Theranos, visit http://www.theranos.com. To be added to a press list for future announcements, contact pr@theranos.com

**Posted in:** Archive, Press Releases and Statements

**CONNECT**



**PRESS**

Press Kit

Press Releases

Media Requests

Theranos Announces New Members of its Board of Directors - Theranos Newsroom

Theranos Listed on IEEE Patent Power List

January 25, 2018

THERANOS TECHNOLOGY: PUBLICATIONS & MEETINGS

December 19, 2017

THERANOS REACHES SETTLEMENT WITH WALGREENS

August 1, 2017

THERANOS NAMES FORMER ABBOTT DIAGNOSTICS EXECUTIVE CASS GRANDONE
AS HEAD OF PRODUCT DEVELOPMENT

May 17, 2017

THERANOS FINALIZES SHAREHOLDER RECAPITALIZATION

May 16, 2017

Next

Theranos Selects Walgreens as a Long-Term Partner Thro...

September 9, 2013

Theranos Announces New Members of its Board of Directors - Theranos Newsroom

## DIAGNOSTICS

Technologies
Manufacturing

## COMPANY

Leadership
Newsroom
Careers
Legal

## GET IN TOUCH

Contact Us
Partner Login

Copyright © 2016 Theranos Inc. All rights reserved.

# EXHIBIT AA

# THE WALL STREET JOURNAL.

THE WEEKEND INTERVIEW

# Elizabeth Holmes: The Breakthrough of Instant Diagnosis

A Stanford dropout is bidding to make tests more accurate, less painful—and at a fraction of the current price.

*By*

*Joseph Rago*
Updated Sept. 8, 2013 12:04 p.m. ET

*Palo Alto, Calif.*

'The reality within our health-care system today is that when someone you care about gets really sick, by the time you find that out it's most often too late to do anything about it. It's heartbreaking. Because in those moments, there's nothing you wouldn't do to change it, and too often you're helpless," says Elizabeth Holmes. "We're finding cancer when you have a tumor, or heart disease by virtue of the fact that you're having a heart attack."

She wants to change that.

Ms. Holmes, a 29-year-old chemical and electrical engineer and entrepreneur, dropped out of Stanford as an undergraduate after founding a life sciences company called Theranos in 2003. Her inventions, which she is discussing in detail here for the first time, could upend the industry of laboratory testing and might change the way we detect and treat disease.

Ten years ago, Ms. Holmes was working out of the basement of a group college house, a world away from her current headquarters at a rambling industrial building in a research park just off campus. The company's real estate was one of the few Theranos facts known

1



# THE WALL STREET JOURNAL.

https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813

to Silicon Valley, but one suggestive of the closely held business's potential: The space was once home to Facebook, and before that Hewlett-Packard.

The secret that hundreds of employees are now refining involves devices that automate and miniaturize more than 1,000 laboratory tests, from routine blood work to advanced genetic analyses. Theranos's processes are faster, cheaper and more accurate than the conventional methods and require only microscopic blood volumes, not vial after vial of the stuff. The experience will be revelatory to anyone familiar with current practices, which often seem like medicine by Bram Stoker.



FRED HARPER

A Theranos technician first increases blood flow to your hand by applying a wrap similar to one of those skiing pocket warmers, then uses a fingerstick to draw a few droplets of blood from the capillaries at the end of your hand. The blood wicks into a tube in a

2

# THE WALL STREET JOURNAL.

cartridge that Ms. Holmes calls a "nanotainer," which holds microliters of a sample, or about the amount of a raindrop. The nanotainer is then run through the analyzers in a Theranos laboratory. Results are usually sent back to a physician, but a full blood work-up—metabolic and immune markers, cell count, etc.—was in my inbox by the time I walked out the door. (Phew: all clear.)

It's the kind of modern, painless service that consumers rarely receive in U.S. health care, though Ms. Holmes makes the point the other way around: "We're here in Silicon Valley inside the consumer technology world . . . and what we think we're building is the first consumer health-care technology company. Patients are empowered by having better access to their own health information, and then by owning their own data."

And a Theranos clinic may be coming soon to a pharmacy near you. On Monday the company is launching a partnership with Walgreens for in-store sample-collection centers, with the first one in Palo Alto and expanding throughout California and beyond. Ms. Holmes's long-term goal is to provide Theranos services "within five miles of virtually every American home."

Diagnostics is one of those corners of the health markets that is more irrational the closer you look. Tests account for between 2% and 2.5% of health spending, but Ms. Holmes notes that they drive an estimated seven or eight of every 10 clinical decisions by physicians, with 6.8 billion lab tests annually in the U.S.

