*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., et al.,<br><br>Defendants. | No. 5:16-cv-06822-NC<br><br>CLASS ACTION<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER RULE 23(B)(3)**<br><br>JUDGE: Hon. Nathanael M. Cousins<br>DATE: March 28, 2018<br>TIME: 1:00 p.m.<br>CTRM: 7, 4th Floor |

* * * **FILED UNDER SEAL** * * *

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

I, REED R. KATHREIN, hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the state of California. I am a member of the law firm of Hagens Berman Sobol Shapiro LLP, Counsel of record for Plaintiffs Robert Colman and Hilary Taubman-Dye in the above-entitled action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Plaintiffs seek an order pursuant to Rule 23 of the Federal Rules of Civil Procedure (the "Rules"), (1) certifying a class pursuant to Rule 23(b)(3) of "all persons or entities who, from July 29, 2013, through October 5, 2016, purchased or acquired securities of an entity for the purpose of making corresponding purchases of Theranos securities"; (2) appointing Plaintiffs Robert Colman and Hilary Taubman-Dye as Class Representatives; and (3) appointing the firms of Hagens Berman Sobol Shapiro LLP and Robbins Geller Rudman & Dowd LLP as counsel for the class.

3. Attached hereto are true and correct copies of the following documents and testimony referenced in Plaintiffs' Motion for Injunctive Relief and to Provisionally Certify a Mandatory Limited Fund Class, filed herewith:

**<u>Documents Produced by Defendants</u>**

Exhibit A: Entities in which Investors Purchased Securities for the Express Purpose of Making Corresponding Purchases of Theranos Securities, not including Family Trusts or Family Investment Vehicles;

Exhibit B: E-mail correspondence between Elizabeth Holmes and General Partner of [redacted], Bates-numbered TH-COL0004052415, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the Stipulated Protective Order, ECF No. 62 ("protective order") in this action;

Exhibit C: E-mail correspondence between Elizabeth Holmes, Sunny Balwani, Theranos, Inc. staff, and marketing company representatives regarding Theranos, Inc.'s "launch strategy", Bates-numbered TH-COL0003642135-TH-COL0003642136, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

Exhibit D: E-mail correspondence from Sunny Balwani to Scott Marmer forwarding earlier communications with [redacted], Bates-numbered TH-COL0002516570-TH-COL0002516575, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit E: E-mail correspondence dated Sep. 5, 2013 from Elizabeth Holmes to Sunny Balwani forwarding communications with Walgreens representative, Bates-numbered TH-COL0003618741 and TH-COL0003618744-TH-COL-0003618746, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit F: E-mail correspondence between Elizabeth Holmes, Sunny Balwani, Theranos, Inc. staff, and marketing company representatives regarding Theranos, Inc.'s "Launch Plan", and the e-mail's attachment containing presentation slides, Bates-numbered TH-COL0003218745-TH-COL-0003618747, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit G: E-mail correspondence between Elizabeth Holmes, Sunny Balwani, Theranos, Inc. staff, and marketing company representatives containing information regarding Elizabeth Holmes's preparation for interview with Joe Rago, Bates-numbered TH-COL0001841395-TH-COL-0001841402, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit H: E-mail correspondence from Elizabeth Holmes dated Aug. 1, 2013 regarding lists of "direct shareholders" and "indirect shareholders", Bates-numbered TH-COL0004030988- TH-COL0004030989, produced in the above-captioned litigation and designated "Highly Confidential – Attorneys' Eyes Only" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit I: E-mail correspondence between Elizabeth Holmes and Sunny Balwani dated Nov. 15, 2013 and Dec. 21, 2013, forwarding communications with Partner at [redacted], Bates-numbered TH-COL000949733-TH-COL-000949735 and TH-COL0002082856-TH-COL0002082859, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit J: E-mail correspondence from Elizabeth Holmes dated Dec. 16, 2013 containing a "memo to stockholders", Bates-numbered TH-COL0001070430-TH-COL-0001070431, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

Exhibit K: Eric J. Topol, M.D.'s article published by Medscape on Dec. 11, 2013, entitled "Topol Reviews 2013: A Year of Revolutionizing Medicine," available at https://www.medscape.com/viewarticle/817648;

Exhibit L: Eric J. Topol, M.D.'s article published by Medscape on Nov. 18, 2013, entitled "Creative Disruption? She's 29 and Set to Reboot Lab Medicine," available at https://www.medscape.com/viewarticle/814233;

