**\* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED \***

# EXHIBIT B

**To:** ▮▮▮▮▮
**From:** Elizabeth Holmes
**Sent:** Sat 8/3/2013 5:20:45 AM
**Importance:** Normal
**Subject:** RE: Thank You
**Received:** Sat 8/3/2013 5:20:00 AM

Mark:

I wanted to send you a note to let you know I had very much appreciated this email.

It's wonderful to have you and Jared as part of our company.

Elizabeth

**From:** ▮▮▮▮▮
**Sent:** Wednesday, July 03, 2013 11:48 AM
**To:** Elizabeth Holmes
**Subject:** Thank You

Elizabeth,

I wanted to send a quick note and thank you for having ▮▮▮▮▮ as a shareholder. We are thrilled to invest again this year! It has been a real pleasure and a gift to my young family.

All the best,

-Mark