* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

# EXHIBIT D

| | |
|---|---|
| **To:** | Scott Marmer |
| **From:** | Sunny Balwani |
| **Sent:** | Tue 7/2/2013 9:54:57 PM |
| **Importance:** | Normal |
| **Subject:** | FW: Follow Up |
| **Received:** | Tue 7/2/2013 9:54:58 PM |

**From:** █████████████████████████
**Sent:** Thursday, April 11, 2013 8:20 PM
**To:** Sunny Balwani
**Cc:** ████████████████████████
**Subject:** RE: Follow Up

Sunny,

Thank you for your quick and thoughtful reply. Both Maureen and I are traveling (in different directions) today and tomorrow. We will regroup on your proposal early next week. In the meantime I will ask Brenda to find us a mutually agreeable time for a follow up call during the latter portion of next week.

All the best,


████████
VP Strategy & Business Development
████████
████████

-----Original Message-----
**From:** Sunny Balwani ████████████████
**Sent:** Thursday, April 11, 2013 05:16 PM Eastern Standard Time
**To:** ████████
**Cc:** ████████████████
**Subject:** RE: Follow Up

Andy,

Thanks for your time on Tuesday.

We circled back internally after our call.

As your team knows, we agreed to the terms in this contract with an understanding that we will have a long term partner (10 years) that would work through any early startup challenges with us, as we discussed in our contract negotiations. Even though we are launching later than we wanted to, the value of our technology and our company has only increased during this time, and given the competitive threats, our launch had to be done right.

In line with our discussions, our team is willing to agree to the following, which we hope will be acceptable to you and your team:



This timeframe also allows us to have much more open discussions with local hospitals and provider groups without the need for overly restrictive NDAs, which in the past have been a necessity for us but unfortunately had slowed down our discussions somewhat with potential partners.

We can discuss this further over a quick phone call or we can send a draft of an amendment to our contract to memorialize the above.

We look forward to hearing your thoughts.

Kind regards,

Sunny.

**From:** ███████████████████
**Sent:** Friday, April 05, 2013 11:25 AM
**To:** Sunny Balwani
**Cc:** ███████████
**Subject:** RE: Follow Up

Sunny,

Thanks for your follow up. Please do send me your thoughts over the weekend and let's schedule some time to speak early next week.

All the best,

███████
VP Strategy & Business Development
███████████████

-----Original Message-----
**From:** Sunny Balwani ███████████████
**Sent:** Thursday, April 04, 2013 08:14 PM Eastern Standard Time
**To:** ███████████
**Subject:** RE: Follow Up

Hi Andy,

Confidential                                                                                                   TH-COL0002516571

Thanks for the email and the voice mails. I will summarize our thoughts and send you an email this weekend if that's OK. We can also touch base over the phone tomorrow if you have time. I am available from 9-11am CA time and then from noon-1 pm CA time (noon-2 and 3-4pm your time).

Let me know if any of these work or alternatively any times next week you may be available.

Look forward to talking to you.

Regards,

Sunny.

**From:** ▮
**Sent:** Tuesday, April 02, 2013 4:36 PM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes; ▮
**Subject:** RE: Follow Up

Sunny,

I hope all is well with you and the Theranos team. Earlier today I left you a message at the office, but also wanted to follow up through email.

I would be grateful if we could find a few minutes to discuss your position with respect to our note, below. It's been over two months since we last heard from you, and while we recognize how busy you must be, we would like to have your response.

Please let me know when we might be able to connect by phone.

Sincerely,

▮

**From:** ▮
**Sent:** Friday, February 22, 2013 12:30 PM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes; ▮
**Subject:** RE: Follow Up

Dear Sunny,

Thank you for your note. Over the past several weeks we have reviewed this matter with our leadership team as well as with our board of directors.

Although we remain quite interested in partnering with Theranos, we cannot ignore the significant program delays we have experienced thus far. We believe the proposal we laid out below is fair, and we wish to reiterate it as a serious option.

If you and your team are unable to agree to the terms we suggested below, then at this time ▮ We stand ready to explore a potential partnership when Theranos is prepared to execute a more comprehensive rollout plan in the state of North Carolina.

Please understand that we, too, wish to remain respectful of you, your management team, and your innovative product. We sincerely hope to have the opportunity to build a successful partnership with Theranos – whether it be today, or at some point in

Confidential

TH-COL0002516572

the future.

With best regards,

Andy

---

**From:** Sunny Balwani ███████████████
**Sent:** Tuesday, January 29, 2013 1:01 PM
**To:** ███████
**Cc:** Elizabeth Holmes ███████████████
**Subject:** RE: Follow Up

Andy.

Thanks for the email and also for your time during your visit to CA.

We had agreed to very favorable terms to ██████ n July of 2012 primarily because of our relationship with the ██████ team. As we had discussed during our meeting in Palo Alto, we had agreed to extend these terms to ██████ for 10 years so that any unplanned slippages in our early launch days don't have any material impact on the overall savings and benefits that ██████ will derive from deployment of our technology. Slippages in schedules are inconvenient but as you know, innovation is difficult and innovation in healthcare is even more difficult. We are working feverishly every day, and should ██████ choose to continue to partner with us, we will do our best deliver on the plans we agree on for 2013 and beyond; however ███████████████████████████████████████████████████████████████████████ In the meantime, we will honor the terms around preferred partnership and announcement rights etc. that we have agreed on in the contract.

We know that the value of our technology and solution has only increased since we signed our agreement 9 months ago and will continue to do so in 2013 and beyond ████████████████████████████████████████████████ We are deeply respectful of Maureen and other senior leadership team at ██████ and hope to find a way to work together at some point.

Kindest regards,

Sunny Balwani

President & COO

Theranos Inc.

████████

1601 S. California Ave.

Palo Alto, CA 94304

████████

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission,

reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Begin forwarded message:

**From:**
**Date:** January 28, 2013, 9:32:20 PM EST
**To:**
**Cc:**
**Subject: Follow Up**

Dear Elizabeth,

Thank you once again for a productive meeting on Friday January 4th at your offices in Palo Alto. I enjoyed meeting you and your impressive team, and found the discussion to be both highly informative and productive.

Over the past few weeks, we at ████ have taken some time to regroup internally and have concluded that we would indeed like to maintain our long-term partnership with Theranos. However in light of the significant delays we have experienced thus far with respect to the roll-out schedule, in the near-term we feel it is important that we take some steps to reduce the financial risk associated with our relationship. To that end,

Please feel free to contact ████ or me should you wish to discuss the foregoing in greater detail.

Sincerely,

Confidential

TH-COL0002516574



Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of ▮ that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

---

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of ▮ that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

---

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of ▮ that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

---

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of ▮ that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

Confidential