* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

# EXHIBIT E

**To:** Sunny Balwani
**From:** Elizabeth Holmes
**Sent:** Thur 9/5/2013 6:20:13 PM
**Importance:** Normal
**Subject:** FW: Partner framework
**Received:** Thur 9/5/2013 6:20:00 PM

image001.gif
ATT00001.htm
Beta Discussion 090513.docx
ATT00002.htm

**From:** ████████████████████████
**Sent:** Thursday, September 05, 2013 11:13 AM
**To:** Elizabeth Holmes
**Subject:** Partner framework

Elizabeth,

Great talking to you.   Attached is the conceptual framework I shared last night.   Take a look and let me know your ideas of how you might modify, etc.

Let's connect on this soon.   Best


Wade

Confidential
TH-COL0003618741



Confidential

TH-COL0003618744



Confidential

TH-COL0003618745



Confidential

TH-COL0003618746