* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

# EXHIBIT F

**Cc:** Danny Krauss ██████    Cassie Hughes    ██████
Thomas ██████
**To:** Sunny Balwani ██████    Elizabeth Holmes    ██████    Christian
Holmes ██████    Daniel Edlin ██████    Jeffrey Blickman ██████
**From:** Tami Anderson
**Sent:** Thur 1/31/2013 6:28:29 PM
**Importance:** Normal
**Subject:** Updated corporate communications/company launch plan
**Received:** Thur 1/31/2013 6:28:34 PM
Theranos Corp Comm Strategy 1_31_12_UPDATED.pptx

Hello Theranos team,

Attached is the updated corp comm/company launch plan per our meeting last week. As there is not a track changes function in PowerPoint we have noted any edits we have made in the notes section, which should be visible when you open the doc so you can easily see which slides have been updated and the specific details of those updates.

Per our discussion we have adjusted the Company Launch Plan (pages 13-33) in the following ways:

- Announcement with ██████ and ██████ (focusing on pediatric and geriatric outcomes)
- Focus on tiny sample, low cost, speed, better diagnostics, improved patient compliance (frequent draws, hard-to-find-veins, etc.) and outcomes
- Describe Theranos as technology company with "proprietary innovations to lab processes and equipment" - no mention of mini lab
- Reduced scope of in-person briefings to 8 key reporters vs. 15 and extended outreach to 50 reporters vs. 250 with updated examples to reflect revised story/priority audience focus
  - The initial 8 are our top recommendations based on the news angle, influence and reach; however we recognize you may have some relationships we are not aware of so we should have a discussion to solidify the final list

**Please review in particular our recommended timeline on pages 29 and 30, which assumes media training for Sunny and Elizabeth begins week of Feb 18 and that the company news breaks March 18. Per our discussion our recommendation for the retail launch release would follow 4 weeks after with the insurance company announcements in between, so ideally retail would launch in mid-April.**

Let us know if you have any questions or concerns re: the above timing. We are happy to get on the phone to talk through live or discuss in more detail in person at our weekly meeting next Wednesday.

Thank you,

Tami



    TH-COL0003218745

1606 union street
san francisco, ca 94123

www.grow-marketing.com

   

2012 Event Marketer "It List," The Event Industry's Top 100 Agencies
2012 Promo Pro Awards, 2nd & 3rd Place, Multiple Categories
2012 The Stevie Awards, Silver & Bronze Winners, Best New Product Introductions
2011 Platinum PR Awards, Best Client Re-branding Campaign
2011 Event Marketer "It List" The Event Industry's Top 100 Agencies
2011 Promo Pro Award HM, Best use of PR in a Promotion
2010 Event Marketer "It List," The Event Industry's Top 100 Agencies
2010 Event Marketer Gold Winner, Best Pop-Up Store
2009 Magellan Award, Top 50 Communications Campaign of 2009
2009 Magellan Award Silver Winner, Consumer Product Communications Campaign
2008 PRSA Silver Anvil Award, Consumer Technolog
2008 EX Award Silver Winner, Best Multi-Venue Event

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail a███████████ by telephone a█████████nd destroy the original transmission and its attachments without reading them or saving them to disk. Thank you!

TH-COL0003218746

File Produced in Native Format

TH-COL0003218747



SAN FRANCISCO

Theranos Corporate Communications Strategy
& Company Launch Plan

1/31/13 – UPDATED

CONFIDENTIAL

# contents

- Overview
- Big Picture Objectives
- The Landscape
- Our Guiding Principles
- Target Audiences
- Overarching Strategies
- Company Launch Plan
- Beyond Launch
- What We Need From You
- Next Steps
- Appendix



2



# overview

This strategic framework provides our recommendations for a corporate communications strategy and action plan for 2013 which covers what we consider to be the five top priorities:

- Theranos Company Launch
    - Beginning in February/March and unfolding throughout the year
- Rapid Response Plan
    - "Launch Plan B" if we are forced by a leak to launch early
- Retail Launch
    - Safeway & Walgreens
- Outreach & Education
    - Ongoing outreach to physicians and consumers; two audiences who are key to Theranos's early success
- Thought Leadership
    - Connect Theranos to healthcare trends and issues; set the stage for future company developments and introduce Elizabeth to broader audiences



