* **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

# EXHIBIT G

| | |
|---|---|
| Cc: | Cassie Hughes[ ], Cam Anderson[ ], Leona Garriott[ ] |
| To: | Elizabeth Holmes[ ]; Sunny Balwani[ ]; Christian Holmes[ ]; Jeffrey Blickman[ ]; Daniel Edlin[ ] |
| From: | Laura Fogelman |
| Sent: | Mon 8/19/2013 10:11:09 PM |
| Importance: | High |
| Subject: | Theranos Story and Next Steps for 8/22 Interview |
| Received: | Mon 8/19/2013 10:10:29 PM |

Theranos Story_8.19.13.docx

Hi all,

Attached please find the Theranos Story, as we outlined during our working session yesterday. Let us know if you have any additional changes - we should make any edits by tomorrow (Tuesday) at 12pm; otherwise, this is what we will plan to work from for our final media training session tomorrow afternoon (time to be confirmed by Theranos).

All of the statistics that still need to be confirmed are highlighted in red and are also outlined in my email from last night. Christian, Dan and Jeff, let me know if you have any questions about any of them, and also feel free to shoot information over to us as it is confirmed so we can update everything in real time.

We have a lot of work to do and need to move quickly to fully prepare Elizabeth and all materials for the Thursday interview. Here are the next steps:

**THERANOS to:**

- Confirm final media training time for Tuesday, 8/20
- Review Joe Rago briefing document (Elizabeth)
- Confirm how much time Joe allotted for interview; recommend 4 hours
- Connect with George Shultz regarding potential interview with Joe/Elizabeth and share guidelines/key messages (Elizabeth)
- Determine any other Board members or individuals appropriate to offer for this interview
- Provide statistics, sources and examples by 8/20 (see Laura's email 8/18)
- Pull together CLIA audits
- Pull together validation reports
- Make price list accessible
- Make examples of vials vs. Nanotainer available during interview
- Prepare to perform a blood draw on Joe
- Confirm whether or not Safeway announcement will take place the same day

**GROW to:**

- Provide guidelines/talking points for George
- Provide selected statistics
- Draft company fact sheet
- Draft statistics sheet
- Provide recommendations for prioritization of media requests on 9/9

Confidential TH-COL0001841395

Best,

Laura



san francisco, ca

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

www.grow-marketing.com

2013 Ex Award, Best In-Store Event

2012 Event Marketer "It List," The Event Industry's Top 100 Agencies
2012 The Stevie Awards, Silver & Bronze Winners, Best New Product Introductions

Confidential                                                                                                     TH-COL0001841396

# theranos

## the theranos story.

Interview Goal:

Tell a compelling story about how the new Theranos' lab infrastructure can **strip billions of dollars of unnecessary cost out of the healthcare system** while improving patient care that leads Joe to conclude that **Theranos has the potential to fundamentally change the U.S. healthcare system**

Fact: Lab testing represents a small percentage of total healthcare spending, yet has an outsized impact on clinical decision-making

- Total healthcare spending is $2.7T
    - Lab spending represents just 2% of Medicare and 2.3% of total healthcare
    - BUT: lab testing drives 70% of clinical decision-making

The Problem/Opportunity: Lab testing approach and infrastructure has lagged behind the rest of the healthcare industry in innovation/hasn't fundamentally changed in years

- Lab testing infrastructure was designed for infectious disease detection rather than diagnosis and management of chronic conditions, which drive the majority of healthcare costs today
    - % of chronic conditions that progress into acute conditions and the impact on cost (THERANOS)
    - Historic phlebotomy statistics (GROW)
- What hasn't changed?
    - The way samples are collected (show needles and vials – hold off on finger stick and Nanotainer™ for later)
        - Impact: patients don't comply – only 62% of recommended laboratory and radiology tests are provided for preventive, acute, and chronic care (GROW)

- - The way samples are processed (talk about lack of standardization and automation)
    - Impact: physicians lack the lab information they need when they need it for optimal diagnoses and treatment
      - Wrong diagnoses
      - Wrong or unnecessary treatments
      - Delayed treatments, which correlate to the unnecessary progression of disease
      - % of treatments started without lab results (THERANOS)
  - Lack of transparency in pricing
    - Impact: lab testing is more expensive than it needs to be
- **There is a huge opportunity to take cost out of the healthcare system and change decision-making and in many cases, outcomes – for the better**

The Solution: Theranos' has innovated lab testing to provide actionable information at the time it matters for physicians and to empower consumers to play a larger role in their own health by building the nation's highest quality, lowest cost lab

