**\* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED \***

# EXHIBIT H

**To:** Danise Yam
**From:** Elizabeth Holmes
**Sent:** Thur 8/1/2013 5:28:51 PM
**Subject:** RE: ███

Different –
███

OK to add them – we should just create two lists – one of direct shareholders and the other indirect shareholders; we'll review who gets added to that one by one

**From:** Danise Yam
**Sent:** Wednesday, July 31, 2013 11:02 PM
**To:** Elizabeth Holmes
**Subject:** FW: ███

Hi Elizabeth,

Are they investors through the same fund or different funds? If so, what's the other fund or trust name?

Do we need to forward them the shareholders' email?

Thanks,
Danise

| ███ | Investor | ███ | ███ | ███ |
| ███ | Investor | ███ | Advisor | ███ |

**From:** Jeffrey Blickman
**Sent:** Wednesday, July 31, 2013 10:58 PM
**To:** Danise Yam
**Subject:** RE: ███

I believe they are part of different funds, but will defer to Elizabeth on that, she didn't provide that detail.

**From:** Danise Yam
**Sent:** Wednesday, July 31, 2013 10:53 PM
**To:** Jeffrey Blickman
**Subject:** RE: ███

Are they both investors through this fund?

Thanks,
Danise

**From:** Jeffrey Blickman
**Sent:** Wednesday, July 31, 2013 10:52 PM
**To:** Danise Yam
**Subject:** RE: ███

Hi Danise, looked into ███ and he is apparently an investor through some fund (EAH confirmed). Per Elizabeth, can you please add him, along with ███ another investor through a fund to our investor correspondence list?

**From:** Danise Yam

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TH-COL0004030988

**Sent:** Tuesday, July 30, 2013 7:09 PM
**To:** Jeffrey Blickman
**Subject:** RE: ▮▮▮▮▮▮▮▮ **ACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED \***

Hi Jeff,

I don't see any investor by this name.

Thanks,
Danise

---

**From:** Jeffrey Blickman
**Sent:** Tuesday, July 30, 2013 5:03 PM
**To:** Danise Yam
**Subject:** ▮▮▮▮▮▮▮▮

Danise – our PR address that I monitor got an email from a ▮▮▮▮▮▮▮ (Del Mar, CA) today. Elizabeth wanted me to check with you to see if he was an investor.

Thanks,
Jeff

**Jeffrey P. Blickman**
Senior Product Manager
Theranos, Inc.

Office: ▮▮▮▮▮
Mobile: ▮▮▮▮▮

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                TH-COL0004030989