**\* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED \***

# EXHIBIT I

**To:** Sunny Balwani
**From:** Elizabeth Holmes
**Sent:** Fri 11/15/2013 7:02:46 AM
**Importance:** Normal
**Subject:** FW:
**Received:** Fri 11/15/2013 7:02:00 AM
26.3 Lab Industry Strategic Outlook 2009.pdf
LabIndustryAnalysis.pdf
Clinical Laboratory Services Market 2010.pdf

---

**From:** Elizabeth Holmes
**Sent:** Thursday, November 14, 2013 10:58 PM
**To:**
**Subject:**

Will:

We have created a secure document set for you with all the materials you requested.

We have never given out this level of detail outside the company; we appreciate your protection of it with the highest level of confidentiality.

The documents are on a secure USB key which we can drop off at your offices, or if you're down here you're welcome to drop by to pick it up at your convenience. It should be ready tomorrow afternoon.

To support the 'more is more on market research' request, I've included some recent articles below, and attached some market research reports we bought some time ago.

We're starting to see people all over the country evangelizing Theranos as a solution to healthcare and economic challenges. The following are some recent Newt Gingrich newsletters and one of his clips on Theranos – this one is on CNN:

https://www.gingrichproductions.com/2013/10/breakout-strategy/

http://www.gingrichproductions.com/2013/10/breakout-in-healthcare/

http://www.cnn.com/video/data/2.0/video/bestoftv/2013/11/05/election-day-gingrich-newday.cnn.html

I was in Phoenix yesterday to open our first two locations in Arizona. We added these and our location in Palo Alto to our website, and have formally announced our national expansion.

I've copied a picture below of the ribbon cutting with AZ senators, governor's office, government officials and the Walgreens CEO, CFO, and entire executive team, as well as a picture of the Mayor of Phoenix getting his first Theranos test.

The press release and article in the leading Arizona paper are as follows:

http://online.wsj.com/article/PR-CO-20131113-908378.html

http://www.azcentral.com/business/news/articles/20131113get-your-blood-tested-store.html

Confidential



 **Greg Stanton**
@MayorStanton 

Excited about new Theranos + Walgreens partnership, bringing 1st onsite diagnostic lab testing of its kind to #Phx!
pic.twitter.com/ptANELLaVt





A recent piece on our entry into the retail market you may have seen:

http://www.fool.com/investing/general/2013/11/04/walgreen-and-the-biggest-biotech-startup-youve-nev.aspx

Confidential

TH-COL0000949734

And my interview at the Wired conference in New York:

http://fora.tv/2013/11/06/one_tiny_drop_changes_everything

The Eric Topol / Medscape article isn't out yet, but you can see his tweets on Theranos and the test he did on twitter.

Senator Bill Frist, one of the top healthcare thought leaders, did another interview today highlighting Theranos in Businessweek:
http://www.businessweek.com/articles/2013-11-14/former-senator-bill-frists-health-care-industry-outlook-for-2014#p1

You'll see more coming out online.


Talk to you soon,

Elizabeth


===================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com
===================================

**To:** Elizabeth Holmes
**From:** Sunny Balwani
**Sent:** Sat 12/21/2013 8:16:25 PM
**Importance:** Normal
**Subject:** Fwd: Follow-up
**Received:** Sat 12/21/2013 8:16:26 PM

We can chat abt this and respond this weekend

Begin forwarded message:

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Date:** December 21, 2013 at 11:40:29 AM PST
**To:** Elizabeth Holmes ▇▇▇▇▇▇▇▇  Sunny Balwani ▇▇▇▇▇▇▇▇▇▇▇
**Subject: Re: Follow-up**

Elizabeth, Sunny-

I hope that both of you are doing great.

I just wanted to circle back on the process that I laid out here and get your feedback.

We remain excited and are hopeful that we can work together. At the same time, we certainly know that plans can evolve and change. Please let me know what makes sense from your perspective.

Thanks again,

Will

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Date:** Wednesday, December 11, 2013 11:47 PM
**To:** Elizabeth Holmes ▇▇▇▇▇▇▇▇ Sunny Balwani - ▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Subject:** Follow-up

Elizabeth, Sunny-

I hope that you are both doing great.

It has been at least a few weeks since we last connected and I wanted to give you an update on our efforts to date as well as lay out our remaining areas of focus and a work plan to address those areas.

Before jumping into the details, I also wanted to congratulate you on all of the operational progress positive PR, interviews, and awards you have received to date. We have been following your PR announcements around the Phoenix opening as

Confidential

TH-COL0002082856

well as different interviews you have done and the awards the company has received. They have all been impressive, congratulations.  It has also been great to see Walgreens talking about the partnership and their plans going forward.  Great stuff here.


Punchline

The punchline line is that we have done a lot of work, remain very excited about working together, but do have a few areas of focus that we need to understand better, which are outlined below.

