**\* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED \***

# EXHIBIT J

**To:**
**From:** Elizabeth Holmes
**Sent:** Mon 12/16/2013 8:03:06 AM
**Importance:** Normal
**Subject:** FW: Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13
**Received:** Mon 12/16/2013 8:03:05 AM

Dear Jared:

I hope this email finds you doing great. You'll find below the memo to stockholders we discussed, referencing certain deals and transactions we're working to close by year end. We've attached your signature pages to the associated shareholder consents to this email, and very much appreciate your turn of them back to us in the next couple days.

These consents facilitate the 12/31 extension we've discussed, effect certain terms from strategic partner transactions we're doing, and re-effect the stock split as of now in accordance with the upcoming year-end close. Accordingly, the prior ▓ investments will effectively become pre-split. The attached acknowledgement references that. The acknowledgement also effects the most recent ▓ investment in conjunction with the investment ▓ will make prior to year end, in order to make this an extended/ 'single' close. We have not specified the amount for the year-end ▓ close as of yet, but will follow with an additional series of signature pages and updated investment schedules once this set of signature pages are signed and we get that final information from you.

With my best regards always,

Elizabeth

.

\*\*\*

*Theranos Confidential*

Dear Theranos Stockholder,

With our launch to consumer healthcare this year, we are rapidly scaling to establish a national footprint and capture the opportunity we have to serve as the only certified, national laboratory capable of running any of its laboratory tests from a few tiny droplets of blood. In Dr. Eric Topol's (the Editor of Medscape, the leading physician publication with over 800,000 physician memberships) 2013 yearend review, his first highlight was Theranos as a practice changer for physicians revolutionizing medicine. As we prepare for 2014 and closing yearend, we are actively investing in infrastructure to build this new industry we have created.

As part of this initiative, we are completing a series of financial transactions with strategic partners that provide access to additional capital in order to accelerate our growth. We are also completing equity transactions with strategic entities who had previously invested in Theranos and had the option to invest additional equity in the company through the end of fiscal year 2013 (December 31, 2013).

The price per share of Theranos Series C-1 Preferred Stock in the transactions closing between now and December 31, 2013 is $75/share (pre-split). The attached documents re-implement the 5:1 forward stock split previously approved by the board and holders of a majority of the capital stock, making the current price per share $15/share (post-split).

In fulfilling those transactions and in anticipation of future equity related transactions and opportunities under consideration and review as the company enters its next stage of growth, the Company's board of directors and management have decided that it is in the best interests of the company to amend and restate certain of its governing and other corporate documents, enter into new agreements, adopt a new stock incentive plan, adopt certain corporate actions in order to maintain the control necessary to continue pursuing long-term value creation, and lay the foundation for future transactions.

In line with past communications, Theranos is now making its new announcements publicly and posting all such information in real-time on its newsfeed at www.theranos.com or in the Press section of the site. Any additional updates related to future equity related transactions will be circulated through ▓

We have received inquiries from existing investors about additional equity participation. If you or your fund are interested in increasing your equity position, we can follow-up with you under separate cover.

With this email, Theranos is now seeking your consent as a stockholder on the matters referenced above.
Among the terms of the current transactions are:

- Issuance of additional shares of Series C-1 Preferred Stock at $75/share pre-split ($15/share post-split) and provision for subsequent closings of the Series C-1 Preferred Stock financing until December 31, 2013, as part of previous agreements;
- An increase in the authorized preferred stock to allow for future filings of certificates of designation;
- Modification of the Series A Preferred Stock to be fully participating in a liquidation;
- Creation of a dual class common stock capital structure (Class A Common Stock with 1 vote per share and Class B Common Stock with 100 votes per share), with all of the Class A Common Stock held by Theranos' founder and beneficial owner of a majority of our capital stock, Elizabeth Holmes, being exchanged for Class B Common Stock;
- Re-implementation of certain changes from the certificate of incorporation filed on March 28, 2013, including the 5 to 1 forward stock split;
- Clarification of stockholder inspection and notice rights as well as mandatory redemption provisions;
- Addition of a secondary right of first refusal in favor of the founder and/or another company designated person if the company does not exercise its right;
- Adoption of a 2013 Stock Plan and related forms of stock option agreements prior to the ten year retirement of the 2004 stock plan, and reservation of 15,000,000 shares of Class A Common Stock for issuance under the plan. The plan designates the founder as the proxy and attorney-in-fact for any participant that receives shares and requires all participants receiving shares to join the company's governing agreements;
- Providing Delaware as the exclusive jurisdiction over certain shareholder actions;

A detailed description of all the terms is included in the stockholder information statement (including attachments) that is available for download at the following link: https://wsgr.sendthisfile.com/0X0RptS2WkmgXSB2nRrjbkxd. **We encourage you to carefully review the information statement in its entirety because it contains important information about all of the changes.**

All terms of these transactions were unanimously approved by a special committee, consisting only of directors who are independent of the founder operating on the advice of leading counsel from the top law firms in the country. The new terms are conditioned on approval of a majority of the capital stock and a majority of the common stock held by stockholders that are independent of the founder. On the recommendation of the special committee, the Board also unanimously approved the new terms and recommends that stockholders approve them.

Theranos requests that, following review of the information statement and attachments, you execute the attached signature page packet, and return a copy of the executed signature pages to [redacted] as soon as possible, but no later than **5:00 p.m. (PST) this Wednesday, December 18, 2013, as we are working to close the associated deals and transactions by year end**. If you have any questions, please email them to the [redacted] address prior to that time.

Sending my very best regards and best wishes for a wonderful holiday season,

Elizabeth

====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com
====================================