**\* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED \***

# EXHIBIT M

**To:**
**From:** Elizabeth Holmes
**Sent:** Sat 9/14/2013 6:49:54 AM
**Importance:** Normal
**Subject:** RE: FW: Theranos
**Received:** Sat 9/14/2013 6:49:00 AM

Mark:

It was wonderful to see this note.

I can't wait to be able to provide a great experience for your daughter, and many more like her.

This is the beginning.

Elizabeth

**From:**
**Sent:** Friday, September 13, 2013 7:08 PM
**To:** Elizabeth Holmes
**Subject:** Re: FW: Theranos

Elizabeth,

This has been such an exciting week following the WSJ article. My highest compliments to you, and the rest of the team in reaching this amazing milestone.

On a personal note, our 16 month old daughter had some blood work done about a month ago and it was a very traumatic experience. Thank you for calming the future anxiety of two parents.

All my best, -Mark


On Fri, Sep 6, 2013 at 10:53 PM, Elizabeth Holmes                              wrote:
FYI. The below will go to shareholders later tonight. I wanted to share it with you first.

Elizabeth

**From:** Elizabeth Holmes
**Sent:** Friday, September 06, 2013 10:50 PM
**To:** Theranos
**Subject:** Theranos

To our shareholders,

I am delighted to share that we have now begun the commercial launch of the new products and services we've been working on for the past years.

Our new website will be up at www.theranos.com later tonight, and the Wall Street Journal has released a piece introducing our story in Saturday's paper at http://online.wsj.com/article/SB10001424127887324123004579055003869574012.html?mod=WSJ_hpp_sections_opinion (link from the Wall Street Journal homepage).

As per our previous note, should you be contacted by any media persons please continue to relay them to our PR team and let us know you've been contacted at                    or                    so we can follow up accordingly.

There are so many people here at Theranos who have worked seven days a week for so many years, pouring their heart

Confidential
TH-COL0004055350

and soul into building this business and realizing our vision with literal blood, sweat, and tears. It is such a great pleasure to be able to share this with you now, and to introduce our mission to the world to make actionable health information accessible to people everywhere at the time it matters most.

With my best regards,
Elizabeth

Elizabeth Holmes
CEO
Theranos, Inc.

================================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
================================================