**\* REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED \***

# EXHIBIT N

**To:** Elizabeth Holmes
**From:** Sunny Balwani
**Sent:** Tue 8/20/2013 7:33:16 PM
**Subject:** FW: Edison ▇ and ▇ in CLIA

---

**From:** Adam Rosendorff
**Sent:** Tuesday, August 20, 2013 11:35 AM
**To:** Sunny Balwani; Daniel Young
**Subject:** Edison ▇ and ▇ in CLIA

Hi Sunny

I spoke to Surekha, and Sharada about validation plans. Most of the data is on the ▇ instrument, with limited data on the ▇ instrument. I suggest that we do mostly venous to venous comparison of immunoassays using the ▇ (sensitivity, LLOQ, specificity, linearity/AMR), with a venous to fingerstick verification for bias once the venous to venous is done. If the venous to fingerstick verification looks good we can go ahead and transfer over the reference ranges from published ranges for venous blood.

Surekha is telling me that 15 people would need CLIA access if we put the ▇ and ▇ instruments in CLIA. I think that until we have validated the ▇ for patient care we should have these instruments in R&D.

Adam

Adam Rosendorff, MD, FASCP
Theranos, Inc