*** REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED ***

# EXHIBIT O

| | |
|---|---|
| **Message** | |
| **From:** | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent:** | 11/25/2013 7:13:10 PM |
| **To:** | Adam Rosendorff [/o=theranos organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=adam rosendorfd92]; Daniel Young [/o=theranos organization/ou=first administrative group/cn=recipients/cn=dyoung] |
| **CC:** | Sunny Balwani [/o=theranos organization/ou=first administrative group/cn=recipients/cn=sbalwani] |
| **Subject:** | RE: proficiency testing |

We have previously discussed this and had good processes. Let's make sure everyone is on the same page on this today and that the SOPs are cemented.

**From:** Adam Rosendorff
**Sent:** Monday, November 25, 2013 11:00 AM
**To:** Daniel Young
**Cc:** Elizabeth Holmes; Sunny Balwani
**Subject:** RE: proficiency testing

Daniel

[redacted]. For the ADVIA LDTs, I am concerned that the dilution schemes might create unintended matrix effects with the API PT material. Let's discuss further in person or via email. Another option would be to have the Biorad Immunology and Chemistry Controls "introduced" in a blinded fashion into our patient stream, once every quarter.

Thanks,

Adam

**From:** Daniel Young
**Sent:** Monday, November 25, 2013 10:02 AM
**To:** Adam Rosendorff
**Cc:** Elizabeth Holmes; Sunny Balwani
**Subject:** proficiency testing

Hi Adam,

Do we have a proficiency testing SOP for our LDTs? If so, can I please review it?

Confidential

TH-COL0003657132

If not, I have some ideas on this we can discuss, or I can send them along.

Thanks,

Daniel Young, PhD

Vice President, Theranos Systems

Theranos, Inc

1601 S. California Ave

Palo Alto, CA 94304

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292    www.theranos.com