1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ROBERT COLMAN and HILARY
TAUBMAN-DYE, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

THERANOS, INC., ELIZABETH
HOLMES, and RAMESH BALWANI,

Defendants.

Case No.  5:16-cv-06822-NC

**[PROPOSED] OMNIBUS ORDER
REGARDING THE PARTIES'
ADMINISTRATIVE MOTIONS TO FILE
DOCUMENTS UNDER SEAL PURSUANT
TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS.
177, 187, 195)**

Pursuant to Civil L.R. 7-11 and 79-5, and the Court's April 18, 2018 Order to Provide Proposed Omnibus Order (*see* ECF No. 210), Defendant Theranos, Inc. ("Theranos") has filed a Proposed Omnibus Order Regarding The Parties' Administrative Motions to File Documents Under Seal Pursuant to Civil L.R. 7-11 and 79-5 (ECF Nos. 177, 187, 195) ("Proposed Order"), which compiles the documents Theranos has sought to seal (*see* ECF No. 187) or maintain under seal (*see* ECF Nos. 185, 203) in whole or in part in connection with the class certification briefing in this Action.  Specifically, Theranos seeks to file under seal portions of:

(1) Plaintiffs' February 16, 2018 Motion for Class Certification ("Motion for Class Certification") (ECF No. 177-03);

(2) Declaration of Reed Kathrein in Support of Plaintiffs' Motion for Class Certification ("Kathrein Decl.") (ECF No. 177-04), and Exhibits attached thereto ("K. Ex.") (ECF Nos. 177-05, 177-07);

(3) Defendants' March 9, 2018 Opposition to Plaintiffs' Motion for Class Certification Under Rule 23(b)(3) ("Opposition Brief") (ECF No. 187);

(4) Declaration of Alexander Ryan White in Support of Defendants' Opposition Brief ("White Decl.") (ECF No. 187-05);

-1-

(5) Declaration of Timothy Perla in Support of Defendants' Opposition Brief ("Perla Decl.") (ECF No. 187-07) and Exhibits attached thereto ("P. Ex.") (ECF Nos. 187-19–187-34);

(6) Declaration of Dr. Sanjay Unni in Support of Defendants' Opposition Brief ("Unni Decl.") (ECF No. 190);

(7) Plaintiffs' March 16, 2018 Reply Brief in Support of Motion for Class Certification ("Reply Br.") (ECF No. 195-03); and,

(8) Exhibits ("E. Ex.") attached to the March 16, 2018 Declaration of Constantine P. Economides in Support of Plaintiffs' Reply Brief in Support of Motion for Class Certification ("Economides Decl.") (ECF No. 195-04).

The sealing requests listed in this Proposed Order differ in two respects from those initially submitted by Theranos.  First, where information sought to be sealed by Theranos has become public since the request was made, those requests have been removed from the Proposed Order. Second, for the purposes of this Proposed Order, where Theranos sought to seal a document pursuant to Civil L.R. 79-5(e) because it contained information designated by Plaintiffs or third-parties as "Confidential" under the Protective Order in this Action (*see* ECF No. 62), those documents are listed as requests to seal the whole document, subject to a forthcoming Order from the Court addressing redactions requested by Plaintiffs and third-parties.

Having considered the motion and declarations filed by Theranos (*see* ECF Nos. 185, 187, 203), the Court's ruling on the sealing requests is set forth below:

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | | **Dkt. No. 177[1]** | |
| Plaintiffs' Motion For Class Certification (ECF No. 177-03) | 2:19-20<br><br>4:20-21 (FN15)<br><br>9:22-23 (FN46) | Contains identities and identifying information of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 3:14<br><br>3:25 (FN10) | Contains the name of one of Theranos's partners, which is commercially sensitive, non-public business information which, if released, would expose Theranos to substantial competitive harm. | |
| Kathrein Declaration (ECF No. 177-04) | 2:2-3<br><br>2:22 | Contains the name of one of Theranos's partners, which is commercially sensitive, non-public business information which, if released, would expose Theranos to substantial competitive harm. | |
| K. Ex. A (ECF No. 177-05) | 1   (portions of "Fund", "# of Shares", "Price", and "Total Investment" columns corresponding to non-public Theranos investors) | Contains identities and investment amounts of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |

---

[1]     This docket number references Plaintiffs' February 16, 2018 Administrative Motion to File Under Seal ("Plaintiffs' February 16, 2018 Motion").  The March 1, 2018 Civil L.R. 79-5(D)(1)(A) Declaration of Robert K. Smith In Support Of Maintaining Under Seal Portions Of Plaintiffs' Motion For Class Certification, The Declaration Of Reed R. Kathrein In Support Of Plaintiffs' Motion For Class Certification, And Exhibits Thereto that sought to maintain under seal the documents identified in Plaintiffs' February 16, 2018 Motion was filed at ECF No. 185.

