# EXHIBIT 41

PEER Ventures Group IV, LP

| Entity Name | Commitment |
|---|---:|
| Alfred Eisaian | $ 25,000 |
| Everett P. Lebherz | 350,000 |
| Hillview Investment II LLC | 17,350,200 |
| Jeffrey M. Wise IRA | 125,000 |
| Katherine J. Wise IRA | 125,000 |
| Lebherz Family Trust | 1,000,000 |
| New Build, Inc. | 700,000 |
| Randall G. Lloyd | 15,000 |
| Steven G. Curtis | 50,000 |
| Jotter Investment LLC | 2,000,000 |
| IHC Health Services, Inc. | 15,000,000 |
| LE Ventures, LLC | 282,000 |
| Dow & Lynne Wilson Trust | 68,900 |
| Lebherz Family Foundation | 500,000 |
| The Schaeffer Revocable Family Trust d/t/d 10/2/9 | 3,000,000 |
| Vivian Dang | 200,000 |
| The Nelson Wong & Amanda La Living Trust | 50,000 |
| Dignity Health, Inc. | 15,000,000 |

**REDACTED UNDER SEAL**

1st close in May'13
2nd close LPs in Sep'13
3rd close LPs in Dec'13
4th close LPs in Jan'14

PVP000390 - CONFIDENTIAL