# EXHIBIT 42

**Theranos Investors - All LVG Entities**

| Partners | LVG XI, LLC | Capital Commitment - LVG XI, LLC | LVG IV, LP | Theranos Ownership - LVG IV, LP | LVG XV, LLC | Capital Commitment - LVG XV, LLC | LVG XIX, LLC | Capital Commitment - LVG XIX, LLC |
|---|---|---|---|---|---|---|---|---|
| Andrew Chase | X | $ 125,000 | X | $ 38,750 | | | | |
| Robert S. Colman IRA | X | $ 500,000 | | | | | | |
| Talon United Technologies LLC (William Drackett) | X | $ 200,000 | X | $ 7,750 | | | | |
| David T. Butler | X | $ 50,000 | | | | | | |
| David K. Tu & Kristl W. Lee Revocable Trust dated 5/13/93 | X | $ 25,000 | X | $ 5,800 | | | | |
| Giancarlo Giglio | X | $ 300,000 | | | | | | |
| LRFA, LLC (Dave Welch) | X | $ 350,000 | X | $ 38,750 | | | X | $ 150,000 |
| Michael S. Finn | X | $ 50,000 | X | | | | | |
| Minneapolis Ragstock (Mike Finn) | X | $ 50,000 | | | | | | |
| Norman & Antonia P. Tu Revocable Trust DTD 2/14/00 | X | $ 30,000 | X | $ 23,250 | | | | |
| Jeff Werbalowsky | X | $ 250,000 | X | $ 58,150 | | | | |
| Mark Madden (West Coast) | X | $ 500,000 | X | $ 38,750 | | | | |
| Burns Investment, LLC (Rob Dean) | X | $ 250,000 | | | | | | |
| Scott R. Southwood | X | $ 200,000 | X | $ 38,750 | | | | |
| Phister Family Trust (Dick Pfister) | X | $ 100,000 | | | | | | |
| Matthew Osborne | X | $ 100,000 | | | | | | |
| Robert J. Amedeo | X | $ 100,000 | | | | | | |
| Richard Guggenhime | X | $ 50,000 | | | | | | |
| William Escamilla | X | $ 15,000 | | | | | | |
| J.P. Knelman IRA Rollover | X | $ 100,000 | | | | | | |
| Benjamin Knelman | X | $ 25,000 | | | | | | |
| James A Knelman | X | $ 25,000 | | | | | | |
| Joseph E Knelman | X | $ 25,000 | | | | | | |
| Pat Kratus | X | $ 30,000 | | | | | | |
| Brady Family Trust (Lorraine Brady) | X | $ 200,000 | | | | | | |
| Race Street Ventures, LLC (Mike Barsanti) | X | $ 70,000 | X | $ 23,250 | | | | |
| Pebble Beach Trust (Donald L. Lucas) | X | $ 1,000,000 | | | | | | |
| Jeffrey and Diane Hewitt 2000 Trust | X | $ 50,000 | | | | | | |
| Sandra & Bernard Magnussen 1993 Trust | X | $ 250,000 | | | | | | |
| Phelan Medical Associates Retirement Trust (Dr. Darren Phelan) | X | $ 100,000 | | | | | | |
| Ellen Ann Fox | X | $ 100,000 | | | | | | |
| The Chase Lyman Trust | X | $ 25,000 | | | | | | |
| Evan J. and Colby L. Moore Family Trust Dated 10-17-14 | X | $ 25,000 | | | | | | |
| The M&A Courson Family Trust | X | $ 50,000 | | | | | | |
| The Gabrielson Family Trust (Randy Gabrielson) | X | $ 25,000 | | | | | | |
| Michael R. Walker & Bridget F. Walker Revocable Trust u/a/d 6/17/02 | X | $ 50,000 | | | | | | |
| Roberte E. and Paula B. Boyer | X | $ 125,000 | | | | | | |
| Arjun Desai | X | $ 25,000 | | | | | | |
| Ethan Handler | X | $ 50,000 | | | | | | |
| Isaac Garazi Irrevocable Trust | X | $ 50,000 | | | | | | |
| Rita Smith | X | $ 150,000 | | | | | | |
| Alexander F. Metherell (Roth IRA) | X | $ 150,000 | | | | | | |
| Michael and Lisa Mitchoem Living Trust | X | $ 100,000 | | | | | | |
| Kevin Kawasaki | X | $ 25,000 | | | | | | |
| The Fogelsong Children's Trust UTD 8/1/85 (Colin Anderson) | X | $ 200,000 | | | | | X | $ 100,000 |
| Jon E. Blum | X | $ 25,000 | | | | | | |
| John Thomason Trust (dated 3/26/01) | X | $ 100,000 | | | | | | |
