\* \* \* UNSEALED VERSION FILED PURSUANT TO COURT ORDER ECF NO. 213 DATED APR. 26, 2018 \* \* \*

# EXHIBIT A

* * * UNSEALED VERSION FILED PURSUANT TO COURT ORDER ECF NO. 213 DATED APR. 26, 2018 * * *

# EXHIBIT A

Entities in which Investors Purchased Securities for the Express Purpose of Making Corresponding Purchases of Theranos Securities*

| Fund | Close Purchase Date | # of Shares | Price | Investment Series | Total Investment |
|---|---|---|---|---|---|
| Hall Black Diamond II, LLC | 12/31/2013 | 325,000 | $15 | C-1 | $4,875,000 |
| Black Diamond Ventures XII-B, LLC | 12/31/2013 | 356,660 | $15 | C-1 | $5,349,900 |
| Peer Ventures Group IV, L.P. | 1/14/2014 | 1,169,995 | $15 | C-1 | $17,549,925 |
| | 2/5/2014 | 779,411 | $17 | C-2 | $13,249,987 |
| Lucas Ventures Group IV, L.P. | 1/14/2014 | 33,334 | $15 | C-1 | $500,010 |
| Lucas Ventures Group XI, LLC | 1/14/2014 | 471,333 | $15 | C-1 | $7,069,995 |
| Lucas Venture Group XV, LLC | 1/6/2016 | 33,331 | $18 | Class A Common | $599,958 |
| Lucas Ventures Group XVIII, LLC | 7/14/2016 | 55,520 | $14 | C | $777,280 |
| | 9/24/2016 | 14,439 | $10 | Class A Common | $144,390 |
| | 11/2/2016 | 24,000 | $7 | C | $168,000 |
| Mendenhall TF Partners | 1/14/2014 | 87,500 | $15 | C-1 | $1,312,500 |
| Holbrook Meadow LLC | 1/14/2014 | 30,005 | $15 | Preferred B | $450,075 |
| Bendel Fund | 12/29/2014 | 249,998 | $17 | C-2 | $4,250,000 |
| Celadon Technology Fund VII, LLC | 12/15/2015 | 410,000 | $19 | Preferred C | $7,790,000 |
| OPA Holdings SPV, LP (by purchase of Cassin Family Partners, LP) | 12/31/2015 | 359,474 | $15 | Series B/C | $5,354,550 |
| **TOTAL** | | | | | **$69,441,570** |

*Excludes Family Trusts or Family Investment Vehicles