# EXHIBIT B

* * * REDACTED VERSION FILED PURSUANT TO COURT ORDER ECF 213 DATED APR. 26, 2018 * * *

| | |
|---|---|
| **To:** | Mark Campbell |
| **From:** | Elizabeth Holmes |
| **Sent:** | Sat 8/3/2013 5:20:45 AM |
| **Importance:** | Normal |
| **Subject:** | RE: Thank You |
| **Received:** | Sat 8/3/2013 5:20:00 AM |

Mark:

I wanted to send you a note to let you know I had very much appreciated this email.

It's wonderful to have you and Jared as part of our company.

Elizabeth

**From:** Mark Campbell
**Sent:** Wednesday, July 03, 2013 11:48 AM
**To:** Elizabeth Holmes
**Subject:** Thank You

Elizabeth,

I wanted to send a quick note and thank you for having Peer Ventures as a shareholder. We are thrilled to invest again this year! It has been a real pleasure and a gift to my young family.

All the best,

-Mark

* * * REDACTED VERSION FILED PURSUANT TO COURT ORDER ECF 213 DATED APR. 26, 2018 * * *

Confidential                                                                                                                                  TH-COL0004052415