*  *  * REDACTED VERSION FILED PURSUANT TO COURT ORDER ECF NO. 213 DATED APR. 26, 2018 *  *  *

# EXHIBIT C

| | |
|---|---|
| Cc: | Cassie Hugh████████ ██████ ███████ ███████ ██ Christian Holmes█████████ Jeffrey Blickman[█████████ Daniel Edlin███████████████ |
| To: | Elizabeth Holmes████████ Sunny Balwani█████ |
| From: | Tami Anderson |
| Sent: | Mon 8/12/2013 2:28:45 AM |
| Importance: | Normal |
| Subject: | Media training follow up & next steps |
| Received: | Mon 8/12/2013 2:26:44 AM |

Hello Elizabeth (& Theranos team)

Thanks very much for a productive session this afternoon. We are glad it was helpful to you and look forward to continuing the training and messaging work to make sure you are well prepared for all of the upcoming opportunities.

Below is a recap of what we discussed in regard to launch strategy as well as key next steps. Laura will be reaching out to Leona & Stephanie to get a time on your calendar tomorrow to connect live. In the meantime if you have any questions/comments re: the below please let us know.

Launch strategy:

- Exclusive offered to Joe Rago/WSJ
    - Hook for Joe: Theranos is the first innovation with the potential to significantly impact healthcare spending
- Press release day story breaks announcing Theranos as the first lab to publish all of its pricing on its website
    - Release of this hard news gives us the ability to get Joe to publish his story by a specific deadline
- Benefits:
    - Establishes Theranos as a leader/big player early who is delivering a benefit that touches every aspect of the health industry (from government down to consumers)
    - Clearly differentiates Theranos before WAG announcement
    - Helps mitigate competitor attacks
    - Requires less additional sources to validate evidence, which we are presently unable to provide
- Timing
    - Week of 8/26 - exact date to be timed to website launch with pricing available
    - WAG release runs two weeks following this date

Immediate next steps: **schedule 8/12 call to finalize company launch approach**

- Grow
    - Put together a list all elements we feel that Joe will need for story (who he needs to talk to, stats, proof points etc.)

- Theranos
    - Sift through research and data on hand to quantify cost benefits with 1 or more killer stats:
        - $XXB of healthcare cost is the result of lack of early detection
        - % of diagnoses that take more than one lab visit; if you could eliminate just 1, you could reduce healthcare costs by x
        - Lab testing makes up 1.6%(?) of all healthcare costs. If 70% of clinical decisions are driven by laboratory tests, this translates to $XX of total current healthcare expenditure

Other items discussed:

- 4th announcement to be deployment in hospital systems post-BCD launch (Johns Hopkins, UCSF, Memorial Sloan Kettering
- Second seasoned media spokesperson needed - Grow to identify potential list of candidates to share with Theranos

We look forward to reconnecting tomorrow.

All best,

Confidential

TH-COL0003642135

Confidential
TH-COL0003642136