**\* \* \* REDACTED VERSION FILED PURSUANT TO COURT ORDER ECF NO. 213 DATED APR. 26, 2018 \* \* \***

# EXHIBIT D

To: Scott Marme[REDACTED]
From: Sunny Balwani
Sent: Tue 7/2/2013 9:54:57 PM
Importance: Normal
Subject: FW: Follow Up
Received: Tue 7/2/2013 9:54:58 PM

---

From: Andy Brynes [mailto:[REDACTED]]
Sent: Thursday, April 11, 2013 8:20 PM
To: Sunny Balwani
Cc: Maureen O'Connor; Tom Carleton; Brenda Denning
Subject: RE: Follow Up

Sunny,

Thank you for your quick and thoughtful reply. Both Maureen and I are traveling (in different directions) today and tomorrow. We will regroup on your proposal early next week. In the meantime I will ask Brenda to find us a mutually agreeable time for a follow up call during the latter portion of next week.

All the best,


Andrew Brynes
VP Strategy & Business Development
BCBS of NC
[REDACTED]

-----Original Message-----
From: Sunny Balwani [REDACTED]
Sent: Thursday, April 11, 2013 05:16 PM Eastern Standard Time
To: Andy Brynes
Cc: Maureen O'Connor; Tom Carleton
Subject: RE: Follow Up

Andy.

Thanks for your time on Tuesday.

We circled back internally after our call.

As your team knows, we agreed to the terms in this contract with an understanding that we will have a long term partner (10 years) that would work through any early startup challenges with us, as we discussed in our contract negotiations. Even though we are launching later than we wanted to, the value of our technology and our company has only increased during this time, and given the competitive threats, our launch had to be done right.

In line with our discussions, our team is willing to agree to the following, which we hope will be acceptable to you and your team:

Per our contractual commitment, Theranos will take curative action for the delay and begin realizing savings by providing services to BCBSNC members in NC in the next quarter. Theranos can agree to commit contractually that BCBSNC will realize a minimum of $18.5M in savings by the end of 2013. If we do not succeed in achieving that goal, Theranos will return any unused pre-payment amount to BCBSNC and the parties will terminate the contract.

Confidential                                                                                               TH-COL0002516570

In order to realize these savings, as per our contract, Theranos will still work with the BCBSNC team in picking the sites where we will realize the greatest out-of-pocket and fully loaded cost savings for BCBSNC. As previously discussed, the greatest impact of the Theranos infrastructure is in situations where there is need for a system that offers a broad test menu and fast turnaround of results from a small volume of blood. Emergency rooms, trauma units, Intensive Care Units, children's hospitals, and cancer centers lend themselves naturally to our solution, and are where we have had great success in making the biggest impact on quality of care and cost in the shortest period of time. Over the next three months, as we activate our infrastructure in California, we will work in NC to put these relationships in place so we can begin deploying our technology onsite in these locations in NC. The BCBSNC team can lead the cost/billing discussions per our contractual commitment. Theranos will select the sites to ensure greatest impact on savings and quality of care, as well as the ability to fulfill our commitment to BCBSNC by year end.

This timeframe also allows us to have much more open discussions with local hospitals and provider groups without the need for overly restrictive NDAs, which in the past have been a necessity for us but unfortunately had slowed down our discussions somewhat with potential partners.

We can discuss this further over a quick phone call or we can send a draft of an amendment to our contract to memorialize the above.

We look forward to hearing your thoughts.

Kind regards,

Sunny.

---

**From:** Andy Brynes [mailto: ]
**Sent:** Friday, April 05, 2013 11:25 AM
**To:** Sunny Balwani
**Cc:** Maureen O'Connor
**Subject:** RE: Follow Up

Sunny,

Thanks for your follow up. Please do send me your thoughts over the weekend and let's schedule some time to speak early next week.

All the best,


Andrew Brynes
VP Strategy & Business Development
BCBS of NC

-----Original Message-----
**From:** Sunny Balwani
**Sent:** Thursday, April 04, 2013 08:14 PM Eastern Standard Time
**To:** Andy Brynes
**Subject:** RE: Follow Up

Hi Andy,

Thanks for the email and I am in meetings through end of day, but if you want to email through that's OK. We can also touch base over the phone tomorrow if you have time. I am available from 9-11am CA time and then from noon-1 pm CA time (noon-2 and 3-4pm your time).

Let me know if any of these work or alternatively any times next week you may be available.

Look forward to talking to you.

Regards,

Sunny.

---

**From:** Andy Brynes [mailto:█████████████████████████████]
**Sent:** Tuesday, April 02, 2013 4:36 PM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes; Maureen O'Connor; Tom Carleton
**Subject:** RE: Follow Up

Sunny,

I hope all is well with you and the Theranos team. Earlier today I left you a message at the office, but also wanted to follow up through email.

I would be grateful if we could find a few minutes to discuss your position with respect to our note, below. It's been over two months since we last heard from you, and while we recognize how busy you must be, we would like to have your response.

Please let me know when we might be able to connect by phone.

Sincerely,

Andrew Brynes | Vice President, Strategy & Business Development

█████████████████████████████████████

---

**From:** Andy Brynes
**Sent:** Friday, February 22, 2013 12:30 PM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes; Maureen O'Connor; Tom Carleton
**Subject:** RE: Follow Up

Dear Sunny,

Thank you for your note. Over the past several weeks we have reviewed this matter with our leadership team as well as with our board of directors.

