\* \* \* UNSEALED VERSION FILED PURSUANT TO COURT ORDER ECF NO. 213 DATED APR. 26, 2018 \* \* \*

# EXHIBIT GG

# Exhibit 1
## Member(s) of
## Mendenhall TF, LLC,
## A Limited Liability Company

| Member | Capital Contributions (Cash, Property, Service) | Membership Interest (Units & Percentage) |
|---|---|---|
| 1. Name: Richard T. Aab<br>Address: 1600 Moseley Road, Suite 600<br>Victor, New York 14564 | [redacted] | Date of Membership: January 14, 2014 |
| 2. Name: Mike Ramsey<br>Address: 4880 Christina Lane<br>Beaumont, Texas 77706 | [redacted] | Date of Membership: January 14, 2014 |
| 3. Name: John H. Decker<br>Address: 143 Maxim Drive<br>Hopatcong, New Jersey 07843 | [redacted] | Date of Membership: January 14, 2014 |
| 4. Name: James D. Mendenhall<br>Address: 1244 Northshore Road<br>Lake Oswego, Oregon 97034 | [redacted] | Date of Membership: January, 2014 |
| 5. Name: Clifford McTee<br>Address: 101 Vale Street<br>Austin, Texas 78746 | [redacted] | Date of Membership: January 14, 2014 |
| 6. Name: P. Charles Eldemire<br>Address: 8333 Douglas Avenue, Suite 400<br>Dallas Texas 75225 | [redacted] | Date of Membership: January 14, 2014 |
| 7. Name: Brian E. Bro<br>Address: 3911 Wood Park<br>Sugar Land, Texas 77479 | [redacted] | Date of Membership: January 14, 2014 |
| 8. Name: Vernon Beyer<br>Address: 4 Ellicott Way<br>Sugar Land, Texas 77479 | [redacted] | Date of Membership: January 14, 2014 |
| 9. Name: Patrick M. Mendenhall<br>Address: 1330 Post Oak Blvd., Suite 900<br>Houston, Texas 77056 | [redacted] | Date of Membership: January 14, 2014 |