\*  \*  \* UNSEALED VERSION FILED PURSUANT TO COURT ORDER ECF NO. 213 DATED APR. 26, 2018 \*  \*  \*

# EXHIBIT HH

1  DECHERT LLP
   Matthew L. Larrabee
2  matthew.larrabee@dechert.com
   1095 Avenue of the Americas
3  New York, New York 10036-6797
   Telephone:  +1 212 698 3500
4  Facsimile:   +1 212 698 3599
   Email:          matthew.larrabee@dechert.com
5
   Attorneys for
6  SharesPost, Inc.
7

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10 SAN JOSE DIVISION
11

| 12 | ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, | No. 5:16-cv-06822-NC |
|---|---|---|
| 13 | | CLASS ACTION |
| 14 | Plaintiffs, | DECLARATION OF MATTHEW L. LARRABEE |
| 15 | v. | |
| 16 | THERANOS, INC., et al., | |
| 17 | Defendant. | |

19      I, MATTHEW L. LARRABEE, declare as follows:

20      1.      I am an attorney licensed to practice before all the courts of the State of California and this Court. I am a member of Dechert LLP, counsel for SharesPost, Inc. ("SharesPost") and Celadon Technology Fund VII, LLC ("Celadon"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

       2.      I have spoken with SharesPost's Chief Compliance Officer and Director of Legal Affairs, Charles A. Christofilis, who has confirmed and authorized me to represent the following:

              (a)     SharesPost, Inc. is the parent of Sharespost Financial Corporation (SPFC), a FINRA registered broker-dealer and an affiliate of Celadon, which was established to facilitate the

sale and purchase of certain restricted shares in certain private company securities, including Theranos, Inc.;

  (b) In 2015, SPFC brokered the sale and purchase of 410,000 shares of Series C Preferred restricted shares of Theranos, Inc. (the "Theranos Securities") through Celadon;

  (c) The purchase price for the Theranos Securities was $19;

  (d) The price per membership unit in Celadon was $19.40, which included a service fee of $.40 per unit;

  (e) Over 40 individuals purchased and continue to hold membership units in Celadon;

  (f) Celadon has never held any securities other than the Theranos Securities; and

  (g) Neither SharesPost nor Celadon has entered into any sort of release agreement related to the Theranos Securities.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2017 in New York, New York.

Dated: July 10, 2017   Dechert LLP

By: _____
Matthew L. Larrabee
Attorneys for Plaintiff
SharesPost, Inc.