*  *  * UNSEALED VERSION FILED PURSUANT TO COURT ORDER ECF NO. 213 DATED APR. 26, 2018 *  *  *

# EXHIBIT JJ

# LAW OFFICES OF BRIAN E. BRO
## ATTORNEY AT LAW
3911 Wood Park
Sugar Land, Texas 77479
713-961-3111
281-265-9181 (fax)
281-772-3064 (cell)
brian@bebroatty.com

June 9, 2017

**BY EMAIL**
Jason A. Forge
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, California 92101-8498
forge@rgrdlaw.com

Re:  Civil Action No. 5:16-cv-06822-NC; Robert Colman, et al vs. Theranos, Inc., et al –
     First Transmission of Mendenhall TF, LLC Documents

Dear Mr. Forge:

I am writing this letter as counsel for Mendenhall TF, LLC ("MTF"), pursuant to our June 7, 2017 agreement to provide you with documents regarding the formation and organization of MTF and the original purchase of shares in Theranos, Inc.

See attached, to wit:

1.  Texas Certificate of Formation, dated January 14, 2014;
2.  Texas Secretary of State Documents
    a.  Registered Agent
    b.  Management – list of members with names and addresses
    c.  2016 Texas Franchise Tax Public Information Report with names and address of members
3.  Internal MTF document listing names and addresses of managers
4.  January 14, 2014 Internal MTF document setting out terms of original purchase of shares in Theranos, Inc.

More documents will be sent to you later today.

1

MEND00003

Sincerely,

Law Offices of Brian E. Bro

By _____

Brian E. Bro

cc:  Patrick M. Mendenhall, Manager/Member
     Mendenhall TF, LLC

2

MEND00004

# Exhibit 2

## Manager(s) of

## Mendenhall TF, LLC,
## A Limited Liability Company

| Manager  (Name and Address) | Title (If Applicable) | Date Elected |
|---|---|---|
| 1.  Name: Patrick M. Mendenhall<br>Address: 1330 Post Oak Blvd., Suite 900<br>Houston, Texas 77056 | Member/Manager | January 14, 2014 |
| 2.  Name: Brian E. Bro<br>Address: 3911 Wood Park<br>Sugar Land, Texas 77479 | Member/Manager | January 14, 2014 |
| 3.  Name<br>Address | | |
| 4.  Name<br>Address | | |
| 5.  Name<br>Address | | |
| 6.  Name<br>Address | | |

MEND00012

# Exhibit 3

# MENDENHALL TF, LLC,
## A Limited Liability Company

IN WITNESS WHEREOF, all the Member(s) of the aforementioned Limited Liability Company hereby adopt this Company Agreement and agree to be legally bound by its provisions as of the date below.

This Company was formed to acquire 87,500 shares of Theranos, Inc., which were purchased at a price of $15.00 per share or $1,312,500. A Member's percentage ownership in the Company gives them the exact same percentage ownership ti the aforesaid 87,500 share of Theranos, Inc.

This document may be signed in counterparts, which shall constitute one document after all Member(s) have signed, and a copy may serve as an original.

Dated: January 14, 2014

_____
Richard T. Aab, Member Signature

_____
Mike Ramsey, Member Signature

_____
John H. Decker, Member Signature

_____
James D. Mendenhall, Member Signature

_____
Clifford McTee, Member Signature

_____
P. Charles Eldemire, Member Signature

_____
Brian E. Bro, Member Signature

_____
Vernon Beyer, Member Signature

_____
Patrick M. Mendenhall, Member Signature

MEND00013

# LAW OFFICES OF BRIAN E. BRO
## ATTORNEY AT LAW
3911 Wood Park
Sugar Land, Texas 77479
713-961-3111
281-265-9181 (fax)
281-772-3064 (cell)
brian@bebroatty.com

June 9, 2017

**BY EMAIL**
Jason A. Forge
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, California 92101-8498
forge@rgrdlaw.com

