Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead
Counsel for the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THERANOS, INC., et al., <br><br> Defendants. | No. 5:16-cv-06822-NC <br><br> <u>CLASS ACTION</u> <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RULE 26(c) PROTECTIVE ORDER** |

1    Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and 79-5 to

2    file the following documents under seal because these documents contain information designated

3    by Defendants and/or Third Parties as either "Confidential" or "Highly Confidential – Attorneys

4    Eyes Only" under the Stipulated Protective Order ("Protective Order") in place in this action.[1]

5    - Plaintiffs' Opposition to Defendants' Motion for Rule 26(c) Protective Order;

6    - Declaration of Reed Kathrein in Support of Plaintiffs' Opposition to Defendants' Motion

7       for Rule 26(c) Protective Order and Exhibits C-D, G, and K-O thereto;

8    The Protective Order requires that information designated as confidential "qualify for

9    protection under standards developed under Fed.R.Civ.P. 26(c)."[2]  In turn, under Rule 26(c), a

10   Court may require "that a trade secret or other confidential research, development, or commercial

11   information not be revealed or be revealed only in a specified way."[3]  Plaintiffs reserve the right to

12   challenge Defendants' designations, and the general sealability of these documents or any portion

13   thereof under the Federal Rules of Civil Procedure and Local Rule 79-5.  However, it remains

14   Defendants' and the Third Party's obligation to establish that these documents are, in fact, sealable.

15   *See Center for Auto Safety v. Chrysler Group, LLC* (9th Cir. 2016) 809 F.3d 1092, 1096, cert.

16   denied sub nom.  *FCA U.S. LLC v. Center for Auto Safety* (2016) 137 S.Ct. 38 [196 L.Ed.2d 26]

17   ("[a] party seeking to seal a judicial record then bears the burden of overcoming this strong

18   presumption by meeting the 'compelling reasons' standard.").

19   Plaintiffs do agree that the names of absentee class members (and personal identifying

20   information) should remain confidential.

---

[1] Stipulated Protective Order, April 13, 2017, ECF No. 61.

[2] *Id.*, ¶ 2.2.

[3] Fed. R. Civ. P. 26(c)(1)(G).

ADMINISTRATIVE MOTION TO FILE UNDER SEAL
5:16-cv-06822-NC

1    Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating parties must

2   now demonstrate that the designated information is sealable or must withdraw the designation of

3   confidentiality.

4

5   DATED: June 1, 2018                          Respectfully submitted,

6                                               **HAGENS BERMAN SOBOL SHAPIRO LLP**

7

8                                               By: */s/ Reed R. Kathrein*
                                                Reed R. Kathrein (139304)
9                                               Peter E. Borkon (212596)
                                                Danielle Smith (291237)
10                                              715 Hearst Ave., Suite 202
                                                Berkeley, CA 94710
11                                              Telephone: (510) 725-3000
                                                Facsimile:  (510) 725-3001
12                                              reed@hbsslaw.com
                                                peterb@hbsslaw.com
13                                              daniellec@hbsslaw.com

14                                              Steve W. Berman (admitted *Pro Hac Vice*)
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
15                                              1918 Eighth Ave., Suite 3300
                                                Seattle, WA 98101
16                                              Telephone: (206) 623-7292
                                                Facsimile:  (206) 623-0594
17                                              steve@hbsslaw.com

18
                                                *Counsel for Plaintiffs and Proposed*
19                                              *Lead Counsel for the Class*

20                                              Paul J. Geller (admitted *Pro Hac Vice*)
21                                              Constantine Economides (admitted *Pro Hac Vice*)
                                                ROBBINS GELLER RUDMAN
22                                                  & DOWD LLP
                                                120 East Palmetto Park Road, Suite 500
23                                              Boca Raton, FL 33432
                                                Telephone: (561) 750-3000
24                                              Facsimile:  (561) 750-3364
                                                pgeller@rgrdlaw.com
25                                              ceconomides@rgrdlaw.com

26                                              Dennis J. Herman
27                                              ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
28                                              Post Montgomery Center

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 228-4545
Facsimile:  (415) 288-4534
dennish@rgrdlaw.com

Jason A. Forge
Kevin Sciarani
ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile:  (619) 231-7423
jforge@rgrdlaw.com
ksciarani@rgrdlaw.com

*Additional Counsel for Plaintiffs*

ADMINISTRATIVE MOTION TO FILE UNDER SEAL
5:16-cv-06822-NC

- 3 -

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on June 1, 2018, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system, which will send notification of such filing to the e-mail

4  addresses, registered, as denoted on the attached Electronic Mail Notice List.  I hereby certify that I

5  have caused the foregoing document or paper to be mailed via United States Postal Service to the

6  non-CM/ECF participants indicated on the attached Manual Notice List.

7

8

9                                                */s/ Reed R. Kathrein*
                                                 REED R. KATHREIN
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28