# Exhibit A

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN (139304)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: 510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
 – and –
STEVE W. BERMAN (*Pro Hac Vice*)
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

*Attorneys for Plaintiffs and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THERANOS, INC., et al.,<br><br>Defendants. | No. 5:16-cv-06822-NC<br><br>CLASS ACTION<br><br>STIPULATION REGARDING USE OF DISCOVERY AT TRIAL<br><br>Date Action Filed: _____ |

WHEREAS, Robert Colman and Hilary Taubman-Dye ("Plaintiffs") commenced the above-captioned action (the "Litigation") against Theranos, Inc. ("Theranos"), Elizabeth Holmes, and Ramesh Balwani (collectively "Defendants" and together with Plaintiffs, "the Parties" and individually each a "Party") on November 28, 2016;

WHEREAS, Defendants Theranos and Holmes were parties to *Partner Investments, et al. v. Theranos, Inc., et al.*, Case No. 2017-0262-JTL, as filed in the Court of Chancery of the State of Delaware ("Partner Litigation");

WHEREAS, Defendant Theranos was a party to *Walgreen Co. v. Theranos, Inc.*, Case No. 16-cv-01040-SLR, as filed in the United States District Court for the District of Delaware ("Walgreens Litigation");

WHEREAS, the Parties have produced thousands of pages of documents in connection with discovery in the Litigation;

WHEREAS, in connection with discovery in the Litigation, Defendants have produced transcripts and/or video recordings of depositions taken in the Partner Litigation and Walgreens Litigation;

WHEREAS, the Parties have obtained thousands of pages of documents from third parties in connection with discovery in the Litigation;

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the significant and unnecessary burden and expense associated with submitting testimony and/or certifications establishing on a document-by-document basis that documents produced in this Litigation are, under the Federal Rules of Evidence, authentic; self-authenticating; records of regularly conducted activity; records generated by an electronic process or system; and/or data copied from an electronic device, storage medium, or file , and the Parties have determined that stipulating as to those matters will promote the orderly and efficient progress of the Litigation;

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the significant and unnecessary burden and expense associated with conducting new depositions of the deponents from the Partner Litigation and Walgreens Litigation and have determined that stipulating

1  as to the use in this Litigation of those depositions will promote the orderly and efficient progress of
2  the Litigation;
3      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
4  follows:
5      1.   Subject to Par. 3 stated below, and absent affirmative evidence that a document or
6  thing is not what it purports to be, the Parties agree that, for purposes of Rules 901 – 903 and 1001 –
7  1003 of the Federal Rules of Evidence, the Parties will not contest the authenticity of any document
8  or thing, including any true and correct copy thereof, produced by the Parties or any third-parties in
9  connection with the Litigation, including any document or thing that was originally produced in the
10 Partner Litigation or Walgreens Litigation and subsequently (re)produced in the Litigation.
11
12     2.   Subject to Par. 3 stated below, the Parties agree that any deposition taken in the
13 Partner Litigation or Walgreens Litigation may be used in the Litigation to the same extent as if
14 taken in the Litigation.
15
16     3.   Nothing in this stipulation shall be construed as an agreement that any documents or
17 things or testimony that are subject to this stipulation are admissible into evidence by any Party,
18 except as expressly addressed herein. The Parties hereby expressly reserve the right to object to the
19 admissibility of any document or thing under any grounds permitted by law and not expressly
20 addressed herein.
21     DATED: May ___, 2018

22 WILMER CUTLER PICKERING              ROBBINS GELLER RUDMAN
      HALE AND DORR LLP                    & DOWD LLP
23
      *s/ DRAFT*                             *s/ Jason A. Forge*
24     MICHAEL A. MUGMON                   JASON A FORGE
25 MICHAEL A. MUGMON (251958)           JASON A. FORGE (181542)
   950 Page Mill Road                    655 West Broadway, Suite 1900
26 Palo Alto, CA  94304                  San Diego, CA  92101-8498
   Telephone:  650/858-6000              Telephone:  619/231-1058
27 650/858-6100 (fax)                    619/231-7423 (fax)
   michael.mugmon@wilmerhale.com        jforge@rgrdlaw.com
28

| | |
|---|---|
| WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>Christopher Davies (*pro hac vice*)<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:  202/663-6000<br>202/663-6363 (fax)<br>christopher.davies@wilmerhale.com | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>DENNIS J. HERMAN (220163)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>dennish@rgrdlaw.com |
| WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>TIMOTHY PERLA (*pro hac vice*)<br>ROBERT K. SMITH (*pro hac vice*)<br>JESSICA LEWIS (SBN 302467)<br>60 State Street<br>Boston, MA 02109<br>Telephone: +1 617 526 6000<br>Facsimile: +1 617 526 5000<br>timothy.perla@wilmerhale.com<br>robert.smith@wilmerhale.com<br>jessica.lewis@wilmerhale.com | HAGENS BERMAN SOBOL SHAPIRO LLP<br>REED R. KATHREIN (139304)<br>PETER E. BORKON (212596)<br>DANIELLE SMITH (291237)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA  94710<br>Telephone:  510/725-3000<br>510/725-3001 (fax)<br>reed@hbsslaw.com<br>peterb@hbsslaw.com<br>daniellec@hbsslaw.com |
| WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>MATTHEW BENEDETTO (252379)<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone:  213/443-5300<br>213/443-5400 (fax)<br>matthew.benedetto@wilmerhale.com<br><br>*Attorneys for Defendant Theranos, Inc.* | HAGENS BERMAN SOBOL SHAPIRO LLP<br>STEVE W. BERMAN (*Pro Hac Vice*)<br>1918 8th Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:  206/623-7292<br>206/623-0594 (fax)<br><br>*Counsel for Plaintiffs and*<br>*Proposed Lead Counsel for the Class* |
| COOLEY LLP<br><br>*s/ DRAFT*<br>STEPHEN C. NEAL<br><br>STEPHEN C. NEAL (170085)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone:  650/843-5000<br>650/849-7400 (fax)<br>nealsc@cooley.com<br><br>*Attorneys for Defendant Elizabeth Holmes* | DAVIS WRIGHT TREMAINE LLP<br><br>*s/ DRAFT*<br>STEPHEN M. RUMMAGE<br><br>STEPHEN M. RUMMAGE (*pro hac vice*)<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone:  206/757-8136<br>206/757-7136 (fax)<br>steverummage@dwt.com<br><br>*Attorneys for Defendant Ramesh Balwani* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May __, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses, registered, as denoted on the attached Electronic Mail Notice List. I hereby certify that I have caused the foregoing document or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                            *s/ Jason A. Forge*
                                            JASON A FORGE

**[PROPOSED] ORDER**

Pursuant to the above stipulation,

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE _____
DISTRICT COURT JUDGE