# Exhibit I

| | |
|---|---|
| **From:** | Seeger, Kristen |
| **To:** | Reed Kathrein; Fogel, Lawrence P. |
| **Cc:** | Danielle Smith |
| **Subject:** | RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.) |
| **Date:** | Monday, May 21, 2018 7:02:22 PM |

Reed,

It came to our attention today that Plaintiffs in the Colman matter have challenged Defendants' confidentiality designations of the transcript, exhibits, and video from the non-party deposition of Nimesh Jhaveri taken in Partner Investments, L.P. et al v. Theranos, Inc. et al ("Partner Investments"), among other materials. It is our understanding that Plaintiffs bring this challenge with the stated purpose, among other things, of providing these materials to Alex Gibney and JigSaw Productions for use in Mr. Gibney's documentary on Theranos. Walgreens objects to this use and to Plaintiffs' confidentiality challenge.

As you know, Walgreens is a non-party to your litigation, upon whom you served a subpoena for documents and testimony. In order to narrow the issues and perhaps eliminate altogether the need to depose a Walgreens' representative, Walgreens consented to the provision of Mr. Jhaveri's transcript and exhibits from the Partner Investments matter for the purpose of discovery in the Colman matter. This was stated in my April 30 email to you (see below).

Walgreens consented to the provision of these materials under the condition and expectation that they would be used for discovery in this matter, and remain confidential under this matter's protective order. In fact, you and I discussed this very topic on our telephone call of May 2. When you expressed Plaintiffs' support for Mr. Gibney's request for discovery materials, I reiterated the terms on which Walgreens had consented to the provision of Mr. Jhaveri's prior testimony to you, and stated that Walgreens does not consent to any other use of it. I stated that Walgreens does not consent to the materials being provided to any non-party. You then agreed that, if Plaintiffs were to take a position with the Court on the use of Mr. Jhaveri's prior deposition, Plaintiffs would set forth Walgreens' objection in any filing they submit.

We were disappointed to learn that on May 4, just two days after that conversation, Plaintiffs challenged the confidentiality designation of Mr. Jhaveri's deposition without notifying or conferring with Walgreens. Over the past several weeks – including on the subsequent meet and confers we have held regarding deposition scope and scheduling – Plaintiffs have not informed, let alone conferred with, Walgreens regarding this confidentiality challenge.

We also learned today that Plaintiffs are in receipt of Mr. Jhaveri's deposition video and purport to challenge its confidentiality designation as well. As is clear in my email to you of April 30, Walgreens consented to the provision of Mr. Jhaveri's deposition transcript and exhibits for use in this matter, not the video.

I reiterate: Walgreens does not consent to Plaintiffs' confidentiality challenge regarding Mr. Jhaveri's deposition transcript, exhibits, or video. Walgreens does not consent to their use beyond the purposes of discovery in this action. Walgreens does not consent to you providing them to a third party.

Please confirm that you will include this position in any filings that you make with the Court regarding this matter, as you previously agreed.

Kristen

**KRISTEN SEEGER**
Partner

**SIDLEY AUSTIN LLP**
+1 312 853 7450
+1 773 620 1971 (mobile)
kseeger@sidley.com

---

**From:** Seeger, Kristen
**Sent:** Monday, April 30, 2018 4:58 PM
**To:** 'Reed Kathrein' <reed@hbsslaw.com>; Fogel, Lawrence P. <lawrence.fogel@sidley.com>
**Cc:** Danielle Smith <danielles@hbsslaw.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Thanks for the update, Reed. Yes, Walgreens consents to the provision of the Jhaveri transcript and exhibits from the PFM matter for purposes of discovery in the Colman matter.

