* * * REDACTED VERSION FILED PURSUANT TO COURT ORDER, ECF. NO. 255 DATED JUNE 5, 2018 * * *

# Exhibit D

**theranos**

1601 S. California Ave    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

April 15, 2014

*Via Hand Delivery*

Tyler Shultz
█████████████
█████

Re:    Your Continuing Obligations to Protect Theranos' Confidential and Proprietary Information and Trade Secrets and to not Solicit Theranos' Employees

Dear Tyler:

In light of your termination from Theranos, I write to remind you of certain continuing legal obligations that you have to the Company. Those obligations include, but are not limited to, the following.

**1. Confidentiality**

As you know, Theranos takes the confidentiality of its information very seriously. During your employment as Research Engineer with Theranos from September 3, 2013 to April 15, 2013, you acquired information pertaining to Theranos' technology and business methodologies that remains extremely confidential and proprietary to this day. Such information includes, but is not limited to, highly confidential, non-public information about the research and development activities, lab techniques, prognostic and predictive activities, formulas, plans, designs, and lab operations at Theranos, as well as confidential information relating to the Company's business strategies, marketing plans and partnerships.

Despite your termination, you remain subject to the confidentiality obligations in the At-Will Employment, Confidential Information, and Invention Assignment Agreement ("Confidentiality Agreement") that you entered into with Theranos on September 2, 2013. Specifically, in Section 2 of the Confidentiality Agreement, you agreed "**at all times during the term of [your] employment,** *and thereafter*" not to use or disclose Theranos' confidential, proprietary, and trade secret information except for Theranos' business purposes. [*Id.*, ¶ 2(A) (emphasis added).] The Confidentiality Agreement defines such confidential information as including, without limitation, "*any non-public information* that relates to the actual or anticipated business or research and development of the Company, technical data, trade secrets or know-how" (the "Confidential Information"). [*Id.* (emphasis added).] You reaffirmed these confidentiality obligations in the Termination Certification that you were asked to sign today, in which you agreed to continue to "preserve as confidential all trade secrets, confidential knowledge, data or other proprietary information" to which you had access during your employment. Under these agreements, you have a continuing duty to protect the confidentiality of all non-public information that you were exposed to during your employment.

### 2. Non-Solicitation

In the Confidentiality Agreement, you further agreed that, for a period of 12 months after termination, you would not <u>directly or indirectly</u> solicit, induce, recruit or encourage any of the Company's employees to leave their employment at Theranos, or to take those employees away from the Company, or attempt to do so, whether on your own behalf or that of another entity. [*Id.*, ¶7 (emphasis added).]

\* \* \*

We reserve the right to notify your subsequent employer about these obligations. You consented to this in the Confidentiality Agreement: "In the event that I leave the employ of the Company, ***I hereby grant consent to notification by the Company to my new employer*** about my rights and obligations under this Agreement." [*Id.*, ¶6 (emphasis added).] If you have any questions regarding this letter, or wish to discuss these matters further, please contact me. My direct dial telephone number is: ▓▓▓▓▓▓▓. My email address is: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Sincerely,

*Mona R.*

Mona Ramamurthy
Head of HR & Employment Counsel
Theranos, Inc.

Attachment:

At-Will Employment, Confidential Information, and Invention Assignment Agreement dated September 2, 2013.

Confidential                                                                                                          TH-COL0002539877

**Employee:** Tyler Shultz

**TERMINATION RECORD**
**Termination date:** April 15, 2013
**Type:** Voluntary

**Documents prepared and distributed**
- [ ] Employee update (Finance, IT, Security)
- [ ] Termination letter
- [ ] Termination certification
- [ ] Final check, including residual PTO
- [ ] Notice as to Change in Relationship, if required
- [ ] EDD Form DE 2320, if required
- [ ] DHCS Form 9061, if required
- [ ] Separation and Release, if required
- [ ] Stock Option Closing Agreement, if required

**Employee meeting**
- [ ] Collect employee badge, keys
- [ ] Collect employee computer and other Theranos assets
- [ ] Collect lab notebooks and other IP paperwork
- [ ] Distribute remaining work product to appropriate parties

**Termination of coverage**
- [ ] Payroll
- [ ] Medical
- [ ] Dental
- [ ] Vision
- [ ] Life, AD&D, S/LTD
- [ ] Profit sharing 401(k)
- [ ] Wireless and email

**Other**
- [ ] Inform immigration attorneys, if applicable
- [ ] Update organizational chart

_____     _____
Human Resources representative terminating and closing record     Date

**theranos**

1601 S. California Ave    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

April 15, 2014

Tyler Shultz

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

Re:    **Termination of Employment**

Dear Tyler:

This letter serves as a Termination Statement regarding your termination of employment, effective April 15, 2013.

By your last date of employment, you are required to return all Company property, including, but not limited to, your computer(s), pager, badge, keys, company calling card, and all company confidential materials. Let me take this opportunity to remind you of your continuing obligations of confidentiality under the At Will Employment, Confidential Information, and Invention Assignment Agreement that you signed on September 2, 2013. In this agreement you also agreed to sign and deliver the attached Termination Certification upon termination of your employment.

Your medical coverage, if applicable, will end on your termination date. Your vision and dental coverage, if applicable, will end at the end of month in which you terminate your employment with Theranos. If applicable, you will receive further notification of your rights to continue your insurance as well as the appropriate election forms.

If you have any questions or concerns, please do not hesitate to call. We wish you luck in your future endeavors.

Sincerely,

*[signature]*

Mona Ramamurthy
Head of HR & Employment Counsel

Enclosures:    Final paycheck
Termination Certification
Health Insurance Premium Payment (HIPP) Information
General Notice of Cobra

# TH-COL0002539876

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Heather King; | USER |
| **BegAttach** | TH-COL0002539859 | ORIGINAL |
| **Confidentiality** | Confidential; | ORIGINAL |
| **DateTimeCreated** | 5/20/2015 17:37 | ORIGINAL |
| **DateTimeModified** | 6/13/2015 18:36 | ORIGINAL |
| **Doc Ext** | pdf | ORIGINAL |
| **EndAttach** | TH-COL0002539879 | ORIGINAL |
| **File Path** | /\|House022\|Heather King\|Email Server\|Etc/GMT\|/House_King_H_PST001_nuix_email_64bit_ext.L01/Single Files/hking_archive.pst/Top of Personal Folders/Inbox/RE: Adam R/RE: Cheung Letter | USER |
| **FileName** | Tyler exit docs.pdf | ORIGINAL |
| **FileSize** | 213.05 | ORIGINAL |
| **MD5HASH** | f230fbaae1d12665b3513a502e995fef | ORIGINAL |
| **MediaSource** | Attachment | ORIGINAL |