UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THERANOS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-06822-NC<br><br>**ORDER SUMMARIZING HEARING ON MOTION FOR PROTECTIVE ORDER AND MOTION TO INTERVENE**<br><br>Re: ECF 225, 242, 251 |

The Court held a hearing yesterday on Defendants' motion for a protective order, ECF 225, and on nonparty Jigsaw Productions' motion to intervene, ECF 242 (as amended at ECF 251). To summarize:

- Jigsaw's motion to intervene is GRANTED.
- Though not a party, Jigsaw consented to magistrate judge jurisdiction under 28 U.S.C. § 636(c).
- Defendants' motion for a protective order is DENIED. However, this ruling does not affect the protective order currently in place. *See* ECF 62.
- Within fourteen days of this order, the parties and Jigsaw are ordered to meet and confer to discuss Defendants' re-review of documents and designations under the current protective order. The parties and Jigsaw must file a status report of their meet and confer by June 29.

**IT IS SO ORDERED.**

Dated: June 14, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge