# Exhibit E

2/2/2018    Gmail - FW: Black Diamond Ventures XII, LLC | Theranos, Inc. Article and Video Interview

 Gmail                     **Thomas Brodie** ███████████

---

# FW: Black Diamond Ventures XII, LLC | Theranos, Inc. Article and Video Interview
1 message

---

**Chris Lucas** <chris@bdventures.com>                    Fri, Nov 8, 2013 at 3:58 PM
Reply-To: Chris@bdventures.com
To: Tom Brodie ███████████████

Tom,

Please see the below interview with Elizabeth Holmes from Theranos.

She is just now starting to speak publically about Theranos.

Have a great weekend!

--Chris

Chris Lucas

Black Diamond Ventures, LLC

400 N. Brand Blvd. Ste 950

Glendale, CA 91203

T | 818.245.6251

EXHIBIT 2030
**Brodie**
Date: 3/2/2018
Reporter: Lisa Moskowitz
CSR 10816, RPR, CRR, CLR

TH-PLTF-001277

**From:** Ana L. Quintana [mailto:ana@bdventures.com]
**Sent:** Friday, November 08, 2013 3:49 PM
**To:** Ana L. Quintana
**Cc:** 'Christopher B. Lucas'
**Subject:** Black Diamond Ventures XII, LLC | Theranos, Inc. Article and Video Interview
**Sensitivity:** Confidential


Dear Black Diamond Investors,


The following link is a great article discussing some of the most recent press over the last several months and a bit of new information: http://www.wired.com/wiredscience/2013/11/wired-data-life-theranos/ 
 "Today Holmes introduced the company's new mobile phone app, which will let patients check in to and make appointments from home. When they email a photo of their insurance card and lab order form, Theranos will inform them within minutes whether their tests are covered by their insurance and whether there is a co-pay."


Elizabeth Holmes was also interviewed several days ago by with Wired, "One Tiny Drop Changes Everything",  where she further discusses the Theranos process /analysis and partnership with Walgreens:
http://fora.tv/2013/11/06/one_tiny_drop_changes_everything


I hope you enjoy the read and have a wonderful weekend~


Best always,

Ana

---

**Ana L. Quintana**

Principal

400 N. Brand Blvd., Suite 950

Glendale, California 91203

T | 818.245.6252

E | ana@bdventures.com

http://www.linkedin.com/in/anaquintana


Black Diamond Ventures | http://www.bdventures.com/

TH-PLTF-001278

**NOTICE:**  This communication may contain privileged or other confidential information. If you
have received it in error, please advise the sender by reply email and immediately delete the
message and any attachments without copying or disclosing the contents. Thank you.

🌎 Please consider the environment before printing this email.

TH-PLTF-001280

 Gmail                    **Thomas Brodie** ▬▬▬▬▬▬▬▬▬

# Re: Black Diamond Ventures XII, LLC | Theranos, Inc. Article and Video Interview

1 message

**Thomas Brodie MD** ▬▬▬▬▬▬▬▬▬▬                    Fri, Nov 8, 2013 at 4:00 PM
Reply-To: ▬▬▬▬▬▬▬▬▬
To: Chris@bdventures.com

Great. Maybe someone wants to sell some shares!!
Thomas Brodie MD
Sent via Blackberry

---

**From:** "Chris Lucas" <chris@bdventures.com>
**Date:** Fri, 8 Nov 2013 15:58:29 -0800
**To:** Tom Brodie ▬▬▬▬▬▬▬▬▬▬
**ReplyTo:** <Chris@bdventures.com>
**Subject:** FW: Black Diamond Ventures XII, LLC | Theranos, Inc. Article and Video ✓
Interview

Tom,

Please see the below interview with Elizabeth Holmes from Theranos.

She is just now starting to speak publically about Theranos.

Have a great weekend!

