UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLMAN, and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THERANOS, INC., and others,<br><br>　　　　　Defendants. | Case No. 16-cv-06822 NC<br><br>**ORDER RE: PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Re: ECF 274 |

On June 14, plaintiffs filed a renewed motion for class certification, or alternatively, to alter the denial. ECF 274. The deadline to file a motion for class certification in this case was February 16, 2018. ECF 157, Case Management Order. Plaintiffs therefore must explain why the "renewed motion" is timely and should be considered by the Court. A brief not to exceed five pages is requested to be filed by plaintiffs by June 22. Defendants may respond on the timeliness issue with a brief not to exceed five pages, to be filed by June 26. The Court will schedule a hearing if one is needed.

**IT IS SO ORDERED.**

Dated: June 19, 2018　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge