Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>THERANOS, INC., et al.,<br><br>Defendants. | No. 5:16-cv-06822-NC<br><br>CLASS ACTION<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' BRIEF ON TIMELINESS OF RENEWED MOTION FOR CLASS CERTIFICATION (ECF NO 274)**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom: 7, 4th Floor<br>Judge:       Honorable Nathanael Cousins<br><br>DATE ACTION FILED: Nov. 28, 2016 |

1    Plaintiffs request that the Court grant Plaintiffs leave to file a short Reply to Defendants'
2  Response to Plaintiffs' Brief on Timeliness of Renewed Motion for Class Certification ECF No. 274
3  (ECF No. 298, the "Response"), along with a supporting declaration substantially in the form of
4  **Exhibit A** and **Exhibit B**.

5    On June 19, 2018, the Court ordered Plaintiffs to file a brief on "why the 'renewed motion' is
6  timely and should be considered by the Court." ECF No. 282.  The Court afforded Defendants a
7  response but did not explicitly grant Plaintiffs permission to file a reply.  *Id.*  Plaintiffs and
8  Defendants have filed their briefs.  ECF Nos. 294, 298.

9    Defendants' Response contains deceptive factual assertions.  They claim, for instance, that
10 they "would also need to pursue additional discovery from the Lucas, Celadon, and Black Diamond
11 funds concerning Plaintiffs' assertions as to the size of investments in the funds, the existence or
12 applicability of releases, and whether the fund structures differ in ways that matter."  Response at 5.
13 This is untrue, as Defendants were aware of Plaintiffs' investments in these funds from the very
14 inception of case (*See* ECF. No. 1, at ¶¶ 11-12), and the subscription and operating agreements for
15 both relevant funds – Lucas Venture Group XI, LLC and Celadon Technology Fund VII, LLC –
16 were provided to Defendants over a year ago.  Defendants also claim that "BF Last Investments
17 LLC, the new proposed plaintiff and class representative, has not been deposed or produced
18 documents" and that they "have no information concerning investors in BF Last Investments."
19 Response at 5.  However, the record demonstrates that Defendants sought and received discovery
20 from Thomas Brodie, took his deposition, requested information on BF Last Investments LLC, and
21 in doing so, received all relevant information concerning BF Last Investments LLC's investments
22 and investors.

23   Plaintiffs therefore respectfully request leave to file a short reply to correct the record on
24 those specific issues.

25 DATED: June 27, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP
26
27                                         By       */s/ Reed R. Kathrein*
                                              Reed R. Kathrein (139304)
28                                            Peter E. Borkon (212596)

Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

Paul J. Geller (admitted *Pro Hac Vice)*
Constantine Economides (admitted *Pro Hac Vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
pgeller@rgrdlaw.com
ceconomides@rgrdlaw.com

Dennis J. Herman
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 228-4545

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (415) 288-4534
dennish@rgrdlaw.com

Jason A. Forge
Kevin Sciarani
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
jforge@rgrdlaw.com
ksciarani@rgrdlaw.com

*Additional Counsel for Plaintiffs*