1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  Danielle Smith (291237)
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
4  Telephone: (510) 725-3000
   Facsimile:  (510) 725-3001
5  reed@hbsslaw.com
   peterb@hbsslaw.com
6  danielles@hbsslaw.com

7  Steve W. Berman (admitted *Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1918 8th Avenue, Suite 3300
   Seattle, WA 98101
9  Telephone: (206) 623-7292
   Facsimile:  (206) 623-0594
10 steve@hbsslaw.com

11 *Counsel for Plaintiffs and Proposed Lead*
   *Counsel for the Class*

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16 ROBERT COLMAN and HILARY          )   No. 5:16-cv-06822-NC
   TAUBMAN-DYE, Individually and on Behalf )
17 of All Others Similarly Situated,  )   CLASS ACTION
                                      )
18                    Plaintiffs,     )   **DECLARATION OF REED R.**
                                      )   **KATHREIN IN SUPPORT OF**
19           vs.                      )   **PLAINTIFFS' REPLY TO**
                                      )   **DEFENDANTS' RESPONSE TO**
20 THERANOS, INC., et al.,            )   **PLAINTIFFS' BRIEF ON TIMELINESS**
                                      )   **OF RENEWED MOTION FOR CLASS**
21                    Defendants.     )   **CERTIFICATION (ECF NO 274)**
   _____)
22                                        Date:        TBD
                                          Time:        TBD
23                                        Courtroom:   7, 4th Floor
                                          Judge:       Honorable Nathanael Cousins
24
                                          DATE ACTION FILED: Nov. 28, 2016
25

26

27

28

010650-11 1044342 V1

1    I, REED R. KATHREIN, hereby declare as follows:

2    1.    I am an attorney duly licensed to practice before all the courts of the state of

3  California.  I am a member of the law firm of Hagens Berman Sobol Shapiro LLP, Counsel of

4  record for Plaintiffs Robert Colman and Hilary Taubman-Dye in the above-entitled action.

5  I have personal knowledge of the matters stated herein, and, if called upon, I could and would

6  competently testify thereto.

7    2.    Attached hereto are true and correct copies of the following documents and

8  testimony referenced in Plaintiffs' Reply to Defendants' Response To Plaintiffs' Brief On

9  Timeliness Of Renewed Motion For Class Certification (ECF No. 274), filed herewith:

10    Exhibit 1:    Email from Defense counsel dated February 17, 2018 requesting expedited
11                  discovery responses;

12    Exhibit 2:    The following documents related to Defendant Theranos's discovery
13                  requests to Plaintiff Robert Colman:

14                  a.  Defendant Theranos's First Set Of Requests For Production Of
                        Documents To Plaintiff Robert Colman, dated May 26, 2017;
15                  b.  Operating Agreement for Lucas Venture Group XI, LLC, bates
                        stamped TH-PLTF-000118 – TH-PLTF-000154, produced in this
16                      action by Plaintiffs pursuant to the above-referenced discovery
                        requests;
17                  c.  Subscription Agreement for Lucas Venture Group XI, LLC, bates
                        stamped TH-PLTF-000097 – TH-PLTF-000116, produced in this
18                      action by Plaintiffs pursuant to the above-referenced discovery
                        requests;
19

20    Exhibit 3:    The following documents related to Defendant Theranos's discovery
                    requests to Plaintiff Hilary Taubman-Dye:
21
22                  a.  Defendant Theranos's First Set of Requests For Production of
                        Documents to Plaintiff Hilary Taubman-Dye, dated May 26, 2017;
23                  b.  Celadon Technology Fund VII, LLC Series B (Theranos, Inc.)
                        Transmittal Letter, Offering Memo, Subscription Agreement, and
24                      Operating Agreement, bates stamped TH-PLTF-001078 – TH-
                        PLTF-001150, produced in this action by Plaintiffs pursuant to the
25                      above-referenced discovery requests;

26    Exhibit 4:    The following documents related to Defendant Theranos's discovery
27                  requests to Thomas Brodie:

28

REED KATHREIN DECL. ISO PLS.' REPLY TO
DEFS.' RESP. TO PLS.' BRIEF ON TIMELINESS OF
RENEWED MOT. FOR CLASS CERTIFICATION        - 1 -
CASE NO. 16-cv-06822
010650-11 1044342 V1

1        a.   Defendant Theranos's First Set of Requests for Production of Documents To Plaintiff Thomas Brodie, dated February 17, 2018;

b. Black Diamond Ventures XII-B, LLC Subscription Agreement, bates stamped TH-PLTF-001207 – TH-PLTF-001220, produced in this action by Plaintiffs pursuant to the above-referenced discovery requests;

c. Black Diamond Ventures XII-B, LLC Operating Agreement, bates stamped TH-PLTF-001221 – TH-PLTF-001273, produced in this action by Plaintiffs pursuant to the above-referenced discovery requests;

d. Plaintiffs' Notice of Subpoena for Production of Documents to Third Parties, dated January 12, 2018

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of June 2018, at Berkeley, California.

By: */s/ Reed R. Kathrein*
REED R. KATHREIN