UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THERANOS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-06822-NC<br><br>**ORDER FINDING GOOD CAUSE TO HEAR PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION; SETTING BRIEFING SCHEDULE**<br><br>Re: ECF 274, 282 |

After the Court denied Plaintiffs' motion to certify a class under Federal Rule of Civil Procedure 23(b)(3), ECF 240, Plaintiffs filed a renewed class certification motion on June 14, 2018. ECF 274. The Court ordered Plaintiffs to show cause why the renewed motion was timely under an earlier case management scheduling order that set February 16, 2018, as the class certification motion deadline. ECF 282. Plaintiffs briefed the timeliness issue, ECF 294, to which Defendants responded, ECF 298, and Plaintiffs replied, ECF 301.

Having considered the parties' briefing, the Court finds good cause to hear the renewed motion for class certification. Defendants must file an opposition to the renewed motion by July 20, 2018, and Plaintiffs may file a reply by July 27, 2018. A hearing is set for August 8, 2018, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: June 28, 2018

                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge