Stephen M. Rummage (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8136
Facsimile: (206) 757-7136
steverummage@dwt.com

Allison A. Davis (CA State Bar No. 139203)
Kelly M. Gorton (CA State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-4880
allisondavis@dwt.com
kellygorton@dwt.com

*Attorneys for Defendant Ramesh Balwani*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT COLMAN and HILARY TAUBMAN-DYE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THERANOS, INC., ELIZABETH HOLMES, and RAMESH BALWANI, <br><br> Defendants. | Case No. 5:16-cv-06822-NC <br><br> **STIPULATION AND PROPOSED ORDER:** <br><br> **(1) DISMISSING CASE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii);** <br><br> **(2) PROVIDING FOR CONTINUED JURISDICTION FOR LIMITED PURPOSES; AND** <br><br> **(3) AMENDING PROTECTIVE ORDER** <br><br> Hon. Nathanael Cousins |

The parties to this action, through their undersigned counsel of record, hereby STIPULATE AND AGREE as follows:

-1-
STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), ETC.
Case No. 5:16-cv-06822-NC

4813-0054-7693v.2 0103509-000004

1        1.       The above-captioned action shall be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Plaintiffs and Defendants shall each bear her, his, or its own attorneys' fees and costs.

2        2.       The parties agree that they shall complete the process of redesignations contemplated by the Joint Status Report Re: Meet and Confer on Redesignations of Confidentiality [ECF 305], filed with the Court on June 29, 2018.  The parties further agree that the Court should retain jurisdiction with respect to any disputes arising out of that process.

3        3.       Paragraph 15 of the Protective Order [ECF 62], entered by the Court on April 14, 2017, requires the return or destruction of all Protected Material, i.e., material marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," within sixty (60) days of the final disposition of this action, subject to counsel's right to retain an archival copy of certain materials even if they contain Protected Material.  The parties jointly request that the Court, through approval of this Stipulation, amend Paragraph 15 of the Protective Order to (a) require the return or destruction of all Protected Material within six (6) months of the entry of this Stipulation and Order and (b) clarify that counsel's right to retain an archival copy of deposition transcripts, as provided in Paragraph 15, subsumes the right to retain an archival copy of audio and/or video of any deposition.

IT IS SO STIPULATED.

Dated: July 20, 2018

By: /s/ Stephen M. Rummage
Stephen M. Rummage (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:    (206) 622-3150
steverummage@dwt.com

Allison A. Davis (139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: +1 415 276 6500
Facsimile: +1 415 276 4880
allisondavis@dwt.com

*Attorneys for Defendant Ramesh Balwani*

- 2 -

By: /s/ Michael A. Mugmon
    Michael A. Mugmon (251958)
    WILMER CUTLER PICKERING
        HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, CA 94304
    Telephone: +1 650 858 6000
    Facsimile: +1 650 858 6100
    michael.mugmon@wilmerhale.com

    Christopher Davies (admitted *pro hac vice*)
    WILMER CUTLER PICKERING
        HALE AND DORR LLP
    1875 Pennsylvania Ave., NW
    Washington, DC 20006
    Telephone: +1 202 663 6000
    Facsimile: +1 202 663 6363
    christopher.davies@wilmerhale.com

    Timothy Perla (admitted *pro hac vice*)
    Robert K. Smith (admitted *pro hac vice*)
    Jessica Lewis (SBN 302467)
    WILMER CUTLER PICKERING
        HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: +1 617 526 6000
    Facsimile: +1 617 526 5000
    timothy.perla@wilmerhale.com
    robert.smith@wilmerhale.com
    jessica.lewis@wilmerhale.com

    *Attorneys for Defendant Theranos, Inc.*

By: /s/ Kathleen Goodhart
    Kathleen Goodhart (165659)
    COOLEY LLP
    101 California Street, 5th Floor
    San Francisco, CA 94111
    Telephone: +1 415 693 2012
    Facsimile: +1 415 693 2222
    kgoodhart@cooley.com

    Stephen C. Neal (170085)
    COOLEY LLP
    3175 Hanover Street
    Palo Alto, CA 94304
    Telephone: +1 650 843 5000
    Facsimile: +1 650 849 7400
    nealsc@cooley.com

    *Attorneys for Defendant Elizabeth Holmes*

- 3 -

STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), ETC.
Case No. 5:16-cv-06822-NC

4813-0054-7693v.2 0103509-000004

1
2   By: /s/ Reed R. Kathrein
    Reed R. Kathrein (139304)
3   Peter E. Borkon (212596)
    HAGENS BERMAN SOBOL SHAPIRO LLP
4   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
5   Telephone: +1 510 725 3000
    Facsimile: +1 510 725 3001
6   reed@hbsslaw.com
    peterb@hbsslaw.com

7   Steve Berman (admitted *pro hac vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
8   1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
9   Telephone: +1 206 623 7292
    Facsimile: +1 206 623 0594
10  steve@hbsslaw.com

11  *Attorneys for Plaintiffs and Proposed Lead Counsel for the Class*

12
13  By: /s/ Jason A. Forge
    Jason A. Forge (181542)
    ROBBINS GELLER RUDMAN & DOWD LLP
14  655 West Broadway, Suite 1900
    San Diego, CA 92101
15  Telephone: (619) 231-1058
    Facsimile: (619) 231-7423
16  jforge@rgrdlaw.com

17  Paul J. Geller (admitted *pro hac vice*)
    ROBBINS GELLER RUDMAN & DOWD LLP
18  120 East Palmetto Park Road, Suite 500
    Boca Raton, FL 33432
19  Telephone: (561) 750-3000
    Facsimile: (561) 750-3364
20  pgeller@rdrdlaw.com

21  Dennis J. Herman (220163)
    ROBBINS GELLER RUDMAN & DOWD LLP
22  Post Montgomery Center
    One Montgomery Street, Suite 1800
23  San Francisco, CA 94104
    Telephone: (415) 228-4545
24  Facsimile: (415) 288-4534
    dennish@rgrdlaw.com
25
    *Additional Counsel for Plaintiffs*
26
27
28
- 4 -
STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), ETC.
Case No. 5:16-cv-06822-NC

4813-0054-7693v.2 0103509-000004

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The above-captioned action is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear her, his, or its own attorneys' fees and costs.

2. The parties shall complete the process of redesignations contemplated by the Joint Status Report Re: Meet and Confer on Redesignations of Confidentiality [ECF 305]. The Court retains jurisdiction with respect to any disputes arising out of that process.

3. Paragraph 15 of the Protective Order [ECF 62] is hereby amended to

(a) require the return or destruction of all materials marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" within six (6) months of the entry of this Order rather than sixty (60) days as originally provided in the Protective Order, and

(b) clarify that counsel's right to retain an archival copy of deposition transcripts, as provided in Paragraph 15 of the Protective Order, subsumes the right to retain an archival copy of audio and/or video of any deposition.

Dated: _____                    _____
                                          Hon. Nathanael Cousins
                                          United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: July 20, 2018                                      DAVIS WRIGHT TREMAINE LLP

By: /s/  Stephen M. Rummage
    Stephen M. Rummage

- 6 -
STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), ETC.
Case No. 5:16-cv-06822-NC

4813-0054-7693v.2 0103509-000004