# Exhibit G

| | |
|---|---|
| To: | Theranos |
| From: | Theranos |
| Sent: | Tue 7/30/2013 12:21:35 AM |
| Importance: | Normal |
| Subject: | Theranos |
| Received: | Tue 7/30/2013 12:21:37 AM |

Theranos Announces New Members of its Board of Directors (July 29, 2013).pdf

Dear Shareholder,

It is with great pleasure that I write to inform you of our upcoming consumer launch.

As you all know, we have been working in stealth mode for several years to prepare for this.

With this launch, we will begin sending information to our shareholders through email briefs. If you would like these briefs sent to a different point of contact please let us know by replying ▇

We have been preparing a new website in anticipation launch, and will be releasing incremental content on it over the coming weeks and months. Our first new website content is up today. Our board is publicly listed on the site for the first time, so we did our company's first press release to announce two new directorships today. I've attached the release to this email for your reference.

In the event you are contacted regarding Theranos, we have a dedicated PR team set up to handle all inquiries. Please relay all calls or requests for information directly to them. The PR contact point at Theranos is Jeff Blickman. His contact information is on the new Theranos website under Press Info at ▇ or ▇

For your reference, we will not be granting interviews until we make commercial announcements and have the information in those announcements additionally posted to our website.

We will be sending additional communications to shareholders before this happens.

With my best regards,

Elizabeth

Elizabeth Holmes
CEO
Theranos, Inc.

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT -- This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc. 1601 S. California Avenue, Palo Alto, CA, 94304
www.theranos.com
======================================

# TH-COL0002549795

## Metadata

| All Custodians | Heather King; | USER |
|---|---|---|
| **BegAttach** | TH-COL0002549795 | ORIGINAL |
| **Confidentiality** | Confidential; | ORIGINAL |
| **DateTimeSent** | 7/30/2013 0:21 | ORIGINAL |
| **Doc Ext** | msg | ORIGINAL |
| **EndAttach** | TH-COL0002549851 | ORIGINAL |
| **FileSize** | 85.5 | ORIGINAL |
| **From** | Theranos | ORIGINAL |
| **MD5HASH** | d44f4b3484c6e7fe7e2a9bf120244dd1 | ORIGINAL |
| **Original Path** | L:\Clients\RED206-Theranos SEC\Data\RT-13939 H King ARchive\hking.pst\hking/Top of Personal Folders/Sent Items/FW: Investor emails.msg/\Theranos | USER |
| **Subject** | Theranos | ORIGINAL |
| **To** | Theranos[████████████████] | ORIGINAL |