"The art of phlebotomy originated with bloodletting in 1400 B.C. and the modern clinical lab emerged in the 1960s—and it has not fundamentally evolved since then," she says. The billions of tests generally follow the same ritual: In a hospital or clinic, "you go in, sit down, they put a tourniquet on your arm, stick you with a needle, take these tubes and tubes of blood," as Ms. Holmes describes it.

The specimens are then transported, via a courier or hospital pneumatic tube, to a centralized lab, where they are manually removed from the tubes with a pipette and

3

# THE WALL STREET JOURNAL.

https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813

mixed with a chemical reagent or sent through instruments like a centrifuge or mass spectrometer. After days or weeks of waiting, your doctor finally gets the results.

One major problem, Ms. Holmes says, is that physicians rarely have "the best actionable information to make the best possible diagnosis at the time it matters." She posits a hypothetical patient whose doctor orders a test and discovers that she has a dangerously low hemoglobin count, so he puts her on an anti-anemia drug. He must order another test to find out what kind of anemia she has, and days later it turns out to be merely an iron deficiency. The best final treatment was actually "take some iron pills or eat more spinach."

Theranos's technology eliminates multiple lab trips because it can "run any combination of tests, including sets of follow-on tests," at once, very quickly, all from a single microsample. Ms. Holmes estimates that patients and doctors will receive readouts in "as little as two hours" and can even do so before an office visit based on their physician's recommendation for better, or at least less ad hoc, consultations.

Only about 62% of tests that doctors order are ultimately carried out, according to health-policy researchers at the Lewin Group. One reason tests aren't performed: not enough blood. To ensure that labs don't reject samples, several studies have documented that medical institutions sometimes collect as much as *45 times* the amount of blood from patients that conventional tests actually require.

Luckily, blood is a renewable resource, though the small Theranos sample size is a particular advance for the elderly, for whom blood draws can be agony because of collapsed veins. It's also good news for children who fear needles, and for oncology patients, whose blood is being constantly tested.

Another Theranos advance is its testing's accuracy. Ms. Holmes believes the chain of conventional laboratory custody introduces too many opportunities for error, "which is basically wherever humans are involved." The integrity of lab specimens can be contaminated if they sit too long on the bench, or if they're mistakenly processed by a tech, or by temperature, and so forth.

4

# THE WALL STREET JOURNAL.

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Life & Arts   Real Estate   WSJ. Magazine

https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813

A 2002 review in the journal Clinical Chemistry found error estimates ranging from one out of every 33-50 tests to one of every 8,300, though the rate has likely since improved. The same sample sent to two different labs can yield two varying results, and the same lab testing the same sample twice can yield different results too.

That's because the precision of lab instruments, and their reference ranges, vary from manufacturer to manufacturer. Labs buy from different vendors and often don't calibrate the machines to each other. Certain tests may be reported with fairly wide margins of error, such as a plus-or-minus 30% of allowable error for HDL cholesterol. Ms. Holmes notes that a measurement that is essentially a 60% error range isn't very useful, especially over time, since disease itself is a progression over time.

Theranos's technology is automated, standardized, and attempts to subtract human error from the process. It can thus achieve much lower variance ranges for a given test. Ms. Holmes says its tests have margins of "allowable error" targets less than 10%.

The medical promise of this speed and better information means catching disease in its earliest stages before the onset of symptoms. The company's analytic tools might also help realize the possibilities of truly personalized medicine, as scientists gain a better understanding of the heterogeneity of disease and how to treat individuals based on their own bodies, not large averages.

Theranos's tools may also allow doctors to analyze data "longitudinally"—to see trends, clusters and rates of change that they can't now. Medicine would ask fewer on-off, do-you-have-this-disease-or-not questions, and instead "meaningfully and powerfully answer the question of how to detect and manage these diseases early on," says Ms. Holmes.

She first funded Theranos at age 19 by cashing out an education trust that her parents set up, which allowed her to hire her first employee and rent lab space. Later rounds of funding were raised from venture capital and private equity. Once Theranos was more established, it started to earn revenue from contracts conducting pharmaceutical testing in cancer drug and other clinical trials.

5

# THE WALL STREET JOURNAL.

https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813

A word about costs and what that investment bought, which doesn't follow the usual rules about a new medical technology. Ms. Holmes says Theranos can conduct a battery of tests for "tens of dollars," a phrase that does not exist in U.S. health care. She calls it "a watershed opportunity to change the trajectory of health costs through price transparency."

Since 1984, the Medicare Clinical Laboratory Fee Schedule has set reimbursements for 1,140 unique lab tests across 57 U.S. jurisdictions. That's 64,980 different price controls. Meanwhile, the prices that private insurers negotiate with providers are virtually trade secrets.

Theranos is committing to a half-off discount on Medicare fees. "So a test that costs $100 now, we'll do $50 or less. The quote-unquote payer community I don't think has ever seen someone walk in and say we want to bill you at less than you're willing to reimburse," she says. If this strategy succeeds in squeezing down prices—say, lowering testing as a share of total health costs to 1.5% from 2.3% now—it could save Medicare $61 billion over 10 years and Medicaid $96.1 billion, according to what Theranos calls a conservative estimate.