Exhibit M: E-mail correspondence from Elizabeth Holmes dated Sep. 14, 2013, containing communications to shareholders, Bates-numbered TH-COL0004055350-TH-COL0004055351, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit N: E-mail correspondence from Sunny Balwani to Elizabeth Holmes forwarding communication from Laboratory Director Adam Rosendorff regarding validation of instruments and placement of instruments in "R&D", Bates-numbered TH-COL0004065740, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit O: E-mail correspondence from Elizabeth Holmes to Laboratory Director Adam Rosendorff containing communication from Adam Rosendorff regarding proficiency testing, Bates-numbered TH-COL0003657132-TH-COL0003657133, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit P: Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, (*Partner* Litigation) ("First Set Partners Interrog."), Bates-numbered TH-COL0000005253-TH-COL0000005389, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit Q: Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' Second Set of Interrogatories (from *Partner Investments, L.P. et al. v. Theranos, Inc., et al*., C.A. No. 12816-VCL (Del. Ch. Mar. 23, 2017)) ("*Partner*" or "*Partner* Litigation") ("Second Set *Partner* Interrog."), Bates-numbered TH-COL0000007384-TH-COL0000007447, produced in the above-captioned litigation and designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit R: Defendant Theranos, Inc.'s Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (*Partner* Litigation) ("Supplement to First Set Partner Interrog."), Bates-numbered TH-COL0000007246-TH-COL0000007308, produced in the above-captioned litigation and

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

designated "Confidential" by Defendant Theranos, Inc. pursuant to the protective order in this action;

**Deposition Transcripts and Transcript Exhibits**

Exhibit S: Excerpts of the Deposition of Christian Holmes, as taken on Apr. 5, 2017 in the *Partner* Litigation, produced by Defendant Theranos, Inc. in this action, and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant Theranos, Inc. pursuant to the protective order in this action, including pp. 152-167, and 266-272;

Exhibit T: Excerpts of the Deposition of Donald A. Lucas, as taken on Jan. 12, 2018, produced in this action, including pp. 18-20, 26-45, and 63-71 and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Lucas pursuant to the protective order in this action;

Exhibit U: Excerpts of the 30(b)(6) deposition of Theranos, Inc., by and through its corporate designee, Alexander White, as taken on Jun. 22, 2017, produced in this action, including pp. 42-43, 86-133 and designated "HIGHLY CONFIDENTIAL" by defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit V: Excerpts of the Deposition of Adam Rosendorff, M.D., as taken on Jan. 16, 2018, produced in this action, including pp. 31-36, 152, 197-205, 254-262, and 275-276 and designated "CONFIDENTIAL" pursuant to the protective order in this action;

Exhibit W: Transcript of interview of Elizabeth Holmes by George Shultz, Preventive Medicine (Stanford Institute for Economic Policy Research SIEPR Summit on Mar.13, 2015), marked as Exhibit 722 (TH-COL0003422670-TH-COL0003422682) of the Deposition of Secretary George Shultz taken on Apr. 4, 2017 in the *Partner* Litigation, produced in this action by Defendant Theranos, Inc. designated "CONFIDENTIAL" pursuant to the protective order in this action;

Exhibit X: Exhibits 9 (Bates-numbered TH-COL0000004215-TH-COL00000016), 23 (TH-COL0000000340), 24 (TH-COL0000004233), 25 (TH-COL0000004335-TH-COL0000004341), 26 (TH-COL0000004209-4214), 27 (TH-COL0000004233), and 28 of the 30(b)(6) deposition of Theranos, Inc., by and through its corporate designee, Alexander White ("White Deposition"), as taken on June 22, 2017, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by defendant Theranos, Inc. pursuant to the protective order in this action;

Exhibit Y: Exhibits 38 (Bates-numbered LVG_COLMAN00004588), 39 (LVG_COLMAN00003992-LVG_COLMAN0003993), 40 (LVG_COLMAN00004260), 41 (LVG_COLMAN00004581) (designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY") and 42

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

(TH-COL0002480473) (designated "CONFIDENTIAL pursuant to the protective order in this action") of the Deposition of Donald A. Lucas, as taken on January 12, 2018, produced in this action;

**Theranos's Public Representations**

Exhibit Z: Jul. 29, 2013 press release published by Theranos, Inc. entitled, "Theranos Announces New Members of its Board of Directors" from Theranos's website [accessible at https://news.theranos.com/2013/07/29/theranos-announces-new-members-of-its-board-of-directors/];