3



* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

# big picture objectives



- **Company:** Gain immediate recognition and credibility for Theranos as a healthcare innovator disrupting the status quo to benefit medical services providers and their patients, improving patient outcomes while lowering costs

- **Product and service leadership:** Demonstrate that Theranos is the nation's highest quality lab, committed to excellence in every aspect of its business

- **Sales:** Drive 100 people/day to each retail lab location

- **Market share:** Capture 50% of lab testing market in Phoenix and the San Francisco Bay Area within 12 months

- **Thought leadership:** Over time, establish Theranos as the go-to company for a unique perspective on "what ails America" and how to "fix the American healthcare delivery system" long-term



# the landscape

Theranos is a small company with huge potential – David in an industry populated by giants with huge footprints and massive clout and as you extend into new geographies and lines of business  and business categories this will remain true.

As Theranos emerges from stealth mode, real and perceived competitors and others who feel threatened will do everything they can to protect their interests among their influencers, media and in Washington.  The more visible you are the more you should expect them to foster FUD by calling into question everything about the company.

In the short-term you can't outspend them, but we can be smart, focused and move quickly to establish the value and success of the company in its first line of business (medical testing) and its overall value proposition in health care. We will do this by leveraging many "small" ideas and a handful of "big" ideas into outsized results.





* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED *

# our guiding principles

As we move into this first phase of launch, we will be guided by the following:

- **Time is of the essence**: Once we launch the company – or in the event of a leak – Theranos will quickly become known nationally if not internationally and we must move rapidly to secure our position in the minds of influencers and media before raising the ire of those who will feel threatened.
- **Physicians are number one**: Right now there is no single more important audience to the company's success than physicians.  While our top priority is launching the company to establish its position and independence, in parallel we will define and implement a simple, hard-hitting awareness campaign for physicians.
- **Medicare/Medicaid decision/policy makers are a close second**: Theranos offers a health industry rarity – a cost cutting solution that also delivers superior results – reaching this key audience is critical to accelerating national adoption
- **Our story must reach 65+ consumers and family Chief Medical Officers (AKA Mom)**: We will leverage the channels that these audiences trust most and shape in news with angles directly relevant to them



6



# our guiding principles

- **We will own the retail launch markets:** Establishing a beachhead of demonstrated success will shore up Theranos against detractors and ultimately pave the way to enter new markets.
- **One reporter can't/won't tell the whole story accurately:** The Theranos story is complex and multi-layered with a large and diverse set of target audiences.  To secure the outcomes we want we must carefully target specific reporters/bloggers with angles tailored for them, parsing out information in a way they can reasonably digest and write about vs. asking them to sort through the entire thing and pick what they think is important, which will result in stories that are off message and inaccurate.
- **Revolutionary is as revolutionary does:** Theranos will define the platform, provide the hard evidence and control key elements of the conversations but let others (leaders in medicine, health, business and policy) deliver the "revolutionary" message for us, connect the dots and draw the big conclusions.





# target audiences

Theranos has such a wide range of target audiences and stakeholders essential to the success of the company and brand, we have categorized and prioritized them below as we want to ensure our focus is both deep and wide in building credibility and momentum.

- **GROUP A: Medical Community**
    - Centers of Excellence (top medical and research institutions, whether partners or not)
    - Physicians and Physician Groups
    - Medicare/Medicaid policy/decision makers
    - Pharmaceutical Companies

- **GROUP B: "Sweet Spot" Consumers**
    - 65+ consumers on Medicare
    - Parents (especially mothers) of school-age children
    - "Sandwich moms" with children at home who advise/care for elderly parents
    - People with cancer and their caregivers
    - People with chronic illnesses
    - Un/Under insured

8



# target audiences

- **GROUP C: Payers**
  - Federal and state government and other large employers
  - Health Insurance companies
  - Centers for Medicare and Medicaid services and state offices

- **GROUP D: Other Stakeholders**
  - Healthcare regulators
  - Other healthcare influencers and stakeholders
    - Medical and healthcare professional organizations (American Medical Association)
    - Patients' organization (American Cancer Society)
    - Industry associations (Pharmaceutical Researchers & Manufacturers of America)
    - Community and consumer advocate groups (AARP)
    - Federal, state, local officials and policy makers



9



# overarching strategies

To effectively launch the Theranos brand and build the story over time, we will employ the following strategic framework across all communications tools and channels:

- **Engage each of our target audiences with relevancy:** We will be thoughtful and strategic about how we approach each audience segment, providing them with valuable and actionable information that directly addresses "what's in it for them."
- **Simplify and integrate messaging:** Given the complexity of the Theranos story we must be diligent about distilling our key messages into simple statements that resonate, engage and tell a story, are easy for a range of spokespersons to deliver and can be integrated into every aspect of our communications.
- **Get trusted advocates to help tell our story:** Outside of the physicians Theranos already has relationships with, we will reach out to prominent physicians who have achieved national or regional recognition for their work as consumer advocates or in healthcare reform who are actively involved in the news media, either as writers/commentators or frequent interview subjects



10



# overarching strategies

- **Own a unique position with media and influencers:** We will deliver to our key gatekeepers information and insight they cannot get anywhere else
    – Knowledge of what detailed testing of our blood can tell our healthcare providers and us about the state of our health, now and over time
    – Aggregated opinions (through surveys) of people whose blood Theranos has collected and analyzed (with permission and anon.)
    – Aggregated data from hundreds (soon to be thousands and millions) of blood samples
- **Be at the center of relevant cultural conversation:** From healthcare access to unsustainable cost inflation to economics to obesity, we will actively engage in forums and activities where Theranos can contribute its unique perspective to solving the most pressing issues in healthcare today



11



# overarching strategies

- **Demonstrate relentless progress across our four key pillars simultaneously:**
    - Science and technology
    - Healthcare industry
    - Consumer adoption
    - The company story
- **Listen and respond:** We will diligently monitor social and media channels, both to manage Theranos' corporate reputation and to surface proactive opportunities to tie the Theranos story to relevant cultural topics and competitive missteps
- **Commit (early, earnestly and quietly) to social responsibility:** Beyond the value proposition Theranos is offering consumers of an incredibly powerful yet low cost tool to manage their heath and improve their lives, we think it would provide a boost to Theranos to identify and support a relevant social cause that is not tied to company revenue
- **Leverage the hundreds of millions spent on existing heath awareness programs to extend our reach:** To continually insert ourselves into the national health conversation we will leverage key consumer health initiatives such as Breast Cancer Awareness Month and National HIV Testing Day to drive brand awareness and traffic to retail labs

12




# The Company Launch



# company launch plan

With our guiding principles, objectives, target audiences and strategies in place, it's time to pull back the curtain and unveil Theranos and its revolutionary offering to the media and the wider world.

Critical to success is that the Theranos story is told with the highest level of credibility to immediately convey to the medical community that we're introducing a groundbreaking laboratory service that will offer significant benefits to them and to their patients.

Therefore, it is essential that we launch with a major partner/customer that commands attention and respect. While Theranos is young and "unproven," we must draw on the respect and credibility of "the company we keep" to begin the long process of establishing credibility in our own right.



14



# company launch plan

As this will be your first public debut, we are equally concerned with promoting and protecting Theranos.  As such, we recommend the following:

- **Launch the company before retail:** In order for Theranos to not get swallowed up by established and powerhouse retail partners Safeway and Walgreens, we recommend launching the company 4 weeks prior to the retail launch leveraging the express endorsement and proof of concept evidence from a credible third-party (Centers of Excellence and/or DOD).

- **Establish instant credibility with the media:** We'll be armed with iron-clad credentials that the media will require for validation:
  - FDA/CLIA approval
  - Proof that Theranos' claims around the blood draw process, accuracy and cost are true via ███████ and ███████████████





# company launch plan

- **Strategically disseminate the story:** To shape the unveiling of the company to spotlight the value proposition (low cost, speed, accuracy, tiny samples, improved outcomes) and the benefits specifically to Medicare and pediatric patients, prior to launch we'll offer eight of the most credible, seasoned and influential healthcare and health policy reporters embargoed access. In addition to the core launch story, each will receive a story thread that's tailored to their beat and audience, providing them with one "exclusive" piece of news that will differentiate them from their competitors (e.g, *Washington Post* gets the economic impact, *New York Times* gets the consumer benefits)

- **Don't let Silicon Valley media define Theranos:** Control the Theranos launch message by sharing our news with Silicon Valley reporters after we have shared the news with our hand-selected cadre of influential reporters who can tell the bigger story, which is critical to building credibility with physicians and consumers; SV media can be skeptical and snarky and their typical areas of focus (investors and financials) are not the key messages we want to dominate at launch.