- Nation's first high complexity CLIA-certified lab that runs all its tests on microsamples
  - Microsamples (show the Nanotainer™ – compared to needle and vials)
    - Proprietary collection, transport and testing
  - Significance of CLIA
- Introduction of standardization and automation
  - Automated the pre-and post-analytical phases of the lab testing process, which account for 93% of errors (need more recent statistic - here is a link to a 2002 study http://www.clinchem.org/content/48/5/691.full)
- Automated reflex testing to reduce time between test and diagnosis
  - % of tests that require follow on/additional tests (THERANOS)

- o % of additional tests added that require a new draw or sample (THERANOS)
- Speed
    - o Results are available in a matter of hours
- Access
    - o First time that lab testing is available in the retail setting through Walgreens partnership (and Safeway?), with convenient night and weekend hours
    - o Confirm availability of night/weekend testing at LabCorp and Quest? All tests available or just certain types? (GROW)
    - o % of people who routinely go to hospitals for lab testing because they're closer and more convenient (GROW); does that % grow when it's after hours or on weekends?
    - o On average, people have to drive xx mi/xx hours to get blood testing (GROW)
- Cost
    - o Always 50% of Medicare or less – and pricing is transparent (price list published on website)
    - o Cost is the same for everyone - because your test should cost the same no matter who you are
    - o % of uninsured patients get tests in the ER (instead of paying for testing) (GROW)

The Value: Theranos provides actionable lab information at the time it is needed most, driving better decisions, empowered consumers and better outcomes

- **For physicians: as complete and comprehensive a diagnosis as possible, at the earliest time possible, improving patient outcomes and relationships**
    - o Can now order tests and receive results electronically in advance of patient visits
    - o Provides meaningful insight into tests/changes over time, helping to detect disease early and potentially avoid/better manage chronic conditions
    - o Access to the combinations/types of tests that they may not have had previously because of limitations in technology and cost

- o Data from fresh samples more meaningful
- o Small sample volume – ability to sample at right times and not be restricted  - allowing a lower pain option, particularly critical for oncology, geriatric and pediatric patients where ability to draw blood is limited
- o Seamlessly integrates with existing physician workflow
- o Access to data through improved connectivity
- o Transparency of pricing and accuracy
    - o First lab to publish price list on its website
    - o Co-variance rates for each test included on form

- **For consumers: dramatically different consumer experience**
    - o Less invasive test from a tiny sample
        - o % of people afraid of needles (GROW)
    - o Costs are the lowest available, available up front, and are the same for everyone regardless of whether they are insured or not
    - o Faster and digital results
        - o Helps minimize test anxiety - % of people who are anxious waiting for results (GROW)
        - o Empowers consumers to take control of their own health
    - o Unprecedented convenience
        - o Available in retail setting, including night and weekend hours
        - o Walgreens has more than 8,000 pharmacies, conveniently accessible within three miles of nearly 2/3 of the U.S. population
        - o Standing orders and automated reflex testing to minimize additional lab trips
    - o **We have built a consumer-centric infrastructure, which is critical to engage patients and increase compliance**

- **For payers (private and public): lower direct and fully loaded healthcare costs**
    - o Direct cost savings:

- - - Lower reimbursement thresholds and lower direct out of pocket costs
    - If California dropped Medi-Cal reimbursement rates to Theranos levels, it would save $22.9 billion over the next 10 years
    - Other statistics (THERANOS)
  - Lower fully loaded costs of care by reducing repeat testing, secondary effects of improper diagnosis, unnecessary treatment and the progression of chronic conditions into acute illnesses
  - Enables shift from fee for service model toward quality-based payments

Example: Bacterial versus viral

- Theranos to define example – focus on cost and then care

Example: Chronic disease

- Theranos to define example – focus on cost and then care

Wrap up: If you remember just 3 things about Theranos:

1. Theranos' has innovated lab testing to provide actionable information to physicians at the time it matters and to empower consumers to play a larger role in their own health

2. By building the nation's highest quality, lowest cost lab – and making it accessible through retail outlets nationwide – Theranos has dramatically improved physician decision-making and the patient experience – leading to better patient outcomes

3. Theranos' innovative lab infrastructure has the potential to strip billions of dollars out of the U.S. healthcare system while improving care

WE WILL NOT DISCUSS:
- Future tests
- DoD
- ObamaCare
- International
- New flu tests

Confidential                                                                                                                            TH-COL0001841402