Also the following is probably more than you are looking for, but consistent with our dialogue to date we want to be  transparent with and hence have erred on the side of providing more than less here.


Update to date

Over the past several weeks we have done a lot of market research to better understand the market dynamics, players, size, regulations and incentives of providers and payers, in particular.  We have been particularly focused on provider incentives and what it would take for doctors, clinics, hospitals and large medical groups to adopt the technology given the large volumes that they draw, but also in light of the large profit centers that some of their labs represent for them today.  Of note, the consumer value proposition has always been clear and while we have had a number of anecdotal conversations on this front, it has not been a major focus of our work.

We have reviewed all of the information that you sent us (thank you again here), and had a number of conversations with other industry participants, however, our most interesting focus area has been on the provider community.

We have spoken with a number of different types of providers, medical groups, market consultants and medical investors.  Also to be clear on one point, we have not shared any data with them and have only referenced your website to guide the conversation.  While the provider landscape is ... complicated, particularly due to the incentives that they get from lab relationships, everyone whom we spoke with was uniformly seriously intrigued (some more skeptical than others), understood how this could clearly create a better patient experience (which was great to hear despite their financial incentives) and basically had a consistent conclusion, "if the technology is real, as well as the Walgreens partnership, then this could really be disruptive".  When pressed around what they meant around "this being real", they all referenced the fact that they had not seen any data from the company on the validity of their tests, particularly through the standard medical channels where new technologies or research are often introduced to the market.  That said, the feedback was clear, that if the efficacy was there and Walgreens relationship was real, this could be a very disruptive opportunity, which might only be limited by the scale of tests that the company is able to perform.

Overall we found these market conversations to be very encouraging, particularly based on what we know about your capabilities.  However, the conversations also highlighted that we are not medically trained, which relates to one of the follow-up areas.

Related to our market diligence efforts, we have spent a fair bit of time modeling different adoption scenarios.  This has been partially driven by feedback related to the rate of adoption of new medical advances as well as just trying to better understand what a more conservative view looks like for the company.  Our efforts here have been a bit crude, which is also something that we address below.

From a capital perspective, we have had preliminary conversations with a reasonable base of our network and needless to say, there is very strong interest from a capital perspective around a deal that we are comfortable underwriting.  No surprise there, but wanted to pass this along.


Go forward focus and plan:

The following are the areas that we would like to focus on with you from here.  There are three main areas and three other secondary focus areas.

TH-COL0002082857

**Medical consultant review** – We would like to retain a medical consultant to spend time with you to review the efficacy of the testing results, the testing breadth, your lab and FDA certifications (particularly around the distributed technology model), understanding your medical advisory board, as well as your plans on how you are going to reveal the power of the technology to the broader medical community.   We would like to retain Dr Karl Sylvester from Stanford to help us in this area.  Karl is a recent friend (we coached our kids' soccer team together), who is part of or may run Stanford Hospital's diagnostic department.  He knows about Theranos, because his wife, Katherine, is a genetic biologist whom a Theranos recruiter spoke with about potentially joining Theranos.  Yes, it is a small community.

To complete the medical efficacy review we would also like to speak with Johns Hopkins and a couple of the pharma companies that you have worked with in the past.

**Distribution partnerships** – We also view the Walgreen's relationship as an important relationship on many levels.  We would like to connect with them at the right time and at the right levels to better understand their perspective and focus on the roll-our plan.  Separate from Walgreens, if you think that it also valuable to connect with Safeway, we are happy to do so, but when we last spoke it sounded like that relationship may be changing due to their changing ownership.

**Financial Model Review** – While straightforward math on one level, this is probably the most complicated aspect of our diligence, due to the current stage of the business from a revenue perspective relative to the rapid revenue growth that is projected.  We would like to spend some time with who ever is appropriate to review the top line operating assumptions (any updates or learnings to date) as well as the variable and fixed costs associated and capital expenditure assumptions in the model that are associated with the roll-out.

Secondary areas of focus

**Other Senior Management** – would like to see a more detailed organization chart and understand the backgrounds of the other senior leaders in the organization and when they joined.  We do not need to meet with this group, but would like to understand who they are and if there are any open senior level hires (we expect that there likely are) that we can hopefully help with.

**Cap table and valuation history** – The data that you sent across in this area was hard to understand.  We would like to understand the history better here if possible.  We are happy to discuss this further.

**Facilities tour** – Would like to take a longer tour of the PA office, just to understand where all of the samples are going to be processed.  Would like to quickly tour the Fremont facility (and see the dog) to get a better picture of the manufacturing capabilities.

Thank you again for all of the information to date and your patience here.   We are excited and at the same time are trying to be diligent and thoughtful, while attempting to be efficient with your time.

My hope is that we are more current here going forward, which should make things more interactive and avoid these long emails.

Thanks again,

Will



TH-COL0002082858

Confidential

TH-COL0002082859