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195) Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | | Reason For Sealing | Court's Order |
|---|---|---|---|---|
| K. Ex. B (ECF No. 177-05) | 2 | ("To" field of 8/3/13 email, "From" field of 7/3/13 email) | Contains private contact information of one of Theranos's investors, disclosure of which could lead to harassment and would violate their privacy interests. | |
| K. Ex. C (ECF No. 177-05) | 2 | (first bullet point under "other items discussed") | Contains the names of Theranos's partners, which is commercially sensitive, non-public business information which, if released, would expose Theranos to substantial competitive harm. | |
| | 2 | ("To" and "Cc" fields) | Contains private contact information of Theranos employees, disclosure of which could lead to harassment and would violate their privacy interests. | |
| K. Ex. D (ECF No. 177-05) | 2 | ("From" and "Cc" fields of 4/11/13 (8:20PM) email; signature block of 4/11/13 (8:20PM) email; "To" and "Cc" field of 4/11/13 (5:16PM) email, last paragraph on page) | Contains the names of Theranos's partners, which is commercially sensitive, non-public business information which, if released, would expose Theranos to substantial competitive harm. | |
| | 3 | (first paragraph on page; "From" and "Cc" fields of 4/5/13 email; signature block of 4/5/13 email, "To" field of 4/4/13 email) | | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 4 ("From" and "Cc" fields of 4/2/13 email; signature block of 4/2/13 email; "From" and "Cc" fields of 2/22/13 email) | | |
| | 5 (signature block at top of page; "To" and "Cc" fields of 1/29/13 email; body of 1/29/13 email) | | |
| | 6 ("From" and "Cc" fields of 1/28/13 email; body of 1/28/13 email; signature block of 1/28/13 email) | | |
| | 7 (confidentiality notices attached to emails) | | |
| | 2 (last paragraph on page) | Contains commercially sensitive, proprietary business information regarding Theranos's negotiations with partners, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 3  (first paragraph on page) | | |
| | 5 (portion following ". . . for 2013 and beyond; however" in second paragraph of 1/29/13 email; second sentenced in second paragraph of | | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 1/29/13 email) | | |
| | 6 (last sentence in second paragraph of 1/28/13 email through "Please feel free to contact") | | |
| | 2 ("To" field of 7/2/13 email; "From" field of 4/11/13 (8:20PM) email; signature block of 4/11/13 (8:20PM) email; "From" field of 4/11/13 (5:16PM) email) | Contains private contact information of Theranos's employees and/or partners, disclosure of which could lead to harassment and would violate their privacy interests. | |
| | 3 ("From" field of 4/5/13 email; signature block of 4/5/13 email; "From" field of 4/4/13 email) | | |
| | 4 ("From" field of 4/2/13 email; signature block of 4/2/13 email) | | |
| | 5 (signature block at top of page; "From" field of 1/29/13 email; signature block of 1/29/13 email) | | |
| | 6 ("From", "To", and "Cc" fields of 1/28/13 email; signature block of 1/29/13 email) | | |