| Joseph F. Novogratz | X | $ 150,000 | X | $ 38,750 | | | | |
| Barry T. Mori | X | $ 12,500 | | | | | | |
| Robert and Suzanna Mori | X | $ 12,500 | | | | | | |
| Lucas Living Trust (Don Lucas Car Dealership) | X | $ 500,000 | | | | | | |
| MPP Holdings | | | X | $ 8,550 | | | | |
| Hong She Lim | | | X | $ 19,400 | | | | |
| PatRick Lucas IV, LLC (Patrick Terrell) | | | X | $ 123,050 | | | | |
| Ken Goldman | | | X | $ 19,400 | | | | |
| JE Capital Partners (Jerold Evans) | | | | | X | $ 250,000 | | |
| George Orban (Gyuri Orban) | | | | | X | $ 250,000 | | |
| Rapp Holdings, LLC (Roxy Rapp) | | | | | X | $ 250,000 | | |
| Rapp Family Revocable Trust UTA 12/29/89 (Roxy Rapp) | | | | | X | $ 250,000 | | |
| William McNett | | | | | | | X | $ 200,000 |
| FLP Trafalgar II, LP (Preston Butcher) | | | | | | | X | $ 100,000 |
| Robert and Paula Boyer | | | | | | | X | $ 50,000 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Theranos Investors - All LVG Entities** | | | | | | |
| 2 | | | | | | | |
| 3 | Partners | | | **Address 1** | | **Address 2** | |
| 4 | Andrew Chase | | | | | | |
| 5 | Robert S. Colman IRA | | | | | | |
| 6 | Talon United Technologies LLC (William Drackett) | | | | | | |
| 7 | David T. Butler | | | | | | |
| 8 | David K. Tu & Kristl W. Lee Revocable Trust dated 5/13/93 | | | | | | |
| 9 | Giancarlo Giglio | | | | | | |
| 10 | LRFA, LLC (Dave Welch) | | | | | | |
| 11 | Michael S. Finn | | | | | | |
| 12 | Minneapolis Ragstock (Mike Finn) | | | | | | |
| 13 | Norman & Antonia P. Tu Revocable Trust DTD 2/14/00 | | | | | | |
| 14 | Jeff Werbalowsky | | | | | | |
| 15 | Mark Madden (West Coast) | | | | | | |
| 16 | Burns Investment, LLC (Rob Dean) | | | | | | |
| 17 | Scott R. Southwood | | | | | | |
| 18 | Phister Family Trust (Dick Pfister) | | | | | | |
| 19 | Matthew Osborne | | | | | | |
| 20 | Robert J. Amedeo | | | | | | |
| 21 | Richard Guggenhime | | | | | | |
| 22 | William Escamilla | | | | | | |
| 23 | J.P. Knelman IRA Rollover | | | | | | |
| 24 | Benjamin Knelman | | | | | | |
| 25 | James A Knelman | | | | | | |
| 26 | Joseph E Knelman | | | | | | |
| 27 | Pat Kratus | | | | | | |
| 28 | Brady Family Trust (Lorraine Brady) | | | | | | |
| 29 | Race Street Ventures, LLC (Mike Barsanti) | | | | | | |
| 30 | Pebble Beach Trust (Donald L. Lucas) | | | | | | |
| 31 | Jeffrey and Diane Hewitt 2000 Trust | | | | | | |
| 32 | Sandra & Bernard Magnussen 1993 Trust | | | | | | |
| 33 | Phelan Medical Associates Retirement Trust (Dr. Darren Phelan) | | | | | | |
| 34 | Ellen Ann Fox | | | | | | |
| 35 | The Chase Lyman Trust | | | | | | |
| 36 | Evan J. and Colby L. Moore Family Trust Dated 10-17-14 | | | | | | |
| 37 | The M&A Courson Family Trust | | | | | | |
| 38 | The Gabrielson Family Trust (Randy Gabrielson) | | | | | | |
| 39 | Michael R. Walker & Bridget F. Walker Revocable Trust u/a/d 6/17/02 | | | | | | |
| 40 | Roberte E. and Paula B. Boyer | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | City | | State | | Zip Code | | LVG XI, LLC | | Capital Commitment - LVG XI, LLC | | LVG IV, LP | | Theranos Ownership - LVG IV, LP | | LVG XV, LLC | |
| 4 | | | | | | | X | | $ 125,000 | | X | | $ 38,750 | | | |
| 5 | | | | | | | X | | $ 500,000 | | | | | | | |