Although we remain quite interested in partnering with Theranos, we cannot ignore the significant program delays we have experienced thus far. We believe the proposal we laid out below is fair, and we wish to reiterate it as a serious option.

If you and your team are unable to agree to the terms we suggested below, then at this time we feel compelled to accept your offer to return 100% of the prepayment. We stand ready to explore a potential partnership when Theranos is prepared to execute a more comprehensive rollout plan in the state of North Carolina.

Please understand that we, too, wish to remain respectful of you, your management team, and your innovative product. We sincerely hope to have the opportunity to build a successful partnership with Theranos – whether it be today, or at some point in

Confidential
TH-COL0002516572

the future.

With best regards,

Andy

Andrew Brynes | Vice President, Strategy & Business Development

**From:** Sunny Balwani
**Sent:** Tuesday, January 29, 2013 1:01 PM
**To:** Andy Brynes
**Cc:** Elizabeth Holmes; Maureen O'Connor; Tom Carleton
**Subject:** RE: Follow Up

Andy,

Thanks for the email and also for your time during your visit to CA.

We had agreed to very favorable terms to BCBSNC in July of 2012 primarily because of our relationship with the BCBSNC team. As we had discussed during our meeting in Palo Alto, we had agreed to extend these terms to BCBSNC for 10 years so that any unplanned slippages in our early launch days don't have any material impact on the overall savings and benefits that BCBSNC will derive from deployment of our technology. Slippages in schedules are inconvenient but as you know, innovation is difficult and innovation in healthcare is even more difficult.  We are working feverishly every day, and should BCBSNC choose to continue to partner with us, we will do our best deliver on the plans we agree on for 2013 and beyond; however we cannot agree to extending these terms for smaller amount. This is especially true in the light of the fact that all of this money is pre-purchase payment and returned to BCBSNC dollar for dollar. As we discussed in our meeting, we can agree that if we don't meet our milestones in 2013, then we will agree to returning $8.5M by December 2013 and if we don't hit the remainder of our 2014 milestones by a mutually agreed upon date, we will return the rest of the amount outstanding. In the meantime, we will honor the terms around preferred partnership and announcement rights etc. that we have agreed on in the contract.

We know that the value of our technology and solution has only increased since we signed our agreement 9 months ago and will continue to do so in 2013 and beyond. If because of timing BCBSNC doesn't want to work with us for now, we will be happy to refund all money to BCBSNC and revisit a partnership opportunity at a later point. We are deeply respectful of Maureen and other senior leadership team at BCBSNC and hope to find a way to work together at some point.

Kindest regards,

Sunny Balwani

President & COO

Theranos Inc.

1601 S. California Ave.

Palo Alto, CA 94304

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission,

reproduction, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Begin forwarded message:

**From:** Andy Brynes <
**Date:** January 28, 2013, 9:32:20 PM EST
**To:**
**Cc:** Maureen O'Connor <                              >, Tom Carleton <                              >
**Subject: Follow Up**

Dear Elizabeth,

Thank you once again for a productive meeting on Friday January 4th at your offices in Palo Alto. I enjoyed meeting you and your impressive team, and found the discussion to be both highly informative and productive.

Over the past few weeks, we at BCBSNC have taken some time to regroup internally and have concluded that we would indeed like to maintain our long-term partnership with Theranos. However in light of the significant delays we have experienced thus far with respect to the roll-out schedule, in the near-term we feel it is important that we take some steps to reduce the financial risk associated with our relationship. To that end, we ask that Theranos kindly return to BCBSNC one half of the amount originally advanced, or $9.25mm, by Friday February 15, 2013.

With respect to the remaining balance of $9.25mm, we have reviewed your revised deployment plan for seven sites in 2013, and would like to suggest the following:

- BCBSNC wishes to retain its "priority status" as a customer of Theranos, and remains committed to supporting Theranos in any way possible with respect to the deployment of its innovative lab solutions here in the state of NC.

- In the next two weeks, we would ask that your team please work with Tom Carleton to develop a detailed timeline for rollout to the various sites outlined in your presentation. We would like the timeline to be as specific as possible, and for it to address key milestones both in 2013 and 2014.

- If Theranos adheres to the agreed upon 2013 timeline and milestones, Theranos retains the remaining funds until such time as they have been "earned" or in accordance with the terms of our original agreement (December 31, 2014), whichever comes first.

- If Theranos is unable to achieve the milestones agreed to for 2013, BCBSNC will request repayment of the remaining unearned balance at December 31, 2013.

- If Theranos succeeds in meeting the agreed upon milestones for 2013, BCBSNC may choose to return (or "re-prepay") to Theranos the amount of $9.25mm reclaimed above if needed by Theranos to help fund Theranos' growth and expansion here in the state of North Carolina.

Please feel free to contact Tom Carleton or me should you wish to discuss the foregoing in greater detail.

Sincerely,

Andrew Brynes | Vice President, Strategy & Business Development

Confidential

TH-COL0002516574

Blue Cross and Blue Shield of North Carolina

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of Blue Cross and Blue Shield of North Carolina that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

Blue Cross and Blue Shield of North Carolina

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of Blue Cross and Blue Shield of North Carolina that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

Blue Cross and Blue Shield of North Carolina

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of Blue Cross and Blue Shield of North Carolina that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

Blue Cross and Blue Shield of North Carolina

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of Blue Cross and Blue Shield of North Carolina that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.