Re:  Civil Action No. 5:16-cv-06822-NC; Robert Colman, et al vs. Theranos, Inc., et al –
    Third Transmission of Mendenhall TF, LLC Documents

Dear Mr. Forge:

I am writing this letter as counsel for Mendenhall TF, LLC ("MTF"), pursuant to our June 7, 2017 agreement to provide you with several additional documents regarding  MTF's 2014 purchase transaction with Theranos, Inc. See attached, to wit:

1.   January 14, 2014 Master Signature Page. The following 61 attachment pages were emailed separately because of the size; and

2.   Theranos, Inc. Share Certificate for 87,500 shares of Series C-1 Preferred Stock.

I think this is the last of everything that we have, but if we find any additional documents, they will be sent to you.

Sincerely,

Law Offices of Brian E. Bro

By _____
    Brian E. Bro

cc:  Patrick M. Mendenhall, Manager/Member
     Mendenhall TF, LLC

MEND00047

## MASTER SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned hereby agrees to be a party to each of the following agreements of Theranos, Inc., a Delaware corporation (the "**Company**"), as an "Investor," "Series C-1 Investor," "Prior Investor," "Holder," "Seller," and "Voting Party," as applicable, as of the date of such agreements.   Any copy, facsimile or other reliable reproduction of this Master Signature Page may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used with respect to any and all of the following agreements.

1. Amended and Restated Investors' Rights Agreement, dated on or around December 2013 (the "**Rights Agreement**"), as a Series C-1 Investor listed on Exhibit A thereto and the Joinder Agreement, attached as Annex A to the Rights Agreement.

2. Amended and Restated Voting Agreement, dated on or around December 2013, as a Series C-1 Investor listed on Exhibit A thereto.

3. Amended and Restated Series C-1 Preferred Stock Purchase Agreement, dated on or around December 2013 (the "**Purchase Agreement**"), as an Investor listed on the Schedule of Investors attached thereto as Exhibit A.

I acknowledge and agree that I am investing the aggregate dollar value of $1,312,500.00 to purchase a total of 87,500 shares of the Company's Series C-1 Preferred Stock, to which I am subscribing pursuant to the Purchase Agreement.

**Mendenhall TF Partners**

Signature: _____
By:        Patrick Mendenhall

Title: Member / Manager

Dated: January 14, 2014

ADDRESS:

27 W. Terrace

Houston, TX 77007


1330 Post Oak Blvd
Suite 900
Houston, TX 77056

**ACCEPTED, AGREED AND ACKNOWLEDGED:**

**Theranos, Inc.**

By: _____
Name: Elizabeth Holmes, Chief Executive Officer

*[Signature Page to Stockholder Consent]*

THERANOS, INC.

SERIES C -1 PREFERRED STOCK CERTIFICATE RECEIPT

The undersigned acknowledges receipt of stock certificate no. **PC-1-20** representing **Eighty-Seven Thousand Five Hundred (87,500)** shares of Series C-1 Preferred Stock of Theranos, Inc. held in the name of **Mendenhall TF Partners**.

The undersigned further acknowledges that this certificate contains restrictive legends, including a legend referring to the Securities Act of 1933.

Dated: _6 - 5 - 14_

**Mendenhall TF Partners**

By: _Patrick M. Mendenhall_

Name: _____

**Sign, Date and Return via**

1.) Email: shareholderinfo@theranos.com or,

2.) Mailing to:

Shareholder Information
Theranos, Inc
1601 S. California Ave,
Palo Alto, CA 94304

MEND00049

MEND00050

SEE REVERSE SIDE FOR RESTRICTIVE LEGEND(S)



Number PC-1-20

## THERANOS, INC.
### A Delaware Corporation

*87,500*shares

**Series C-1 Preferred Stock**

THIS CERTIFIES THAT **Mendenhall TF Partners** is the record holder of **Eighty-Seven Thousand Five Hundred (*87,500*)** fully paid and nonassessable shares of Series C-1 Preferred Stock of Theranos, Inc., a Delaware corporation, transferable only on the share register of said Corporation, in person or by duly authorized attorney, upon surrender of this certificate properly endorsed or assigned.

This certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Certificate of Incorporation and the Bylaws of the Corporation and any amendments thereto, to all of which the holder of this certificate, by acceptance hereof, assents.

A statement of the number of shares constituting each class and/or series of shares of stock of the Corporation and the designation thereof, and a statement of the rights, preferences, privileges, and restrictions granted to or imposed upon such shares and the holders thereof, may be obtained by any stockholder at the principal office of the Corporation, upon request and without charge.

The shares represented by this certificate are deemed issued effective **January 14, 2014.** This corporation's duly authorized officers have signed this certificate as of this 12th day of February, 2014.

Elizabeth Anne Holmes, Secretary

Elizabeth Anne Holmes, Chairperson of the Board

LITHO IN U.S.A.

© GOES 746

# LAW OFFICES OF BRIAN E. BRO
### ATTORNEY AT LAW
3911 Wood Park
Sugar Land, Texas 77479
713-961-3111
281-265-9181 (fax)
281-772-3064 (cell)
brian@bebroatty.com

June 12, 2017

**BY EMAIL**
Jason A. Forge
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, California 92101-8498
jforge@rgrlaw.com

Re:  Civil Action No. 5:16-cv-06822-NC; Robert Colman, et al vs. Theranos, Inc., et al –
     Fourth Transmission of Mendenhall TF, LLC Documents

Dear Mr. Forge:

I am writing this letter as counsel for Mendenhall TF, LLC ("MTF"), pursuant to our June 7, 2017 agreement to provide you with one (1) additional document regarding MTF's 2014 purchase transaction with Theranos, Inc, which I am sending to you in response to your June 12, 2017 request.

See attached Exhibit 1 Member (s) of Mendenhall TF, LLC, A Limited Liability Company, which lists the capital contributions (which have redacted out) and the Membership Interest (which has been redacted out) of the members of Mendenhall TF, LLC.

Sincerely,

Law Offices of Brian E. Bro

By _____
     Brian E. Bro

cc:  Patrick M. Mendenhall, Manager/Member
     Mendenhall TF, LLC

# Exhibit 1
# Member(s) of
# Mendenhall TF, LLC,
# A Limited Liability Company

| Member | Capital Contributions (Cash, Property, Service) | Membership Interest (Units & Percentage) |
|---|---|---|

1. Name: Richard T. Aab
   Address: 1600 Moseley Road, Suite 600
   Victor, New York 14564

   Date of Membership:   January 14, 2014

2. Name: Mike Ramsey
   Address: 4880 Christina Lane
   Beaumont, Texas 77706

   Date of Membership:   January 14, 2014

3. Name: John H. Decker
   Address: 143 Maxim Drive
   Hopatcong, New Jersey 07843

   Date of Membership:   January 14, 2014

4. Name: James D. Mendenhall
   Address: 1244 Northshore Road
   Lake Oswego, Oregon 97034

   Date of Membership:   January, 2014

5. Name: Clifford McTee
   Address: 101 Vale Street
   Austin, Texas 78746

   Date of Membership:   January 14, 2014

6. Name: P. Charles Eldemire
   Address: 8333 Douglas Avenue, Suite 400
   Dallas Texas 75225

   Date of Membership:   January 14, 2014

7. Name: Brian E. Bro
   Address: 3911 Wood Park
   Sugar Land, Texas 77479

   Date of Membership:   January 14, 2014

8. Name: Vernon Beyer
   Address: 4 Ellicott Way
   Sugar Land, Texas 77479

   Date of Membership:   January 14, 2014

9. Name: Patrick M. Mendenhall
   Address: 1330 Post Oak Blvd., Suite 900
   Houston, Texas 77056

   Date of Membership:   January 14, 2014