**KRISTEN SEEGER**
Partner

**SIDLEY AUSTIN LLP**
+1 312 853 7450
+1 773 620 1971 (mobile)
kseeger@sidley.com

---

**From:** Reed Kathrein <reed@hbsslaw.com>
**Sent:** Monday, April 30, 2018 3:48 PM
**To:** Seeger, Kristen <kseeger@sidley.com>; Fogel, Lawrence P. <lawrence.fogel@sidley.com>
**Cc:** Danielle Smith <danielles@hbsslaw.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Kristen:

We spoke with Defendants today though we made a request just after we spoke. They are being very non-committal but told us that if you consent to their turning over the deposition and exhibits they will respond.
Can we tell them you consent?

Reed Kathrein | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3030

---

**From:** Seeger, Kristen <kseeger@sidley.com>
**Sent:** Saturday, April 28, 2018 10:57 AM
**To:** Danielle Smith <danielles@hbsslaw.com>; Fogel, Lawrence P. <lawrence.fogel@sidley.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Danielle,

Thanks for checking in. We are in discussions with our client. It would be helpful to know whether you have obtained the transcript of Nimesh Jhaveri's testimony from the PFM matter, or will be able to.

Kristen


Kristen Seeger
Sidley Austin LLP
(312) 853-7450
(773) 620-1971 (mobile)

---

**From:** Danielle Smith <danielles@hbsslaw.com>
**Date:** Thursday, Apr 26, 2018, 7:03 PM
**To:** Fogel, Lawrence P. <lawrence.fogel@sidley.com>, Seeger, Kristen <kseeger@sidley.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Can we have an update regarding your client's response, per our discussion?

Best,

Danielle Smith | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3038

---

**From:** Fogel, Lawrence P. <lawrence.fogel@sidley.com>
**Sent:** Tuesday, April 24, 2018 11:55 AM
**To:** Danielle Smith <danielles@hbsslaw.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Seeger, Kristen <kseeger@sidley.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Thanks, Danielle.  Please use the below dial-in for the call at 3 pm CT.

Dial-in: 877-480-1629
Code: 2084365330


**LAWRENCE P. FOGEL**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 6892
lawrence.fogel@sidley.com

---

**From:** Danielle Smith <danielles@hbsslaw.com>
**Sent:** Tuesday, April 24, 2018 1:20 PM
**To:** Fogel, Lawrence P. <lawrence.fogel@sidley.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Seeger, Kristen <kseeger@sidley.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

We can be available today between 3-3:30 pm CT.

Danielle Smith | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3038

---

**From:** Fogel, Lawrence P. <lawrence.fogel@sidley.com>
**Sent:** Tuesday, April 24, 2018 7:32 AM
**To:** Danielle Smith <danielles@hbsslaw.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Seeger, Kristen <kseeger@sidley.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Danielle,

We are available today between 3-3:30 pm CT and tomorrow between 10 am – 3 pm CT.  Please let us know if those times work on your end.

Larry

**LAWRENCE P. FOGEL**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 6892
lawrence.fogel@sidley.com

---

**From:** Danielle Smith <danielles@hbsslaw.com>
**Sent:** Monday, April 23, 2018 2:48 PM
**To:** Fogel, Lawrence P. <lawrence.fogel@sidley.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Seeger, Kristen <kseeger@sidley.com>
**Subject:** RE: Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Larry,

We would like to schedule a call to meet and confer over the subpoena and your objections. Can you please provide some dates and times of availability this week?

Sincerely,

Danielle Smith | **Hagens Berman Sobol Shapiro LLP** | Direct: (510) 725-3038

---

**From:** Fogel, Lawrence P. <lawrence.fogel@sidley.com>
**Sent:** Friday, April 20, 2018 4:21 PM
**To:** Reed Kathrein <reed@hbsslaw.com>
**Cc:** Danielle Smith <danielles@hbsslaw.com>; Seeger, Kristen <kseeger@sidley.com>
**Subject:** Colman v. Theranos, No. 16-cv-06822 (N.D. Cal.)

Reed,

Please find attached Walgreens' Responses and Objections to the subpoena issued in the above-captioned matter.

Best,
Larry

**LAWRENCE P. FOGEL**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 6892
lawrence.fogel@sidley.com

******************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

******************************************************************************************