--Chris

Chris Lucas

EXHIBIT 2031
**Brodie**
Date:  3/2/2018
Reporter: Lisa Moskowitz
CSR 10816, RPR, CRR, CLR

TH-PLTF-001281

Black Diamond Ventures, LLC

400 N. Brand Blvd. Ste 950

Glendale, CA 91203

T | 818.245.6251

**From:** Ana L. Quintana [mailto:ana@bdventures.com]
**Sent:** Friday, November 08, 2013 3:49 PM
**To:** Ana L. Quintana
**Cc:** 'Christopher B. Lucas'
**Subject:** Black Diamond Ventures XII, LLC | Theranos, Inc. Article and Video Interview
**Sensitivity:** Confidential

Dear Black Diamond Investors,

The following link is a great article discussing some of the most recent press over the last several months and a bit of new information: http://www.wired.com/wiredscience/2013/11/wired-data-life-theranos/
 "Today Holmes introduced the company's new mobile phone app, which will let patients check in to and make appointments from home. When they email a photo of their insurance card and lab order form, Theranos will inform them within minutes whether their tests are covered by their insurance and whether there is a co-pay."

Elizabeth Holmes was also interviewed several days ago by with Wired, "One Tiny Drop Changes Everything",  where she further discusses the Theranos process /analysis and partnership with Walgreens:
http://fora.tv/2013/11/06/one_tiny_drop_changes_everything

I hope you enjoy the read and have a wonderful weekend~

Best always,

Ana

Ana L. Quintana

Principal                                                                                                              TH-PLTF-001282

400 N. Brand Blvd., Suite 950

Glendale, California 91203

T | 818.245.6252

E | ana@bdventures.com

http://www.linkedin.com/in/anaquintana

**Black Diamond Ventures** | http://www.bdventures.com/

**NOTICE:**  This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Please consider the environment before printing this email.

Gmail - Re: Black Diamond Ventures XII, LLC | Theranos, Inc. Article and Video Interview

TH-PLTF-001284

EXHIBIT 2034
Brodie
Date: 3/2/2018
Reporter: Lisa Moskowitz
CSR 10816, RPR, CRR, CLR

2/2/2018                    Gmail - ::BDV | Theranos Series C-1 Stock Financing Conference Call:: 12/24/13 @ 10AM PST

 Gmail

**Thomas Brodie** ◄

# ::BDV | Theranos Series C-1 Stock Financing Conference Call:: 12/24/13 @ 10AM PST
1 message

**Ana L. Quintana** <ana@bdventures.com>                    Sun, Dec 22, 2013 at 1:23 PM
Reply-To: "Ana L. Quintana" <ana@bdventures.com>, yasmin@bdventures.com
To: "Ana L. Quintana" <ana@bdventures.com>
Cc: Yasmin Ibarra <yasmin@bdventures.com>

Dear Black Diamond Investor,

As a long time BDV investor, we would like to offer the Theranos (www.theranos.com) opportunity to you – it presented itself last week as major strategic investors are exercising their options prior to yearend. To discuss the terms and opportunity of this offering, we have scheduled a conference call this **Tuesday, December 24th, promptly starting at 10:00AM PST.**   The update/offering call will be presented by Chris Lucas.

**Upon your confirmation, we will send you the dial-in information.**

To briefly summarize, with Theranos' launch to consumer healthcare this year, they are rapidly scaling to establish a national footprint and capture the opportunity we have to serve as the only certified, national laboratory capable of running any of its laboratory tests from a few tiny droplets of blood. In Dr. Eric Topol's (the Editor of Medscape, the leading physician publication with over 800,000 physician memberships) 2013 yearend review, his first highlight was Theranos as a practice changer for physicians revolutionizing medicine.  As Theranos prepares for 2014 and closing yearend, they are actively investing in infrastructure to build this new industry they have created.

As part of this initiative, they are completing a series of financial transactions with strategic partners that provide access to additional capital in order to accelerate their growth. The company is also completing equity transactions with strategic entities who had previously invested in Theranos and had the option to invest additional equity in the company through the end of fiscal year 2013 (December 31, 2013).  The price per share of Theranos Series C-1 Preferred Stock in the transactions closing between now and December 31, 2013 is $15/share (post-split).