Ms. Holmes says her larger goal is increasing access to testing, including among the uninsured, though she might also have a market-share land grab in mind. For instance, she says Theranos will publish all its retail prices on its website. The company's X-ray of self-transparency also includes reporting its margins-of-error variations online and on test results and order forms, which few if any labs do now.

This strategy may be inviting a hell of a battle with the health industry, where the incentives are rigged against startups and the empire usually finds a way of striking back. Witness the medical-practice regulations that make medicine a cartel against competitors. Pathologists, lab scientists and technicians won't be pleased if their jobs go the way of travel agents.

# THE WALL STREET JOURNAL.

https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813

Ms. Holmes declines to discuss Theranos's future plans, though one may speculate. There could be military applications in the battlefield, especially given the numerous framed American flags across the Theranos office and the presence on its corporate board of retired Gens. Jim Mattis and Gary Roughead, former Defense Secretary Bill Perry and former Secretary of State George Shultz.

The other obvious tech reality is that the devices keep shrinking, and over the last several years Theranos has been granted several patents for portable diagnosis system at the point of care. One of them even invokes—forget the iWatch—a wearable diagnostic device that would attach to the body with silicon microneedles "about the size of a human hair."

The biggest question is whether Ms. Holmes has discovered one of those often promised, more often elusive disruptive innovations designed to cut costs while improving quality. In a conversation about a year ago, Secretary Shultz said Ms. Holmes could be "the next Steve Jobs or Bill Gates. "

When I put it to him again on my recent visit, he smiles slyly. "This is not the last thing she's going to invent or create."

*Mr. Rago is a member of the Journal's editorial board.*

# EXHIBIT BB



Archive    Press Releases and Statements

# Theranos Selects Walgreens as a Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service

With first location launching this month in Silicon Valley, consumers can now complete any clinician-directed lab test with as little as a few drops of blood and results available in a matter of hours

PALO ALTO, Calif. & DEERFIELD, Ill. – Theranos, Inc. and Walgreens (NYSE: WAG) (Nasdaq: WAG) today announced a long-term partnership to bring access to Theranos' new lab testing service through Walgreens pharmacies nationwide. As the service becomes available through Theranos Wellness Centers inside Walgreens stores, consumers will be able to access less invasive and more affordable clinician-directed lab testing, from a blood sample as small as a few drops, or 1/1,000 the size of a typical blood draw. The samples are either taken from a tiny finger stick or a micro-sample taken from traditional methods, eliminating the need for larger needles and numerous vials of blood required for most diagnostic lab testing.

September 9, 2013



PENGAD 800-631-6989

EXHIBIT
Lucas 46
1/12/18

With first location launching this month in Silicon Valley, consumers can now complete any clinician-directed lab test with as little as a few drops of blood and results available in a matter of hours

PALO ALTO, Calif. & DEERFIELD, Ill. – Theranos, Inc. and Walgreens (NYSE: WAG) (Nasdaq: WAG) today announced a long-term partnership to bring access to Theranos' new lab testing service through Walgreens pharmacies nationwide. As the service becomes available through Theranos Wellness Centers inside Walgreens stores, consumers will be able to access less invasive and more affordable clinician-directed lab testing, from a blood sample as small as a few drops, or 1/1,000 the size of a typical blood draw. The samples are either taken from a tiny finger stick or a micro-sample taken from traditional methods, eliminating the need for larger needles and numerous vials of blood required for most diagnostic lab testing.

Theranos and Walgreens are taking the first step in making this service available to consumers with the first Theranos Wellness Center location opening this month at Walgreens drugstore at 300 University Ave. in Palo Alto, Calif., in the heart of Silicon Valley. The companies plan to offer the service at Walgreens locations nationwide.

For the first time, Theranos is introducing CLIA-certified laboratory services with the ability to run its tests on micro-samples. Theranos' proprietary laboratory infrastructure minimizes human error through extensive automation to produce high quality results. Test results are available to physicians in a matter of hours, enabling fast diagnoses to help informed treatment choices. Theranos tests are low cost – always 50 percent of Medicare reimbursement rates or less – and are reimbursed by major insurance carriers, Medicare, and Medicaid. Developed to be accessible to everyone, Theranos tests cost the same amount for everyone, regardless of insurance plan or whether they are uninsured.

"For the past 10 years, Theranos has worked relentlessly to reach a point at which we could help make actionable information accessible to physicians and patients at the time it matters most. Clinicians can now see their patients having received lab results from fresh samples in a matter of hours," said Elizabeth Holmes, Chairman, CEO and Founder of Theranos. "This partnership will further our goal to bring high quality, affordable lab testing to people everywhere, with our new Wellness Centers in Walgreens retail locations closest to homes and workplaces."