Exhibit AA: Plaintiffs Dep. Ex. 45: The Wall Street Journal article, dated Sep. 8, 2013, entitled "Elizabeth Holmes: The Breakthrough of Instant Diagnosis";

Exhibit BB: Plaintiffs Dep. Ex. 46: Sep. 9, 2013 press release published by Theranos, Inc. entitled, "Theranos Selects Walgreens as a Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service" from Theranos's website [also accessible at https://news.theranos.com/2013/09/09/theranos-selects-walgreens-as-a-long-term-partner-through-which-to-offer-its-new-clinical-laboratory-service/];

**Documents Produced by Direct Purchaser Fund Pertaining to Identification of Class**

Exhibit CC: Redacted list of investors in [redacted] contained in Schedule A, "Partnership Information" of the Limited Partnership Agreement of [redacted] L.P., dated Apr. 17, 2013, Bates-numbered [redacted]000072-[redacted]000076, produced in this action and designated "CONFIDENTIAL" pursuant to the protective order in this action;

Exhibit DD: List of investors for Lucas Venture Group XI, Bates-numbered LVG_COLMAN00006817-LVG_COLMAN00006820, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in this action;

Exhibit EE: List of investors for [redacted] Bates-numbered LVG_COLMAN00006830, LVG_COLMAN00006871; LVG_COLMAN00006873; LVG_COLMAN00006875; LVG_COLMAN00006877, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in this action;

Exhibit FF: List of investors for [redacted], contained in document entitled "Schedule I Series C-1 Preferred Stock Financing, Bates-numbered [redacted]000001, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in this action;

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

Exhibit GG: Redacted list of investors from [redacted], Bates-numbered [redacted]00052, produced in this action and designated as Protected Material subject to the protective order in this action;

Exhibit HH: Declaration of Matthew Larrabee, dated Jul. 10, 2017;

Exhibit II: Limited Partnership Agreement of [redacted] dated April 17, 2013, including Schedule A, "Partnership Information", Bates-numbered [redacted]000001[redacted]000077, produced in this action and designated "CONFIDENTIAL" pursuant to the protective order in this action;

Exhibit JJ: Correspondence and investor information from [redacted] Bates-numbered [redacted]00003[redacted]00004; [redacted]00012-[redacted]00013; [redacted]00046-[redacted]000052, produced in this action and designated as Protected Material subject to the protective order in this action;

Exhibit KK: Investor information and agreements, including Limited Liability Company Agreement for [redacted], Bates-numbered [redacted]000001-[redacted]000069, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in this action;

Exhibit LL: The following documents related to Lucas Venture Group XI, LLC ("LVG XI") and [redacted] produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in this action;

- Operating Agreement for LVG XI, Bates-numbered LVG_COLMAN00010869-LVG_COLMAN00010905;
- Subscription Agreement for LVG XI, Bates-numbered LVG_COLMAN00010775-LVG_COLMAN00010795;
- Limited Partnership Agreement for [redacted], Bates-numbered LVG_COLMAN00010813-LVG_COLMAN00010868; and
- Subscription Documents for [redacted], Bates-numbered LVG_COLMAN00010796-LVG_COLMAN00010812;

Exhibit MM: Limited Partnership Agreement for [redacted] Bates-numbered [redacted]00001-[redacted]00038, produced in this action and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in this action;

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

Exhibit NN: Subscription Agreement for Celadon Technology Fund VII, LLC, Bates-numbered TH-PLTF-001187-TH-PLTF-001203, produced in this action;

**Class Representative Declarations**

Exhibit OO: Declaration of Robert Colman in Support of Class Certification;

Exhibit PP: Declaration of Hilary Taubman-Dye in Support of Motion for Class Certification;

Exhibit QQ: Declaration of Thomas Brodie, M.D. in Support of Motion for Class Certification;

Exhibit RR: Declaration of Mai N. Pogue in Support of Motion for Class Certification;

**Firm Résumes of Proposed Class Counsel**

Exhibit SS: Firm Résumé for Hagens Berman Sobol Shapiro LLP; and

Exhibit TT: Firm Résumé for Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of February, 2018, at Berkeley, California.

By: */s/ Reed R. Kathrein*
REED R. KATHREIN

*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 16, 2018.

By: */s/ Reed R. Kathrein*

Reed R. Kathrein (139304)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com