16



# company launch plan

- **Roll out social strategically:** To begin to establish thought leadership at launch we recommend building Elizabeth's public profile and visibility with a personal blog and Twitter account where she can directly (or via a selected team) express her views and share observations and insights without the filter of the media. We don't recommend that Theranos has a Facebook page or company Twitter account until we can offer some kind of consumer call to action. Without a strong following of consumers, the company is vulnerable to troll attacks from competitors and will not yet have enough engaged consumer voices to drown out the negative noise.

- **Quietly align with a relevant social cause:** While we will not announce this relationship initially, there will come a time when Theranos should reveal its commitment to social change via a partnership that does not benefit Theranos directly and it will be important (and highly differentiating) to say that commitment has been in place from the beginning.



17



# media outreach overview

We'll roll out the company news in four phases that will happen in quick succession:

- **Brief the analysts (under embargo) and prepare third party spokespeople**
  - Brief key industry analysts to whom the media turn for third-party opinion
  - Prepare spokespeople at ███████ & ███████████ who have experience with Theranos who are willing to speak to the media
- **Embargoed media tour**
  - Two weeks prior to launch, 8 of the most influential reporters who focus on healthcare (with an emphasis on pediatrics, geriatrics and oncology), Medicare and Medi-Cal, will be given access to Elizabeth and Sunny for in-depth interviews under embargo, breaking the story simultaneously on the same day
- **Broad media outreach & social launch**
  - The day the story breaks, we'll cross the press release over the wire, pitch 50 reporters, editors, producers and bloggers with the company launch news and launch Elizabeth's blog and Twitter account with the first of issues-oriented communications
- **Reactive media relations and social listening**
  - Manage inbound media inquiries
  - Conduct a social listening campaign to monitor buzz, deliver messages and correct any misinformation



18



# analysts & 3rd party briefings

Prior to launch, we'll prepare third party spokespeople for media interviews and brief the analysts (under embargo)

- **Medical, policy, economy, public health experts**
  - Uwe Reinhard, Princeton Professor of Political Economy, Professor of Economics and Public Affairs
  - Gerald Kominski, UCLA Center for Health Policy Research
  - Douglas Staiger, Dartmouth, Department of Economics
  - William Hsiao, Harvard School of Public Health
  - Laurence Baker, Health Services Research at Stanford University
  - Ezekiel "Zeke" Emanuel, Joint Appointment, Wharton School and School of Medicine, University of Pennsylvania, Founding Chair, Clinical Center of the National Institutes of Health, Former Special Advisor on health policy, Office of Management and Budget



19



# media outreach targets

Our cadre of influential reporters to break the Theranos story includes:

### The New York Times

**Barbara Strauch**
Health, Medical & Science Editor, coordinates health coverage throughout the paper and helps oversee the paper's health Web site.



### The New York Times

**Robert Pear**
Washington correspondent covering healthcare industry, Medicare and other aspects of healthcare policy. He frequently writes on healthcare cost and insurance.



### THE WALL STREET JOURNAL.

**Ron Winslow**
Deputy bureau chief, health and science, edits coverage of health, science and medical issues including biotechnology. Also writes about the health care system and how it is being transformed by the forces of economics, innovation and health policy.



### The Washington Post

**David Brown M.D**
Staff writer for The Washington Post, he has covered medical research, the AIDS epidemic, clinical practice, medical ethics, epidemiology and global health.





# media outreach targets

**TIME**

**Alice Park**
Senior Staff Writer covering Medical/Health and Science. Covers stories on research and new developments in the medical and health fields.



**WebMD**

**Dr. Michael W. Smith**
Chief medical editor covers medical breakthroughs oversees a team of staff physicians and medical reviewers across the U.S. responsible for creating content and assuring its continued medical accuracy and relevance to the WebMD audience




**npr**

**Julie Rovner**
Health policy correspondent for NPR specializing in health care. Has appeared on the NewsHour, CNN, C-Span, MSNBC and NOW with Bill Moyers. Her articles have appeared in dozens of national newspapers and magazines.