[Proposed] Omnibus Order Regarding The Parties' Administrative Motions to File Documents Under Seal Pursuant to Civil L.R. 7-11 and 79-5 (ECF Nos. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | | Reason For Sealing | Court's Order |
|---|---|---|---|---|
| K. Ex. E (ECF No. 177-05) | 2 | ("From" field of 9/5/13 (11:13AM) email) | Contains the name of one of Theranos's partners, which is commercially sensitive, non-public business information which, if released, would expose Theranos to substantial competitive harm. | |
| | 3-5 (redact in full) | | Contains commercially sensitive, proprietary business information regarding Theranos's negotiations with partners, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 2 | ("To" field of 9/5/13 (6:20PM) email; "From" field of 9/5/13 (11:13AM) email) | Contains private contact information of Theranos's employees and/or investors, disclosure of this information could lead to harassment and would violate their privacy interests. | |
| K. Ex. F (ECF No. 177-05) | 2 | (first bullet point under "Per our discussion") | Contains the names of Theranos's partners, which is commercially sensitive, non-public business information which, if released, would expose Theranos to substantial competitive harm. | |
| | 19 | (Slide 15) (last bullet point on page) | | |
| | 22 | (Slide 18) (third bullet point on page) | | |
| | 32 | (Slide 28) (first bullet point on page) | | |
| | 33 | (Slide 29) (second | | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No. 5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | bullet point under "Week of February 18"; last bullet point on page)<br><br>42 (Slide 38) (second bullet point on page) | | |
| | 2 ("To" and "Cc" fields")<br><br>3 (signature block; confidentiality notice) | Contains private contact information of Theranos's employees and/or consultants, disclosure of which could lead to harassment and would violate their privacy interests. | |
| K. Ex. G (ECF No. 177-05) | 2 ("To" and "Cc" fields)<br><br>3 (signature block) | Contains private contact information of Theranos's employees and/or consultants, disclosure of which could lead to harassment and would violate their privacy interests. | |
| K. Ex. H (ECF No. 177-05) | 2 (subject line of emails on page; body of 8/1/13 email; chart in 7/31/13 (11:02PM) email; body of 7/31/13 (10:52PM) email))<br><br>3 (subject line of emails on page; body of 7/30/13 (5:03PM) email) | Contains identity and identifying information of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | | Reason For Sealing | Court's Order |
|---|---|---|---|---|
| | 2 | ("To" field of 8/1/13 email; chart in 7/31/13 (11:02 PM) email; body of 7/31/13 (10:52 PM) email) | Contains private contact information of Theranos's employees and/or investors, disclosure of which could lead to harassment and would violate their privacy interests. | |
| | 3 | (signature block of 7/30/13 (5:03PM) email) | | |
| K. Ex. I (ECF No. 177-05) | 2 | ("To" field of 11/14/13 email) | Contains identity and identifying information of a non-public Theranos investor, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 5 | ("From" field of 12/21/13 email (11:40 AM); signature block of 12/21/13 (11:40 AM) email; "From" and "Cc" fields of 12/11/13 email) | | |
| | 7 | (signature block at bottom of page) | | |
| | 2 | ("To" field of 11/15/13 email) | Contains private contact information of Theranos's employees and/or partners, disclosure of which could lead to harassment and would violate their privacy interests. | |
| | 5 | ("To" field of 12/21/13 email; "To" and "From" fields of 12/21/13 (8:16 PM) email; signature block of 12/21/13 (11:40 AM) email; "From", "To", and "Cc" fields of 12/11/13 email) | | |
| | 7 | (signature block at bottom of page) | | |