| 6 | | | | | | | X | | $ 200,000 | | X | | $ 7,750 | | | |
| 7 | | | | | | | X | | $ 50,000 | | | | | | | |
| 8 | | | | | | | X | | $ 25,000 | | X | | $ 5,800 | | | |
| 9 | | | | | | | X | | $ 300,000 | | | | | | | |
| 10 | | | | | | | X | | $ 350,000 | | X | | $ 38,750 | | | |
| 11 | | | | | | | X | | $ 50,000 | | X | | | | | |
| 12 | | | | | | | X | | $ 50,000 | | | | | | | |
| 13 | | | | | | | X | | $ 30,000 | | X | | $ 23,250 | | | |
| 14 | | | | | | | X | | $ 250,000 | | X | | $ 58,150 | | | |
| 15 | | | | | | | X | | $ 500,000 | | X | | $ 38,750 | | | |
| 16 | | | | | | | X | | $ 250,000 | | | | | | | |
| 17 | | | | | | | X | | $ 200,000 | | X | | $ 38,750 | | | |
| 18 | | | | | | | X | | $ 100,000 | | | | | | | |
| 19 | | | | | | | X | | $ 100,000 | | | | | | | |
| 20 | | | | | | | X | | $ 100,000 | | | | | | | |
| 21 | | | | | | | X | | $ 50,000 | | | | | | | |
| 22 | | | | | | | X | | $ 15,000 | | | | | | | |
| 23 | | | | | | | X | | $ 100,000 | | | | | | | |
| 24 | | | | | | | X | | $ 25,000 | | | | | | | |
| 25 | | | | | | | X | | $ 25,000 | | | | | | | |
| 26 | | | | | | | X | | $ 25,000 | | | | | | | |
| 27 | | | | | | | X | | $ 30,000 | | | | | | | |
| 28 | | | | | | | X | | $ 200,000 | | | | | | | |
| 29 | | | | | | | X | | $ 70,000 | | X | | $ 23,250 | | | |
| 30 | | | | | | | X | | $ 1,000,000 | | | | | | | |
| 31 | | | | | | | X | | $ 50,000 | | | | | | | |
| 32 | | | | | | | X | | $ 250,000 | | | | | | | |
| 33 | | | | | | | X | | $ 100,000 | | | | | | | |
| 34 | | | | | | | X | | $ 100,000 | | | | | | | |
| 35 | | | | | | | X | | $ 25,000 | | | | | | | |
| 36 | | | | | | | X | | $ 25,000 | | | | | | | |
| 37 | | | | | | | X | | $ 50,000 | | | | | | | |
| 38 | | | | | | | X | | $ 25,000 | | | | | | | |
| 39 | | | | | | | X | | $ 50,000 | | | | | | | |
| 40 | | | | | | | X | | $ 125,000 | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|    | X | Y | Z | AA | AB |
|----|---|---|---|----|----|
| 1  |   |   |   |    |    |
| 2  |   |   |   |    |    |
| 3  | Capital Commitment - LVG XV, LLC | | LVG XIX, LLC | | Capital Commitment - LVG XIX, LLC |
| 4  |   |   |   |    |    |
| 5  |   |   |   |    |    |
| 6  |   |   |   |    |    |
| 7  |   |   |   |    |    |
| 8  |   |   |   |    |    |
| 9  |   |   |   |    |    |
| 10 |   |   | X |    | $ 150,000 |
| 11 |   |   |   |    |    |
| 12 |   |   |   |    |    |
| 13 |   |   |   |    |    |
| 14 |   |   |   |    |    |
| 15 |   |   |   |    |    |
| 16 |   |   |   |    |    |
| 17 |   |   |   |    |    |
| 18 |   |   |   |    |    |
| 19 |   |   |   |    |    |
| 20 |   |   |   |    |    |
| 21 |   |   |   |    |    |
| 22 |   |   |   |    |    |
| 23 |   |   |   |    |    |
| 24 |   |   |   |    |    |
| 25 |   |   |   |    |    |
| 26 |   |   |   |    |    |
| 27 |   |   |   |    |    |
| 28 |   |   |   |    |    |
| 29 |   |   |   |    |    |
| 30 |   |   |   |    |    |
| 31 |   |   |   |    |    |
| 32 |   |   |   |    |    |
| 33 |   |   |   |    |    |
| 34 |   |   |   |    |    |
| 35 |   |   |   |    |    |
| 36 |   |   |   |    |    |
| 37 |   |   |   |    |    |
| 38 |   |   |   |    |    |
| 39 |   |   |   |    |    |
| 40 |   |   |   |    |    |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 41 Arjun Desai | | | | | | |