TH-PLTF-001295

*Due to the limited time to invest and should you have real interest, we recommend you review the following information /press prior to our conference call:*

-

Theranos' patented technology can analyze samples as small as 1/1,000 the size of the typical blood draw. Our tests are certified in our CLIA laboratory and cover a full range from blood, urine, and other samples. It's fast, easy, and the highest level of quality. Theranos' proprietary infrastructure allows them to perform test analyses with unprecedented speed. So they can have results to you and your doctor in a matter of hours, not days. Which means a fast diagnosis to support better, more informed treatment.

- Theranos and Walgreens Expand Diagnostic Lab Testing to the Phoenix Metropolitan Area - http://theranos.com/press/theranos-and-walgreens-expand-to-phoenix



▪ Theranos Selects Walgreens as a Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service - http://theranos.com/press/theranos-selects-walgreens-as-a-long-term-partner



▪ Theranos Announces New Members of its Board of Directors - http://theranos.com/press/new-board-of-directors-members



▪ Medscape: Topol Reviews 2013: A Year of Revolutionizing Medicine - http://www.medscape.com/viewarticle/817648_1



▪ Medscape: Creative Disruption? She's 29 and Set to Reboot Lab Medicine - http://www.medscape.com/viewarticle/814233



▪ Bloomberg: The Real Price of Healthcare - http://theranos.com/press/real-cost-of-healthcare



▪ Fox Business: Betting Big on Lab Tests - http://video.foxbusiness.com/v/2874150095001/betting-big-on-lab-tests

▪ Singularity Hub: Small, Fast and Cheap, Theranos is the Poster Child of Med Tech - and it's in Walgreens - http://singularityhub.com/2013/11/18/small-fast-and-cheap-theranos-is-the-poster-child-of-med-tech-and-its-in-

TH-PLTF-001296

walgreens/

- **The Wall Street Journal: Elizabeth Holmes: The Breakthrough of Instant Diagnosis -** http://online.wsj.com/news/articles/SB10001424127887324123004579055003869574012



- The **Arizona Republic: Get Your Blood Tested At The Store -** http://www.azcentral.com/business/news/articles/20131113get-your-blood-tested-store.html?nclick_check=1

- **WIRED Data | Life: One Tiny Drop Changes Everything -** http://fora.tv/2013/11/06/one_tiny_drop_changes_everything

- **The John Batchelor Show, September 20, 2013 -** http://johnbatchelorshow.com/podcasts/2013/09/20/first-hour

- **Yahoo! Finance: WAG to Offer Theranos Lab Services -** http://finance.yahoo.com/news/wag-offer-theranos-lab-services-211502904.html

Should you have any questions, please feel free to call/email me.

Best always,

Ana

---

Ana L. Quintana

Principal

400 N. Brand Blvd., Suite 950

Glendale, California 91203

T | 818.245.6252

E | ana@bdventures.com

TH-PLTF-001297

http://www.linkedin.com/in/anaquintana

Black Diamond Ventures | http://www.bdventures.com/

NOTICE:  This communication may contain privileged or other confidential information. If you
have received it in error, please advise the sender by reply email and immediately delete the
message and any attachments without copying or disclosing the contents. Thank you.

Please consider the environment before printing this email.

# Exhibit F

Lorrie L. Marchant, CSR# 10523, RMR, CRR, CCRR, CRC

**EXHIBIT** 2024

WITNESS: Robert Colman
CASE: Coleman/Taubman-Dye v. Theranos, et al
CASE NO.: 5:16-cv-06822-NC
DATE: Wednesday, February 28, 2018

**From:** Donald Lucas <don@lucasvg.com>
**Date:** Tuesday, September 10, 2013 8:40 PM
**To:** Bob Colman <bcolman@colman-partners.com>
**Subject:** Re: Theranos-time sensitive

6 billion pre.   I think it's worth 10 billion today!