By minimizing the volume of blood required from patient draws, Theranos helps clinicians provide a new standard of care across all specialties and treatment areas. Kind, minimally invasive collection

has the potential to benefit everyone, including oncology, pediatric and geriatric patient populations that require frequent blood draws. Theranos seamlessly integrates with existing practice workflows and offers a full spectrum of laboratory tests, from the most common panels to highly specialized tests. Collection for Theranos tests will be performed in Theranos Wellness Centers by licensed phlebotomists or appropriately state certified personnel.

"Theranos' service offers affordable certified lab testing with quicker response times, and furthers our mission to provide a differentiated patient experience," said Kermit Crawford, Walgreens president of pharmacy, health and wellness. "This is the next step in Walgreens' efforts to transform community pharmacy, giving our patients and customers convenient access to the comprehensive care they need, right in their communities."

As the nation's largest retail pharmacy chain with more than 8,100 neighborhood pharmacies, Walgreens has the infrastructure to help bring Theranos to consumers nationwide.
About Theranos

Headquartered in Palo Alto, Theranos, Inc. is working to shape the future of lab testing and the way health information is collected, analyzed, and communicated. Founded in 2003 by Elizabeth Holmes, Theranos is on a mission to make actionable health information accessible to people everywhere in the world at the time it matters, enabling early detection and intervention of disease, and empowering individuals with information to live the lives they want to live. www.theranos.com
About Walgreens

As the nation's largest drugstore chain with fiscal 2012 sales of $72 billion, Walgreens (www.walgreens.com) vision is to become America's first choice for health and daily living. Each day, Walgreens provides more than 6 million customers the most convenient, multichannel access to consumer goods and services and trusted, cost-effective pharmacy, health and wellness services and advice in communities across America. Walgreens scope of pharmacy services includes retail, specialty, infusion, medical facility and mail service, along with respiratory services. These services improve health outcomes and lower costs for payers including employers, managed care organizations, health systems, pharmacy benefit managers and the public sector. The company operates 8,117 drugstores in all 50 states, the District of Columbia and Puerto Rico. Take Care Health Systems is a Walgreens subsidiary that is the largest and most comprehensive manager of worksite health and wellness centers and in-store convenient care clinics, with more than 700 locations throughout the country.

Cautionary Note Regarding Forward-Looking Statements: Statements in this release that are not historical are forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Words such as "expect," "likely," "outlook," "forecast," "would," "could," "should," "can," "will," "project," "intend," "plan," "goal," "target," "continue," "sustain," "synergy," "on track," "believe," "seek," "estimate," "anticipate," "may," "possible," "assume," and variations of such words and similar expressions are intended to identify such forward-looking statements. These forward-looking statements are not guarantees of future performance and involve risks, assumptions and uncertainties, including, but not limited to, those relating to the speed, efficiency, cost, reliability and safety of lab testing services and results, the introduction of Theranos services at Walgreens locations including the timing, scope and financial ramifications thereof, and those described in Item 1A (Risk Factors) of our most recent Annual Report on Form 10-K and Quarterly Report on Form 10-Q, each of which is incorporated herein by reference, and in other documents that we file or furnish with the Securities and Exchange Commission. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those indicated or anticipated by such forward-looking statements. Accordingly, you are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date they are made. Except to the extent required by law, Walgreens does not undertake, and expressly disclaims, any duty or obligation to update publicly any forward-looking statement after the date of this report, whether as a result of new information, future events, changes in assumptions or otherwise.

**Posted in:** Archive, Press Releases and Statements

CONNECT

PRESS

Press Kit

Press Releases

Media Requests

THERANOS NAMES FORMER ABBOTT DIAGNOSTICS EXECUTIVE CASS GRANDONE
 AS HEAD OF PRODUCT DEVELOPMENT

May 17, 2017

THERANOS FINALIZES SHAREHOLDER RECAPITALIZATION

May 16, 2017

THERANOS REACHES SETTLEMENT WITH PARTNER FUND MANAGEMENT

May 1, 2017

Theranos, Arizona Attorney General Reach Agreement on Full Restitution to State Consumers

April 18, 2017

Theranos Reaches Resolution with Centers For Medicare & Medicaid Services

April 17, 2017

Previous

Theranos Announces New Members of its Board of Direct...

July 29, 2013

Next

## Theranos and Walgreens Expand Diagnostic Lab Testing t...

November 13, 2013

DIAGNOSTICS

Technologies
Manufacturing

COMPANY

Leadership
Newsroom
Careers
Legal

GET IN TOUCH

Contact Us
Partner Login

Copyright © 2016 Theranos Inc. All rights reserved.