**JAMA**

**Dr. Joan Stephenson**
Medical News and Perspectives editor who covers Infectious Diseases, Genetics, Epidemiology, Immunology, Cancer, Biotechnology and Bioethics





# media outreach tactical plan

On launch day, we'll activate our broader media outreach plan, leveraging the stories from our 8 reporters to generate wider coverage:

- **Cross the release over two wire services**, EurekAlert! (health/science community) and PRNewswire (broad news audience)
- **Lead with Bay Area and Phoenix area publications that will be critical to retail launch success**
    - Bay Area News Group – services Contra Costa Times, San Jose Mercury News, a variety of regional Bay Area publications
        - Sandy Kleffman, Health& Medicine Reporter
        - Andrew McGall, Regional Editor
    - San Jose Mercury News
        - Lisa Krieger, Science and Medical Research Reporter
        - Steve Trousdale, Business Editor
    - San Francisco Chronicle
        - Terry Robertson, Health & Medical Editor
        - Stephanie Lee, Health & Medical reporter
    - Arizona Republic (Phoenix)
        - Ken Alltucker, Senior Reporter/Health & Medicine



22



# media outreach tactical plan

- **Pitch reporters who cover our four key categories**:
  - Science & Medical
    - AP, Kit Frieden, Health & Science Editor
    - AP, Marilyn Marchione, Sr. Writer, health news and trends
    - USA Today, Liz Scabo, Medical News Reporters (children's cancer, parenting health)
    - The Los Angeles Times, Karen Kaplan, Science & Medicine Editor
    - The Boston Globe, Gideon Gil, Health & Science Editor

  - Healthcare Policy, Medicare, Medi-Cal, Insurance
    - The New York Times - The Well, Tara Parker-Pope, Health Editor
    - The Washington Post, Laurie McGinley, Health, Environment & Science Editor
    - Forbes, Matthew Herper, Health & Medicine Senior Editor
    - Associated Press, Ricardo Alonso-Zaldivar, Healthcare Policy Reporter
    - Bloomberg, Christopher Flavelle, Reporter
    - Agence France-Presse, Jean-Louis Santini, Medical and Science Correspondent
    - Politico, Jason Millman, Healthcare Regulation & Policy, Healthcare Industry Reporter





# media outreach tactical plan



   – Healthcare Policy, Medicare, Medi-Cal, Insurance continued
- California Healthline – Kate Ackerman, Editor
- San Francisco Chronicle -- Victoria Colliver, Healthcare reporter
- Center for Healthcare Reporting (USC, Annenberg) -- Emily Bazar, Healthcare reporter
- Reuters – Sharon Begley, health insurance, public health, policy trends reporter
- Bloomberg – Alex Nussbaum, Health insurance reporter
- Bloomberg – Sasha Damouni, Healthcare policy reporter
- Los Angeles Times – Chad Terhune, healthcare costs, implementation of Obamacare, health insurance reporter



# media outreach tactical plan

- **Pitch reporters who cover our four key categories (cont'd)**:
  - Consumer Health (pitching broadcast medical news contacts on day of launch so they will cover Theranos when the service becomes available nationally)
    - Dr. Mehmet Oz & Dr. Michael Roizen
    - Good Morning America
    - Yahoo! Health
    - The Stir (CafeMom's health blog)
    - Dadcentric
    - CNN, Dr. Sanjay Gupta, Chief Medical Correspondent
    - NBC, Dr. Robert Bazell, Chief Science & Medical Correspondent
    - Fox Networks, Dr. Manny Alvarez
    - CBS, Dr. Jonathan LaPook, Medical Correspondent for CBS Evening News
    - AARP Bulletin, Jim Toedtman, Editor for health, medical, personal finance, Medicare

  - Business
    - The Wall Street Journal, Anna Mathews, Health Insurance and Health Industry Business Writer
    - The Los Angeles Times, Joe Bel Bruno, Deputy Business Editor
    - Fortune, Stephanie Mehta, Managing Editor
    - The Financial Times, Robert Armstrong, Healthcare Reporter
    - The Economist, Charlotte Howard, Healthcare Reporter
    - Employee Benefit News, Kathleen Koster, Managing Editor



# media outreach tactical plan

- **We'll also pitch outlets that map to each of our targets where the quality of the impressions are more important than the quantity**:
  - Physicians/medical/science community
    - WebMD
    - Medscape
    - HealthDay
    - MedicineNet
    - MedPage
  - Pediatric, oncology, geriatric professional trades
    - Neonatal Intensive Care Magazine
    - Contemporary Pediatrics
    - AAP News (American Academy of Pediatrics)
    - Pediatric News
    - Pediatrics for Parents
    - Caring magazine
    - Aging Well Magazine
    - Journal of Clinical Oncology
    - Community Oncology
  - Consumer/disease advocacy
    - AARP
    - Livestrong.com
    - Diabetes Forecast