| Document | | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|---|
| K. Ex. J (ECF No. 177-05) | 2 | ("To" field portion of second paragraph of email) | Contains identity and identifying information of a non-public Theranos investor, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 2 | ("To" field of email; third to last paragraph on page) | Contains private contact information of Theranos's employees and/or investors, disclosure of which could lead to harassment and would violate their privacy interests. | |
| | 3 | (second to last paragraph of email) | | |
| K. Ex. M (ECF No. 177-05) | 2 | ("To" field of 9/14/13 email; "From" field of 9/13/13 email; portion of line that begins "On Fri, Sep 6, 2013"; portion of second to last paragraph on page) | Contains private contact information of Theranos's employees and/or investors, disclosure of this information could lead to harassment and would violate their privacy interests. | |
| K. Ex. N (ECF No. 177-05) | 2 | (signature block of 8/20/13 (11:35AM) email) | Contains private contact information of Theranos's employees and/or consultants, disclosure of which could lead to harassment and would violate their privacy interests. | |
| K. Ex. O (ECF No. 177-05) | 3 | (signature block) | Contains private contact information of a Theranos employee, disclosure of which could lead to harassment and would violate their privacy interests. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| K. Ex. P (ECF No. 177-05) | 10 (third and fourth paragraph)<br><br>11 (entire page)<br><br>12 (entire page)<br><br>13 (entire page)<br><br>14 (first and second paragraphs)<br><br>16 (last paragraph)<br><br>17 (first paragraph)<br><br>18 (second and third paragraphs)<br><br>19 (first paragraph)<br><br>130 (last paragraph)<br><br>131 (first paragraph) | Contains commercially sensitive, proprietary business information regarding Theranos's strategy for FDA approval, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 7 (chart column 1)<br><br>10 (third paragraph, lines 3, 6, and 8)<br><br>47 (chart row 1, columns 1 and 4)<br><br>48 (chart column 1, column 2 at rows 2-3, 6, column 4)<br><br>49 (chart column 1, column 2 at rows 4-5, column 4)<br><br>110 (paragraph (a); bottom of page paragraph (b)) | Contains commercially sensitive, proprietary business information and trade secrets regarding Theranos's technology, validation and use by third-parties, disclosure of which will expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 111 (continuation of paragraph (b))<br><br>113 (second paragraph)<br><br>116 (first paragraph)<br><br>127 (second and third paragraph)<br><br>131 (second paragraph) | | |
| | 47 (chart column 4)<br><br>52 (chart column 3 at rows 4-6)<br><br>53 (chart column 3 at rows 2, 4, 6)<br><br>54 (column 3 at rows 1, 3-4)<br><br>64 (first paragraph)<br><br>65 (first paragraph) | Contains commercially sensitive, proprietary business information regarding Theranos's non-public negotiations with partners, which, if released, would expose Theranos to substantial competitive harm. | |
| | 40 (second and third paragraph)<br><br>41 (first paragraph)<br><br>42 (first and second paragraph)<br><br>44 (first and second paragraph)<br><br>45 (first paragraph)<br><br>46 (first paragraph) | Contains the names of Theranos's partners and potential partners, which is commercially sensitive, non-public business information which, if released, would expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 47 (chart column 1; chart column 4) | | |
| | 48 (chart column 1; chart column 2 at rows 2, 3, and 6; chart column 4) | | |
| | 49 (chart column 1; chart column 2 at rows 4-5; chart column 4) | | |
| | 52 (chart column 1) | | |
| | 53 (chart column 1) | | |
| | 54 (chart column 1 at rows 2-4; column 4 at rows 2, 4) | | |
| | 59 (chart column 1) | | |
| | 60 (chart column 1) | | |
| | 62 (chart column 1; column 4 at row 10) | | |
| | 63 (chart column 1) | | |
| | 66 (chart) 80 (chart) 81 (chart) | Contains commercially sensitive, proprietary business information regarding Theranos's finances and insurance coverage, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 4 (chart column 5, rows 2-3) | Contains private contact information of Theranos's employees, disclosure of which could lead to | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 5    (chart column 5, row 2) | harassment and would violate their privacy interests. | |
| | 6    (chart column 5, row 3) | | |
| | 8    (chart column 5, rows 2-4) | | |
| | 15   (chart column 5, row 6) | | |
| | 20   (chart column 5, rows 1, 2, 7) | | |
| | 25   (chart column 5, row 1) | | |
| | 26   (chart column 5, rows 3-9) | | |
| | 27   (chart column 5, rows 2-3, 5-8) | | |
| | 28   (chart column 5, rows 2-3) | | |
| | 31   (chart column 5, rows 5-6) | | |
| | 32   (chart column 5, row 4) | | |
| | 36   (chart column 5, rows 3-4, 8) | | |
| | 37   (chart column 4, row 3, column 5, rows 2-4, 6, 8) | | |
| | 38   (chart column 5, row 1) | | |
| | 39   (chart column 5, rows 2, 4) | | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 41 (chart column 5, row 2, 5-6) | | |
| | 42 (chart column 5, row 4) | | |
| | 43 (chart column 5, rows 1-2, 4-5) | | |
| | 44 (chart column 5, rows 1-2, 5-6) | | |
| | 45 (chart column 5, row 1) | | |
| | 46 (chart column 5, rows 1, 4, 7) | | |
| | 97 (chart column 5, rows 3, 7, 9) | | |
| | 98 (chart column 5, rows 1, 5) | | |
| | 101 (chart column 5, row 6) | | |
| | 104 (chart column 5, row 2) | | |
| | 105 (chart column 5, rows 2, 6) | | |
| | 106 (chart column 5, rows 1, 3-4) | | |
| | 107 (chart column 5, rows 2, 4, 7-8) | | |
| | 108 (chart column 5, rows 3-5, 8) | | |
| | 109 (chart column 5, rows 1, 3-6) | | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 114 (chart column 5, rows 3 and 5) | | |
| | 117 (chart column 5, rows 2-6) | | |
| | 118 (chart column 5, rows 3-4, 7) | | |
| | 119 (chart column 5, rows 1, 5) | | |
| | 122 (chart column 5, row 2) | | |
| | 123 (chart column 5, rows 1-2, 5-6) | | |
| | 128 (chart column 5, rows 1, 3-5) | | |
| | 129 (chart column 5, row 1) | | |
| | 131 (chart column 5, rows 3-4) | | |
| | 132 (chart column 5, rows 1-3, 5, 9-10) | | |