| 42 Ethan Handler | | | | | | |
| 43 Isaac Garazi Irrevocable Trust | | | | | | |
| 44 Rita Smith | | | | | | |
| 45 Alexander F. Metherell (Roth IRA) | | | | | | |
| 46 Michael and Lisa Mitchoem Living Trust | | | | | | |
| 47 Kevin Kawasaki | | | | | | |
| 48 The Fogelsong Children's Trust UTD 8/1/85 (Colin Anderson) | | | | | | |
| 49 Jon E. Blum | | | | | | |
| 50 John Thomason Trust (dated 3/26/01) | | | | | | |
| 51 Joseph F. Novogratz | | | | | | |
| 52 Barry T. Mori | | | | | | |
| 53 Robert and Suzanna Mori | | | | | | |
| 54 Lucas Living Trust (Don Lucas Car Dealership) | | | | | | |
| 55 MPP Holdings | | | | | | |
| 56 Hong She Lim | | | | | | |
| 57 PatRick Lucas IV, LLC (Patrick Terrell) | | | | | | |
| 58 Ken Goldman | | | | | | |
| 59 JE Capital Partners (Jerold Evans) | | | | | | |
| 60 George Orban (Gyuri Orban) | | | | | | |
| 61 Rapp Holdings, LLC (Roxy Rapp) | | | | | | |
| 62 Rapp Family Revocable Trust UTA 12/29/89 (Roxy Rapp) | | | | | | |
| 63 William McNett | | | | | | |
| 64 FLP Trafalgar II, LP (Preston Butcher) | | | | | | |
| 65 Robert and Paula Boyer | | | | | | |

| | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | | | | | | | X | $ | 25,000 | | | | | | | |
| 42 | | | | | | | X | $ | 50,000 | | | | | | | |
| 43 | | | | | | | X | $ | 50,000 | | | | | | | |
| 44 | | | | | | | X | $ | 150,000 | | | | | | | |
| 45 | | | | | | | X | $ | 150,000 | | | | | | | |
| 46 | | | | | | | X | $ | 100,000 | | | | | | | |
| 47 | | | | | | | X | $ | 25,000 | | | | | | | |
| 48 | | | | | | | X | $ | 200,000 | | | | | | | |
| 49 | | | | | | | X | $ | 25,000 | | | | | | | |
| 50 | | | | | | | X | $ | 100,000 | | | | | | | |
| 51 | | | | | | | X | $ | 150,000 | | X | $ | 38,750 | | | |
| 52 | | | | | | | X | $ | 12,500 | | | | | | | |
| 53 | | | | | | | X | $ | 12,500 | | | | | | | |
| 54 | | | | | | | X | $ | 500,000 | | | | | | | |
| 55 | | | | | | | | | | | X | $ | 8,550 | | | |
| 56 | | | | | | | | | | | X | $ | 19,400 | | | |
| 57 | | | | | | | | | | | X | $ | 123,050 | | | |
| 58 | | | | | | | | | | | X | $ | 19,400 | | | |
| 59 | | | | | | | | | | | | | | | X | |
| 60 | | | | | | | | | | | | | | | X | |
| 61 | | | | | | | | | | | | | | | X | |
| 62 | | | | | | | | | | | | | | | X | |
| 63 | | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
LVG_COLMAN00037650

|    | X | Y | Z | A | AB |
|----|---|---|---|---|----|
| 41 |   |   |   |   |    |
| 42 |   |   |   |   |    |
| 43 |   |   |   |   |    |
| 44 |   |   |   |   |    |
| 45 |   |   |   |   |    |
| 46 |   |   |   |   |    |
| 47 |   |   |   |   |    |
| 48 |   |   | X |   | $ 100,000 |
| 49 |   |   |   |   |    |
| 50 |   |   |   |   |    |
| 51 |   |   |   |   |    |
| 52 |   |   |   |   |    |
| 53 |   |   |   |   |    |
| 54 |   |   |   |   |    |
| 55 |   |   |   |   |    |
| 56 |   |   |   |   |    |
| 57 |   |   |   |   |    |
| 58 |   |   |   |   |    |
| 59 | $ 250,000 |   |   |   |    |
| 60 | $ 250,000 |   |   |   |    |
| 61 | $ 250,000 |   |   |   |    |
| 62 | $ 250,000 |   |   |   |    |
| 63 |   |   | X |   | $ 200,000 |
| 64 |   |   | X |   | $ 100,000 |
| 65 |   |   | X |   | $ 50,000 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    LVG_COLMAN00037651