Don Lucas
Lucas Venture Group
545 Middlefield Road: USA
O: (650) 543-3300
C: (650) 353-6877


On Sep 10, 2013, at 6:31 PM, "Bob Colman" <bcolman@colman-partners.com> wrote:

So 10B before they raise this money ? I am confused.

**From:** Donald Lucas [mailto:don@lucasvg.com]
**Sent:** Tuesday, September 10, 2013 7:11 PM
**To:** Bob Colman
**Subject:** Re: Theranos-time sensitive

Bob
They do not need money. This is a favor extended to me and my partners.  Current valuation is
estimated at $10 billion plus. Bob. This is the Facebook of medical diagnostic

Best
Don

Don Lucas
Lucas Venture Group
545 Middlefield Road: USA
O: (650) 543-3300
C: (650) 353-6877


On Sep 10, 2013, at 4:49 PM, "Bob Colman" <bcolman@colman-partners.com> wrote:

Don -- how much $$ is the company raising this round.? It was $6B after the last round, correct ?  B

**From:** Donald Lucas [mailto:don@lucasvg.com]
**Sent:** Monday, September 09, 2013 2:47 PM
**To:** Donald Lucas
**Cc:** Martin Brusco; Chris Linn
**Subject:** Theranos-time sensitive
**Importance:** High

Confidential & Privileged

1

Dear Partner,

Through its long-standing relationship with Theranos, Inc. and its Founder, CEO and Chairman, Elizabeth Holmes, LVG has been invited to invest up to $15 million in a follow-on extension of the 2010 Preferred financing made available to a select group of people. The valuation set in 2010 was $6 Billion.

Originally funded and mentored by my father, Donald. L. Lucas ten years ago, Ms. Holmes has grown Theranos into a thriving company that makes actionable health information accessible to people everywhere in the world at the time it matters, enabling early detection and intervention of disease, and empowering physicians and individuals with accurate information. This groundbreaking technology will enable physicians and their patients the ability to administer and revise drug therapies as needed by having access to real-time informatios

Theranos has reinvented the lab test by developing a blood collection device that uses a fraction of the amount drawn by conventional blood testing methods. The device consists of a Lancet attached to two nanotainers which collect a mere .23 ml sample of blood from the fingertip. The sample is then inserted into the Theranos box which runs any test available in central laboratories and processes all sample types providing a complete and highly accurate blood analysis that covers the full spectrum of blood testing to date. This will enable real-time diagnosis and treatment of targeted diseases as well as accurate determination of drug dosing and delivery schemes.

Please see the attached two articles about the Theranos:

Wall Street Journal Saturday edition

http://online.wsj.com/article/SB10001424127887324123004579055003869574012.html?mod=WSJ_hpp_sections_opinion

Theranos' Partnership with Walgreens

http://online.wsj.com/article/PR-CO-20130909-904497.html

In addition to the Patient/Doctor vertical described in the attached Wall Street Journal article, Theranos is uniquely positioned to address several multibillion dollar markets with this platform. The Company has signed contracts and partnerships with very large retailers and drug stores as well as various pharmaceutical companies, HMO's, insurance agencies, hospitals, clinics and various government agencies.

Pharmaceutical companies use Theranos' systems to streamline and tailor the customization of drug compounds subject to patent expiration for new market applications, thus enabling the creation of more sustainable drug compounds and a drastic reduction in drug development cost and time to market.

LVG will invest alongside several of this country's most prominent leaders. Additionally, In conjunction with the injection of capital, I have been asked to serve as a strategic advisor to the

2

TH-PLTF-000018

Company.  The Board of Directors includes former Secretary of State, Henry A. Kissinger, former Secretary of State, George P. Shultz, former Secretary of Defense, William J. Perry, former United States Senator from Georgia, Samuel Nunn, and former Chairman and CEO of Wells Fargo and Company, Richard Kovacevich.

Theranos has approximately 400 full time employees and builds all of its products in the US. The Company's headquarters are in Palo Alto and they are constructing a new Headquarters on Page Mill Road. The Company has been cash flow positive since 2006.