26



# media outreach tactical plan

- **We'll also pitch outlets that map to each of our targets where the quality of the impressions are more important than the quantity**:
  - Hospital/Lab and Management Trades
    - Hospitals & Health Networks
    - Modern Healthcare
    - Fierce Healthcare
    - Managed Care
    - Healthcare Executive
    - Healthcare Finance News
    - The Nation's Health
    - Medical Laboratory Observer
    - Clinical Lab Products
    - For the Record
    - Advance for Administrators of the Laboratory
    - Advance for Medical Laboratory Professionals
    - NEWS-Line for Laboratory Professionals



27



# company launch tool kit

With exceptionally lean newsrooms, we'll make the reporters' jobs easier with an arsenal of prepared assets as outlined below along with which partner is responsible for providing each asset:

- Pre-briefed analysts and physicians from ▮▮▮▮ & ▮▮▮▮▮▮ who can conduct 3rd party media interviews, and positive quotes from these organizations that can be used in lieu of an interview if necessary (Theranos/GROW)
- Theranos website to serve as a resource for all information for both consumers and the media (TBWA\THERANOS)
- Video, graphics and hi-res art that illustrates each component of the process and story
  - Photography/images
    - Nanotainer /Theranos 4.0 (TBWA\)
    - Results UI (Doctor and patient) (TBWA\)
    - Headshots of key Theranos players (GROW)
  - Video/B-roll
    - Sound bites from Elizabeth (GROW)
    - Patient going through the process (GROW)
  - Press materials
    - Fact Sheet (GROW)
    - Bios (GROW)
    - Press Release (GROW)
    - Primer on blood/Primer on Theranos Technology (THERANOS/GROW)
    - Traditional vials and nanotainers (for broadcast) (THERANOS/GROW)





# countdown to launch

To optimally prepare for the company launch we have a 4 week work back plan leading up to the launch date, which ideally is 4 weeks prior to the retail launch.

- **Week of February 18**
    - Media train Elizabeth and Sunny
    - Prepare ███████ & C███████ spokespeople
    - Crisis training with Theranos team

- **Week of February 25**
    - Brief analysts/economists
    - B-roll video shoot

- **Week of March 4**
    - Pitch selected 8 reporters under embargo
    - One-on-one in-person interviews with Elizabeth and Sunny (2 hours per outlet)
    - Interviews conducted with ███████ & ███████ spokespeople as appropriate





# countdown to launch

- **Week of March 11**
  - Follow up interviews, respond to questions
  - Ongoing media relations with 8 launch reporters

- **Launch Day, March 18**
  - Launch reporter media stories are published
  - Elizabeth's blog and Twitter account launched
  - Broad media outreach to 50 contacts (print, broadcast, digital)
  - Press release crosses the wire
  - Manage and prioritize inbound press inquiries

- **March 18 and beyond**
  - Manage inbound press inquires
  - Social media listening campaign





30

# news leak: launch plan B

The moment anyone from the media (including bloggers) contacts Theranos and demonstrates they have a general knowledge of the company, its service, technology, or a story/blog post appears, the Rapid Respond Team will move into high gear.

- **Assess the leak's impact:** Collectively our teams will review the leak situation and make a decision around our course of action. Controlling the narrative and facts from the get-go will serve as the decision filter.

- **Moving into activation:** Should we decide to move into launch mode, we will activate an accelerated version of the original plan:

  - Contact A-Tier media and provide them with the release and tool kit contents so they can immediately write their stories



31



# news leak: launch plan B

- Offer A-tier media interviews with Elizabeth and Sunny separately to accelerate the process; interviews will be offered in order of media priority, keeping in mind that the medical community (focus on pediatrics, geriatrics), consumer and Medicare/Medical trades are our focus:

- A-tier: (same as original 8)
    - New York Times (Barbara Stauch & Robert Pear)
    - Wall Street Journal (Ron Winslow)
    - Washington Post (David Brown)
    - JAMA (Dr. Joan Stephenson)
    - NPR (Julie Rovner)
    - Time (Alice Park)
    - Web MD (Dr. Michael Smith)





# news leak: launch plan B

- Based on how quickly the media can publish/post our news, we'll decide on the timing of crossing our release over two wire services, EurekAlert! (health/science community) and PRNewswire (broad news audience)
- Once all outreach to A-tier media is completed, we'll then initiate pitching to our B-tier and broader media contacts which are listed on pages 22-26





# Beyond Launch



# the next twelve months

Our goal is to have a rolling thunder effect over the next twelve months (and beyond), with each piece of news further building traction and credibility against our four key pillars: science; healthcare industry; consumer adoption; the company story.