| | 133 (chart column 5, rows 1-2, 5, 8) | | |
| | 134 (chart column 5, rows 4-5) | | |
| K. Ex. Q (ECF No. 177-05) | 46 (chart column 1, rows 1, 3-9)  47 (chart column 1, rows 1-2, 4-6) | Contains identities of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 13  (second paragraph)<br><br>14  (first paragraph) | Contains commercially sensitive, proprietary business information regarding Theranos's strategy for FDA approval, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 7    (second, third, and fourth paragraphs)<br><br>8    (full page)<br><br>9    (all paragraphs, chart column 3)<br><br>10  (first and second paragraph)<br><br>11  (text between "11. Daniel Young" and Request No. 55)<br><br>14  (second paragraph, last paragraph)<br><br>15  (first paragraph)<br><br>16  (body of Request No. 58)<br><br>20  (second paragraph numbered list)<br><br>22  (in body of Request No. 61; last paragraph)<br><br>23  (first paragraph; in body of Request No. 62) | Contains commercially sensitive, proprietary business information and trade secrets regarding Theranos's technology, validation and use by third-parties, disclosure of which will expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 24 (first and second paragraphs, chart column 1, body of Request No. 63)<br><br>25 (last paragraph)<br><br>27 (paragraph (a))<br><br>28 (first and second paragraphs)<br><br>48 (paragraph (j))<br><br>50 (second paragraph of response to Interrogatory No. 72)<br><br>52 (second, third, fourth, and fifth paragraphs)<br><br>54 (last paragraph)<br><br>57 (first paragraph)<br><br>58 (Response to Interrogatory No. 76) | | |
| | 16 (chart column 4, rows 3, 6)<br><br>53 (chart column 4, rows 3, 5-6)<br><br>55 (chart column 4, rows 4-5)<br><br>58 (chart column 4, row 1) | Contains private contact information of Theranos employees, disclosure of which could lead to harassment and would violate their privacy interests. | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| K. Ex. R (ECF No. 177-05) | 11 (bullet points at top of page)<br><br>27 (chart row 1)<br><br>33 (chart column 3, row 5)<br><br>42 (chart column 1) | Contains commercially sensitive, proprietary business information and trade secrets regarding Theranos's technology, validation and use by third-parties, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 9 (chart columns 3-5)<br><br>10 (chart columns 3-5)<br><br>24 (chart column 3)<br><br>25 (chart column 3; FN2) | Contains commercially sensitive, proprietary business information regarding Theranos's finances, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 12 (first paragraph)<br><br>44 (bottom paragraph)<br><br>47 (second, fourth, and fifth paragraphs)<br><br>48 (first and second paragraphs)<br><br>56 (third paragraph) | Contains commercially sensitive, proprietary business information regarding Theranos's strategy for FDA approval, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 35 (chart column 5)<br><br>36 (top chart column 5) | Contains private contact information of Theranos employees, disclosure of which could lead to harassment and would violate their privacy interests. | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| K. Ex. T (ECF No. 177-05) | 18:1, 4, 7-9<br><br>20:18<br><br>27:9<br><br>31:25<br><br>33:1, 4-5, 7-17, 19, 21, 23<br><br>34:6-7, 10, 15, 17-18, 21-22, 24<br><br>43:22<br><br>44:8<br><br>45:14, 19, 22-25<br><br>65:5, 11 | Contains identities, identifying information, and investment amounts of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 31:10-13, 16, 18-23<br><br>32:2-4 | Contains commercially sensitive, proprietary business information regarding Theranos's strategy for FDA approval, disclosure of which will expose Theranos to substantial competitive harm. | |
| K. Ex. U (ECF No. 177-05) | 42:18<br><br>43:9-13, 17<br><br>86:15, 20<br><br>91:3-4, 24-25<br><br>93:2<br><br>100:1, 7, 9, 21<br><br>104:9, 18-19, 21 | Contains identities and investment amounts of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 105:14-17 <br><br> 106:1-2, 15-16 <br><br> 113:12-13, 15-17, 25 <br><br> 114:6-7 <br><br> 115:1-2, 12-13, 17-18, 20-21, 25 <br><br> 116:13-15 <br><br> 117:8 <br><br> 118:1-5, 8, 10-11, 13, 16 <br><br> 119:16, 19, 22, 25 <br><br> 120:2-3, 6, 9, 20-22 <br><br> 121:2, 4 <br><br> 123:23-24 <br><br> 124:5, 9-11, 14-15, 20 <br><br> 126:2-3 <br><br> 127:15, 18 | | |
| | 91:3-4, 7, 9, 18-20, 24-25 <br><br> 92:10-11 <br><br> 93:2, 13-15, 24-25 <br><br> 94:1-6 <br><br> 95:21-25 <br><br> 96:8-9, 12-17 <br><br> 98:20-23 | Contains commercially sensitive, proprietary business information regarding Theranos's strategy for and decisions regarding whether to exercise its right of first refusal to buy back Theranos securities, disclosure of which will expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 99:10-13, 15-18 | | |
| | 100:1-6 | | |
| | 102:8-12, 21-22 | | |
| | 104:9, 13-16, 18-19, 21 | | |
| | 105:14-17 | | |
| | 105:19-20 | | |
| | 106:1-3, 8, 15-18 | | |
| | 112:21-22 | | |
| | 113:1-2, 6-8, 12-13, 15-19, 25 | | |
| | 114:1, 6-8, 10-11 | | |
| | 115:1-2, 12-13, 17-18, 20-21, 25 | | |
| | 116:2-5, 13-15 | | |
| | 117:8 | | |
| | 118:1-5, 8, 10-11, 13, 16, 21 | | |
| | 119:16, 19, 22, 25 | | |
| | 120:2-3, 6, 9, 20-22 | | |
| | 121:2, 4 | | |
| | 123:23-24 | | |
| | 124:5, 9-11, 13-15, 20-23 | | |
| K. Ex. X (ECF No. 177-05) | 2-3 (TH-COL0000004215-16) (portions of chart) | Contains identities and investment amounts of non-public Theranos investors, disclosure of which will | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 4   (TH-COL0000000340) (portions of chart) | expose Theranos to substantial competitive harm. | |
| | 5   (column containing investor names, columns labeled 1, 3, and 4) | | |
| | 6   (full page) | | |
| | 7   (columns labeled 15-17, 19-24) | | |
| | 8   (full page) | | |
| | 10 (chart columns 1 and 2) | | |
| | 11 (chart columns 1 and 2) | | |
| | 12 (chart columns 1 and 2, except chart after item 6; chart after item 6, chart column 2) | | |
| | 13 (chart columns 1 and 2) | | |
| | 14 (chart columns 1 and 2) | | |
| | 15 (chart columns 1 and 2) | | |
| | 16 (chart columns 1 and 2) | | |
| | 17 (chart columns 1 and 2) | | |
| | 18 (chart columns 1 | | |