If you are interested in investing in Fund IV{LVG IV} and additionally into Theranos{LVG XI, LLC} separately, please indicate your interest to Martin Brusco and he will send the appropriate documents.  This transaction must close by the end of September.

Sincerely,

Don

---

Donald A. Lucas                              <image001.gif>

Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA  94025 USA
T 650.543.3300 | F 650.543.3339
Dianna Doreen Executive Assistant

LucasVentureGroup℠ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual{s} named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
P Think of the environment before you print this email

CONFIDENTIAL                                    TH-PLTF-000019

# Exhibit H

**Reed Kathrein**

| | |
|---|---|
| **From:** | Ethan Handler ████████████ |
| **Sent:** | Tuesday, June 12, 2018 10:21 AM |
| **To:** | Reed Kathrein |
| **Subject:** | Fwd: Representation |

Hi Reed,

Please see below.

Ethan

---------- Forwarded message ----------
From: **Ryan T. Siehr** ████████████
Date: Tue, Jun 12, 2018 at 11:25 AM
Subject: Representation
To: "ehandle ████████████" <ehandle ████████████>


Ethan,



As we discussed, it does not make economic sense for us to represent you in your case concerning Theranos.  Given the
amount of money we understand to be at issue for you individually, the amount of legal fees in prosecuting the case would far
exceed your likely recovery.  Thank you.


**Ryan T. Siehr**
**von Briesen & Roper, s.c.**
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202

---

Direct: ████████
Fax: ████████
rsiehr@vonbriesen.com | vcard | bio
vonbriesen.com

---

*This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to
the sender that you have received the message in error.*

---

--



**Ethan Handler, M.D.**
Board Certified in Cosmetic Surgery and Head and Neck Surgery

**Advanced Ear, Nose & Throat Specialists**
2885 N Mayfair Road, Milwaukee, WI 53222
**P:** ▮▮▮▮▮▮▮▮   **W:** www.advent.md

**NOTICE TO RECIPIENT:** If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them. Thank you.

# Exhibit I

**Reed Kathrein**

**Subject:**                    FW: Theranos


**Sent:** Thursday, June 7, 2018 2:44 PM
**To:** Reed Kathrein <██████████>
**Subject:** Theranos


Reed,
Please see the attached email reply from a respected attorney in our community.
Isaac



Isaac Garazi, DMD
Garazi Periodontics and Dental Implants
20484 West Dixie Hwy
Miami, Florida 33180
Tel ██████████
www.garazidmd.com



**From:** Jay Halpern ██████████]
**Sent:** Thursday, June 07, 2018 3:56 PM
**To:** ██████████
**Subject:** RE: Theranos

Isaac,

Thank you for considering our firm for handling your matter against Theranos.

Unfortunately, it is not feasible for us to handle a securities matter for an individual claim with damages in the amount of $50,000.

On an hourly basis the fees would undoubtedly exceed the damages being sought, and on a contingency fee basis this matter is prohibitively uneconomical.

As a courtesy to you I have sent out a feeler to another law firm to see if they are interested in assisting you. I will let you know if and how they respond to my inquiry.

Thank you again for your confidence in our firm.


Jay Halpern, Esquire
**HALPERN | SANTOS | PINKERT**
150 Alhambra Circle
Suite 1100

1

Coral Gables, FL 33134
Tel. ███
Fax. ███
*Email:* ███
*Website:* **www.hsptrial.com**

**From:** ███    [___███___]
**Sent:** Wednesday, June 06, 2018 10:38 PM
**To:** Jay Halpern
**Subject:** Fwd: Theranos

The info below may help you evaluate.