- **The ideal mix**: We'll combine revealing "hard" news with leveraging cultural and business trends and providing thought leadership throughout to keep Theranos firmly inserted into the cultural conversation.  Opportunities include:
    - Insurance company news
    - Retail launch
    - Mystery endorsement
    - Test results delivered in 30 minutes vs. 4 hours
    - Insights from Elizabeth expressed through her blog and Twitter feed
    - Centers of Excellence physicians present Theranos case studies at key medical conferences
    - Relevant national consumer health awareness campaigns (Breast Cancer Month, etc.)





# the next twelve months

In addition to company news and events, we recommend positioning Theranos as the consumer health authority via two ongoing thought-leadership tools:

- **Consumer Panel:** Once Theranos has performed tests for a critical mass of consumers (number TBD) we should establish a consumer panel who we will routinely survey on a variety of health and wellness issues and topics we want to track over time as well as respond to when they occur, enabling us to proactively push out aggregated anonymous and unique data to the market on a regular basis.

- **Physician Advisory Council**: Create a Council with prominent physicians in a range of fields and geographies, offering them a chance to provide feedback to Theranos about its offerings and engage in thought leadership and advocacy around the healthcare issues affected by medical testing. The Council should establish its own objectives and share knowledge and information while Theranos provides engaging content, encouraging them to share it with the world.





What we
Need
from you



# asks

- **3rd party spokespeople who have used Theranos and will go on the record**
  - Names, titles and contact information ( ███ & ████████ )
  - Details on their use of Theranos
    - How long?, On whom?, Results
  - How we may use them (quotes in press materials vs. interviews)
- **Understanding the service and process**
  - Ability to film a "patient" going through the test in a retail setting for media
  - Relevant excerpts from "the muscle"
  - Next FDA release date
- **Time on Elizabeth and Sunny's calendars**
  - Week of February 18, full day:  Media training
  - Week of February 18, full day:  Crisis workshop
  - Week of February 25, full day:  B-roll/photo shoot
  - Week of March 4, 3 days : Media tour, traveling to meet with 8 reporters in person or hosting them in Palo Alto (conducting blood tests in Palo Alto would be ideal, without sharing out the device)
  - Week of March 11: daily availability for media follow up interviews
  - Week of March 18 and beyond: daily availability for interviews (Grow will prioritize media requests)





# Appendix

# national health education programs (partial list as example)

- **January**: Cervical Health Awareness Month (National Cervical Cancer Coalition)
- **March**: American Diabetes Alert Day (American Diabetes Association)
- **May**: Hepatitis Testing Day (Centers for Disease Control & Prevention)
- **May**: National Women's Health Week (US Dept of Health & Human Services)
- **June**: National HIV Testing Day (National Association of People Living with AIDS)
- **June**: Men's Health Week (Men's Health Network)
- **October**: National Breast Cancer Awareness Month





# potential cause partnerships

As mentioned earlier in the plan, we think quietly aligning with a social cause that underscores Theranos values is critical.  A few initial thoughts which we can further flesh out include:

- **Blood donation**: 37% of Americans are eligible to donate blood but only 10% do annually.  This simple platform connects to our larger message of the importance of blood to our overall health but has no self-serving tie to Theranos's business
- **Chronic Disease Prevention**
    - **YMCA Diabetes Prevention Program**: As of mid-2012, more than 70 local Y associations were delivering the YMCA's Diabetes Prevention Program, as the Y's adaptation is known, and more than 6,000 people with prediabetes had been reached. And with approximately 900 local Ys with more than 2,700 facilities around the country serving millions of people of all ages each year, there is plenty of room for further growth.
    - **CATCH**: OASIS, a 30-year-old network that serves adults age 50 and older, is putting its network in the service of efforts to combat childhood obesity. Coordinated Approach to Child Health (CATCH) is an evidence-based curriculum that improves nutrition and increases physical activity among children from preschool through eighth grade.