-23-

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | and 2, except for chart after item 2; chart after item 2, column 2) | | |
| | 19 (chart columns 1 and 2) | | |
| | 20 (chart columns 1 and 2) | | |
| | 21 (chart columns 1 and 2) | | |
| | 22 (chart columns 1 and 2) | | |
| | 25 (column containing investor names, columns labeled 1, 3-13) | | |
| | 26 (column containing investor names, columns labeled 14-17, 19-27, unlabeled column to right of column labeled 27) | | |
| | 5 (column containing investor names, columns labeled 1, 3, and 4) 6 (full page) 7 (columns labeled 15-17, 19-24) 8 (full page) | Contains commercially sensitive, proprietary business information regarding Theranos's strategy for and decisions regarding whether to exercise its right of first refusal to buy back Theranos securities, disclosure of which will expose Theranos to substantial competitive harm. | |

-24-

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 10 (TH-COL0000004335) (subheading, items 1 and 2) | | |
| | 11 (TH-COL0000004336) (full page) | | |
| | 12 (TH-COL0000004337) (items 5 and 7) | | |
| | 13-16 (TH-COL0000004338-41) (full page) | | |
| | 17 (TH-COL0000004209) (full page) | | |
| | 18 (TH-COL0000004210) (continuation of item 1 and item 3) | | |
| | 19-22 (TH-COL0000004211-14) (full page) | | |
| | 25 (column containing investor names, columns labeled 1, 3-13) | | |
| | 26 (column containing investor names, columns labeled 14-17, 19-27, unlabeled column to right of column labeled 27) | | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| K. Ex QQ (ECF No. 177-07) | 1:7 | Contains investment amount of non-public Theranos investor, disclosure of which will expose Theranos to substantial competitive harm. | |
| K. Ex. RR (ECF No. 177-07) | 1:7 | Contains investment amount of non-public Theranos investor, disclosure of which will expose Theranos to substantial competitive harm. | |
| | | **Dkt. No. 187[2]** | |
| Opposition Brief (ECF No. 187-04) | 8:26-27 (FN9) | Contains non-public information regarding the Company's strategy for exercising and decisions regarding whether to exercise its right of first refusal to buy back Theranos securities, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 8:2-4<br><br>23:7<br><br>Appendix A (chart, row 4, column 2 | Contains information regarding non-public investor identities, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 21:24-26 | Contains non-public information regarding Theranos's capital structure, disclosure of which will expose Theranos to substantial competitive harm. | |

---

[2]    This docket number references Defendants' March 9, 2018 Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 7-11 and Civil L.R. 79-5.