**Case Name:**    Colman et al v. Theranos, Inc. et al
**Case Number:** 5:16-cv-06822-NC
**Judge Nathanael Cousins.**

**Attorneys are Wilmer Hale, Cooley and Davis Wright**




Isaac Garazi, DMD
Garazi Periodontics and Dental Implants
20484 West Dixie Hwy
Miami, Florida 33180

www.garazidmd.com

Tel ███

Begin forwarded message:

>  **From:** ███
>  **Date:** June 6, 2018 at 8:55:30 PM EDT
>  **To:** Jay Halpern < ███ >
>  **Subject: Theranos**


>  Hi Jay,
>  I hope all is well. It's been to long.
>  I wonder if you might be interested in this case. You know invested 50k in Theranos several
>  years ago. Since then the company has been shown to be a fraud.
>  I retained an attorney who was trying to develop a class action suit. Recently the motion to
>  certify the class was denied.
>  Would you be interested in taking the case on contingency? If not what could it cost to proceed
>  with a case like this?
>  If not up your alley, can you recommend anyone.

Best regards
Isaac


Isaac Garazi, DMD
Garazi Periodontics and Dental Implants
20484 West Dixie Hwy
Miami, Florida 33180

www.garazidmd.com

Tel

# Exhibit J

**Lisa Lin**

| | |
|---|---|
| **From:** | Reed Kathrein |
| **Sent:** | Thursday, June 14, 2018 3:58 PM |
| **To:** | Lisa Lin |
| **Cc:** | Danielle Smith |
| **Subject:** | FW: Theranos |

Reed Kathrein | **Hagens Berman Sobol Shapiro LLP** | Direct: ███████

**From:** █████████████████████████
**Sent:** Thursday, June 14, 2018 3:42 PM
**To:** Reed Kathrein ████████████████
**Subject:** Fwd: Theranos

Reed,
Another denial from a local attorney.
Isaac

> **From:** Frank Rodriguez ████████████████
> **Date:** June 14, 2018 at 6:20:28 PM EDT
> **To:** ███████████████████████████
> **Cc:** Jay Halpern ████████████████
> **Subject: RE: Theranos**
>
> Isaac,
>
> As we discussed, litigation is expensive and $50,000, although a significant sum of money, is simply not enough to make it economically viable for us to take your matter on a contingency basis.  Further, I cannot in good conscience recommend that you pay me hourly to chase that amount of money, especially with the uncertainty of collection, even assuming you were to prevail. Sorry we were not able to help and best of luck.
>
>
> Frank R. Rodriguez, Esq.
>
> 
>
> 255 Alhambra Circle - Suite 1150
> Coral Gables, Florida 33134
> ████████████████████
>
> www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.

 Save a tree, please don't print this e-mail unless you really need to

**From:** ███████████████████████
**Sent:** Saturday, June 9, 2018 8:56 AM
**To:** Frank Rodriguez ████████████
**Cc:** Jay Halpern ████████████
**Subject:** Re: Theranos

Hi Frank. Thanks for contacting me.
Monday morning between 830-1 would be great.  Not sure what Jay has told you.
We invested 50k with at least two other people investing similar.
We were part of an attempt to certify as a class that was denied.


The info below may help you evaluate.




**Case Name:**    Colman et al v. Theranos, Inc. et al
**Case Number:** 5:16-cv-06822-NC

**Judge Nathanael Cousins.**


**Attorneys are Wilmer Hale, Cooley and Davis Wright**



**With that in mind we are looking to file on our own on contingency. A lot of the discovery has been done by Reed Kathrein our attorney. Not sure how much of that is public.**

**Let me know your interest.**

**Isaac**

Isaac Garazi, DMD
Garazi Periodontics and Dental Implants
20484 West Dixie Hwy
Miami, Florida 33180

www.garazidmd.com

██████████

On Jun 8, 2018, at 5:49 PM, Frank Rodriguez ████████████ wrote:

> Good afternoon Isaac,
>
> Jay Halpern suggested I call you to discuss the referenced matter. I left you a voice mail message this afternoon.  Let me know what time on Monday works for you for us to speak. Have a great weekend.
>
>
> Frank R. Rodriguez, Esq.
>
> <image003.jpg>
>
> 255 Alhambra Circle - Suite 1150
> Coral Gables, Florida 33134
> ██████████████
>
> www.rtgn-law.com
>
> NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.

Save a tree, please don't print this e-mail unless you really need to