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| | Whole Document | Contains information designated by Donald A. Lucas as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| | Whole Document | Contains information designated by Peer Ventures Group IV, L.P. as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| White Decl. (ECF No. 187-05) | 4:4-7, 9-15 | Contains non-public information regarding the Company's strategy for exercising and decisions | |

-27-

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | | regarding whether to exercise its right of first refusal to buy back Theranos securities, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 2:3-27 (portions of chart)<br><br>3:2-13 (portions of chart)<br><br>4:5, 7, 10-12, 14, 17-21 | Contains information regarding non-public investor identities, their investment amounts, the number of shares they hold, and the date of their investment, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 1:12-13 | Contains non-public information regarding Theranos's technology and business strategy, disclosure of which will expose Theranos to substantial competitive harm. | |
| Unni Decl. (ECF No. 187-06) | 26:9-11, 19-22 (FN32), 23-28 (FN33)<br><br>27:6-7, 9-10, 21-23 (FN36)<br><br>28:2, 7-8, 12-13 (FN29), 14-15 (FN40), 21-22 (FN43), 24-25 (FN44)<br><br>29:11-18, 21-23<br><br>41:27-28 (FN73) | Contains non-public information regarding the Company's strategy for exercising and decisions regarding whether to exercise its right of first refusal to buy back Theranos securities, disclosure of which will expose Theranos to substantial competitive harm. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 19:4, 19, 25, 26<br><br>20:2, 9-10, 17-21, 24<br><br>21:1-2, 12<br><br>22:5, 19-20<br><br>23:15, 17<br><br>24:11, 13, 17<br><br>25:17<br><br>27:10, 14, 22-23 (FN36)<br><br>28:1-2, 7, 13 (FN39), 15 (FN40), 22 (FN43), 24 (FN44)<br><br>29:12, 18, 21-22<br><br>38:24-27 (FN61)<br><br>43:22<br><br>44:1-3, 6, 22 (FN80), 24-25 (FN81)<br><br>48:10-12 | Contains non-public information regarding Theranos's share pricing and stock offering strategy, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 23:16<br><br>25:17<br><br>26:18 (FN32), 20-21 (FN32), 23 (FN33)<br><br>27:22-23 (FN36)<br><br>28:13 (FN39), 14 (FN40), 22 (FN43), 24 (FN44)<br><br>41:12, 27 (FN73) | Contains information regarding non-public investor identities and the number of shares they hold, disclosure of which will expose Theranos to substantial competitive harm. | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 42:2<br><br>43:3-4<br><br>50:1 | | |
| | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| | Whole Document | Contains information designated by Donald A. Lucas as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| | Whole Document | Contains information designated by Peer Ventures Group IV, L.P. as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195) Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | | confidentiality. | |
| Perla Decl. (ECF No. 187-07) | 6:16<br><br>7:4-5 | Contains information regarding non-public investor identities, disclosure of which will expose Theranos to substantial competitive harm. | |
| P. Ex. 1 (ECF No. 187-18) | Whole Document | Contains information designated by Donald A. Lucas as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 2 (ECF No. 187-19) | 36:5, 10, 14<br><br>161:17, 23 | Contains private contact information, which has no bearing on the substance of the claims at issue or Plaintiffs' Motion and disclosure of which could expose these individuals to harassment or unwanted attention. | |
| | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | | confidentiality. | |
| P. Ex. 4 (ECF No. 187-20) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 5 (ECF No. 187-21) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| | Whole Document | Contains information designated by OPA Holdings SPV, LP as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 7 (ECF No. | 141:8-9, 20 | Contains non-public information regarding | |

-32-

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| 187-22) | 142:4-6, 9-10, 18 | Theranos's technology and business strategy, disclosure of which will expose Theranos to substantial competitive harm. | |
| P. Ex. 8 (ECF No. 187-23) | 32:20-21<br><br>33:2-4, 9-14, 19<br><br>34:13-15, 23<br><br>37:4, 23<br><br>47:17 | Contains non-public information regarding Theranos's technology and business strategy, disclosure of which will expose Theranos to substantial competitive harm. | |
| P. Ex. 10 (ECF No. 187-24) | 66:5<br><br>68:7-9<br><br>103:2, 9<br><br>103:15-25<br><br>104:1-10 | Contains non-public information regarding Theranos's technology, disclosure of which will expose Theranos to substantial competitive harm. | |
| P. Ex. 19 (ECF No. 187-25) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 20 (ECF No. 187-26) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties | |

-33-

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | | must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 21 (ECF No. 187-27) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 24 (ECF No. 187-28) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 27 (ECF No. 187-29) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| P. Ex. 31 (ECF No. 187-30) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 32 (ECF No. 187-31) | Whole Document | Contains information designated by Plaintiffs as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 37 (ECF No. 187-32) | Whole Document | Contains information designated by OPA Holdings SPV, LP as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 41 (ECF No. 187-33) | Whole Document | Contains information designated by Peer Ventures Group IV, L.P. as "Confidential" under the Protective Order, and | |

-35-

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | | pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| P. Ex. 42 (ECF No. 187-34) | Whole Document | Contains information designated by Donald A. Lucas as "Confidential" under the Protective Order, and pursuant to the Protective Order and Civil L.R. 79-5(e), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality. | |
| **Dkt. No. 195[3]** | | | |
| Reply Br. (ECF No. 195-03) | 4:9-11 | Contains identity of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |
| | Appendix A at 5 (top right cell of chart) | Contains confidential information relating to Theranos's litigation settlements, disclosure of which will expose Theranos to substantial competitive | |

---

[3]    This docket number references Plaintiffs' March 16, 2018 Administrative Motion to File Under Seal ("Plaintiffs' March 16, 2018 Motion"). The March 23, 2018 Civil L.R. 79-5(D)(1)(A) Declaration of Robert K. Smith In Support Of Maintaining Under Seal Portions Of Plaintiffs' Reply Brief In Support Of Motion For Class Certification And Exhibits To The Supporting Declaration Of Constantine P. Economides that sought to maintain under seal the documents identified in Plaintiffs' March 16, 2018 Motion was filed at ECF No. 203.

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | | harm. | |
| E. Ex. D (ECF No. 195-04) | 2 ("From" line of 9/30/13 email; "To," "From," and "Cc" lines of 9/27/13 email)<br><br>3 ("From" line of 9/27/13 email)<br><br>4 (the following rows in the second column of chart: 1, 5-6, 10)<br><br>6 ("To" line of 9/11/13 email; "From" line of 9/10/13 email)<br><br>7 (signature block; "From" line of 9/9/13 email; (2:44PM); "To," "From," and "Cc" lines of 9/9/13 email (1:46PM))<br><br>8 (signature block)<br><br>9 (the following rows in the second column of chart: 5, 10)<br><br>11 (signature block of 9/11/13 email; end of line beginning with "On Sep 10, 2013," "To" and "From" lines of 9/10/13 email (2:20PM); "To" line of 9/10/13 email (1:45PM)) | Contains private contact information of Theranos's investors and other third-parties, disclosure of which could lead to harassment and would violate their privacy interests. | |

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

| Document | Portion Sought To Be Sealed | Reason For Sealing | Court's Order |
|---|---|---|---|
| | 12 (signature block)<br><br>13 (the following rows in the second column of chart: 5, 10) | | |
| E. Ex. J (ECF No. 195-04) | 4 (Tr. 39:25)<br><br>5 (Tr. 83:1-2) | Contains identity of non-public Theranos investors, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 4 (Tr. 39:13, 39:17-22) | Contains confidential information relating to Theranos's litigation settlements, disclosure of which will expose Theranos to substantial competitive harm. | |
| | 4 (Tr. 39: 3-5; 39:7-11)<br><br>5 (83:10-17; 83:19-25) | Contains confidential information relating to Theranos's financial position, disclosure of which will expose Theranos to substantial competitive harm. | |

**IT IS SO ORDERED.**


Dated: _____                    _____

                                             Hon. Nathanael Cousins
                                             United States Magistrate Judge

-38-

Dated:  April 23, 2018          By:     /s/ Robert K. Smith

Timothy Perla (admitted *pro hac vice*)
Robert K. Smith (admitted *pro hac vice*)
Jessica Lewis (CA SBN 302467)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
timothy.perla@wilmerhale.com
robert.smith@wilmerhale.com
jessica.lewis@wilmerhale.com

Michael A. Mugmon (251958)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
michael.mugmon@wilmerhale.com

Christopher Davies (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363
christopher.davies@wilmerhale.com

Matthew Benedetto (252379)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400
matthew.benedetto@wilmerhale.com

*Attorneys for Defendant Theranos, Inc.*

[PROPOSED] OMNIBUS ORDER REGARDING THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 (ECF NOS. 177, 187, 195)
Case No.  5:16-cv-06822-NC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Proposed Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.


Dated: April 23, 2018                                    WILMER CUTLER PICKERING HALE
                                                                          AND DORR LLP

                                                                  By: /s/  Michael A. Mugmon
                                                                         Michael A. Mugmon

-40-